# EXHIBIT A

SPS

**COMMONWEALTH OF VIRGINIA**
**CIRCUIT COURT OF FAIRFAX COUNTY**
**4110 CHAIN BRIDGE ROAD**
**FAIRFAX, VIRGINIA 22030**
**703-691-7320**
**(Press 3, Press 1)**

2025 MAY -7 AM 11:45
PURCHASING/FACILITIES
DEPT OF TAXATION

**Fairfax County School Board vs. Virginia Employment Commission et al.**

**CL-2025-0006565**

**TO:** **Virginia Department of Taxation**
**Attention: Tax Commissioner and/or**
**Custodian of Records**
**600 E Main St., Fifteenth Floor**
**Richmond VA 23219**

**SUMMONS – CIVIL ACTION**

**The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.**

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

**Done in the name of the Commonwealth of Virginia, on May 5, 2025.**

**CHRISTOPHER J. FALCON, CLERK**

**By:** ______________________
**Deputy Clerk**

**Plaintiff's Attorney: John F Cafferky**

**VIRGINIA:**

FILED CIVIL INTAKE

**IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX**

FAIRFAX COUNTY SCHOOL BOARD )
)
PLAINTIFF, )
)
v. ) Case No. 2025 06565
)
VIRGINIA EMPLOYMENT COMMISSION, )
)
SERVE: )
)
6606 West Broad St.
Richmond, Virginia 23230 )
)
DEMETRIOS J. MELIS,
in his official capacity as Commissioner
of the Virginia Employment Commission )
)
SERVE: )
)
6606 West Broad St.
Richmond, Virginia 23230 )
)
VIRGINIA DEPARTMENT OF TAXATION )
)
SERVE: )
)
Attention:
Tax Commissioner and/or
Custodian of Records
600 E Main St.
Fifteenth Floor
Richmond, Virginia 23219 )
)
DEFENDANTS. )

# COMPLAINT

## I. PRELIMINARY STATEMENT

1. This action arises from the failure of the Virginia Employment Commission ("VEC") and its Commissioner, Demetrios J. Melis ("Commissioner Melis"), to provide notices of determinations or hold appeal hearings on erroneous payments made by the VEC to thousands of employees of the Fairfax County School Board (the "School Board"). Those employees were not entitled to receive unemployment benefits from the VEC ("Improperly Paid Persons").

2. The VEC and Commissioner Melis knew that VEC improperly paid the unemployment claims, knew that the School Board disputed the claims, and knew that the School Board repeatedly asked the VEC to issue notices of determinations or hold appeals hearings on those claims as required by law. Despite holding hearings and making determinations for other school boards in the Commonwealth, the VEC and its Commissioner arbitrarily refused to hold hearings or make determinations of claims disputed by the School Board and further refused to provide any evidence to support its claim that the School Board owed the VEC $5,147,206.81.

3. The School Board took it upon itself to provide the VEC with the evidence and documentation supporting the School Board's position, but even those efforts fell on deaf ears as the VEC dug in its heels and obstinately demanded that the School Board pay its demands.

4. The VEC then unlawfully seized $5,147,206.81, raised by FCPS student clubs and organizations, including Ecology Clubs, Model UN, and "Best Buddies", a program for children with cognitive disabilities, which the School Board held in bank accounts in its name as a fiduciary for those clubs and organizations. The VEC and Commissioner Melis seized those funds, claiming the authority of the Virginia Tax Commissioner to collect payments specifically

made "in lieu of taxes" – a power that the VEC does not have. They did so knowing that the School Board is not obligated to pay. That action is erroneous and unlawful, the amount seized is not owed, and it must be repaid.

## II.    JURISDICTION AND VENUE

5.    This Court has jurisdiction to hear counts I-III of this action pursuant to Virginia Code § 17.1-513 and has jurisdiction to hear count IV of this action pursuant to Virginia Code § 58.1-1825.

6.    Venue for each of counts I-III of this action is proper in this Court, pursuant to Virginia Code § 8.01-261(1)(a)(1), (2), and (3) and venue is proper to hear count IV of this action in this Court, pursuant to Virginia Code § 8.01-261(13)(b)(1), (2), and (3).

## III.    PARTIES

7.    Plaintiff Fairfax County School Board operates, maintains and supervises the Fairfax County Public Schools ("FCPS").

8.    Demetrios J. Melis is the Commissioner of the VEC, the state agency responsible for administering the unemployment insurance program in Virginia, pursuant to the Virginia Unemployment Compensation Act, Va. Code §§ 60.2-100 *et seq.*, and applicable federal law. This action is brought against him in that official capacity for violations of federal and state law, including: (I) violation of state law requiring the VEC to issue determinations and hear appeals of disputed unemployment benefits payments, and seizing assets that are held in a fiduciary capacity by FCPS, to recoup erroneous payments made by the VEC to Improperly Paid Persons, (II) violation of the School Board's procedural due process rights under the Fourteenth Amendment to the U.S. Constitution, (III) violation of the School Board's due process rights under the Virginia Constitution, and (IV) alternatively, application for correction and refund of

the VEC's tax assessment and collection.

9. The VEC is responsible for administering the unemployment insurance program in Virginia. In administering the Virginia Unemployment Compensation Act, the VEC is required, among other things, to take "such action, through the adoption of appropriate rules, regulations, administrative methods and standards, as may be necessary to secure to this Commonwealth and its citizens all advantages available under the provisions of the Social Security Act that relate to unemployment compensation . . . ." Va. Code § 60.2-115(A). Therefore this action is brought against the VEC for (I) violation of state law requiring the VEC to issue determinations and hear appeals of disputed unemployment benefits payments, and seizing assets that are held in a fiduciary capacity by FCPS, to recoup erroneous payments made by the VEC to Improperly Paid Persons, (II) violation of the School Board's procedural due process rights under the Fourteenth Amendment to the U.S. Constitution, (III) violation of the School Board's due process rights under the Virginia Constitution, and (IV) alternatively, application for correction and refund of the VEC's tax assessment and collection.

10. The Virginia Department of Taxation is responsible for, among other things, supervising the administration of the tax laws of Virginia, "insofar as they relate to taxable state subjects and assessments thereon, with a view to ascertaining the best methods of reaching all such property, of effecting equitable assessments and of avoiding conflicts and duplication of taxation of the same property." Va. Code § 58.1-202. In recording a memorandum of lien against FCPS, and seizing $ $5,147,206.81 from fiduciary accounts held by FCPS on behalf of school organizations, the VEC has cloaked itself in the authority of the Virginia Tax Commissioner. Therefore, the Department of Taxation is sued in Count IV of this action pursuant to Virginia Code § 58.1-1825(D).

## IV. FACTS

### Virginia's Unemployment Compensation Scheme

11. Pursuant to the Virginia Unemployment Compensation Act, the VEC "shall take all necessary steps to maintain a solvent trust fund financed through equitable employer taxes that provides temporary partial income replacement to involuntarily unemployed covered workers." Va. Code § 60.2-111(B).

12. The VEC administers that trust fund as the Unemployment Compensation Fund, "to which all taxes required and from which all benefits provided under [the Virginia Unemployment Compensation Act] shall be paid." Va. Code § 60.2-223. That fund is a special fund, and contains two accounts: a benefit account, and a clearing account. Va. Code § 60.2-300.

13. The Virginia Unemployment Compensation Act creates a hierarchy of allocations of the funds in the clearing account. Va. Code § 60.2-301. All taxes and moneys collected by the VEC and required to be paid to the Unemployment Compensation Fund, are "paid into the state treasury and credited to the clearing account." *Id.* From the clearing account, interest collected on taxes is paid into the Special Unemployment Compensation Administration Fund; then refunds, except for certain interest on refunds, are paid from the clearing account. *Id.* Then, the remaining funds in the clearing account must be paid "to the Secretary of the Treasury of the United States, to the credit of the Unemployment Trust Fund established by the Social Security Act, to be held for the Commonwealth upon the terms and conditions provided in the Social Security Act." *Id.* Thus, the remaining funds are paid to the federal Unemployment Trust Fund, with which Virginia has an account. *Id.*

14. Separately, funds can be requested from that same federal Unemployment Trust Fund, "solely for the payment of benefits and in accordance with regulations prescribed by the

[VEC], except that money credited to this Commonwealth's account, pursuant to § 903 of the Social Security Act (42 U.S.C. § 1103), shall be used exclusively as provided in § 60.2-305." Va. Code § 60.2-302. Those funds from the federal Unemployment Trust Fund can only be used for payment of unemployment benefits or for certain administrative purposes. Va. Code §§ 60.2-302, 60.2-305. The funds are deposited in the Commonwealth's benefit account and can be used solely for the purposes of the Virginia Unemployment Compensation Act. Va. Code § 60.2-302. Unused money can either be used for later benefits payments or paid over to the federal Unemployment Trust Fund. *Id.*

15. For unemployment insurance purposes, the School Board is a "reimbursable employer." If a School Board employee is entitled to unemployment insurance benefits, they may apply for those benefits from VEC. VEC may pay the benefits out of (and to the extent of) the statutorily maintained Virginia Unemployment Compensation Fund. Va. Code § 60.2-111. The School Board is responsible for repaying VEC, dollar for dollar, the amount of the benefits properly and appropriately paid by VEC to a claimant in accordance with law.

16. Before the COVID-19 global pandemic that began in March 2020, School Board employees who sought unemployment benefits made application for them to the VEC in the ordinary course. After they applied for benefits, the School Board assessed whether it agreed with the claim, and, if not, the School Board availed itself of its regulatory and statutory rights to contest the claim, and appeal administrative decisions under Title 60.2 of the Code of Virginia.

17. The VEC's claims process involves multiple steps to determine eligibility for unemployment benefits. That process is set forth in the below figure, produced by the Virginia Joint Legislative Audit and Review Commission ("JLARC"):

FIGURE 4-1
VEC's UI claims process involves multiple steps and determinations of eligibility for UI benefits

SOURCE: JLARC analysis of VEC external and internal documents and interviews with VEC staff.
NOTE: Challenges to monetary determinations are currently addressed through appeals or redeterminations by VEC's monetary unit.

Report 555, *Operations and Performance of the Virginia Employment Commission* 40, Virginia JLARC (Nov. 8, 2021) (available at https://jlarc.virginia.gov/pdfs/reports/Rpt555.pdf) ("JLARC Report"). As detailed below, during the COVID-19 pandemic the VEC largely short-circuited its normal claims processing, paying out benefits without issue detection or adjudication.

**The COVID-19 Pandemic Prompts Federal Action**

18. During the COVID-19 pandemic the VEC was inundated with unemployment insurance benefit claims. It failed to manage the workload created by those claims in an accurate and timely fashion. It also lacked adequate funding to pay the allowed claims for benefits out of the state unemployment insurance trust fund account. As a result, VEC initially paid unemployment claims very slowly or not at all when employees began to make claims for benefits.

19. On March 17, 2020, Virginia Governor Ralph S. Northam, via media briefing and press release, directed the VEC to temporarily waive the one-week waiting period to expedite

eligible workers' receipt of unemployment benefits, and to expand eligibility to include workers that were required to quarantine or care for sick family members and were not receiving paid sick or family leave from their employer.

20. As the pandemic unfolded, the VEC apparently followed the Governor's oral directive to waive the one-week waiting period and paid claims as they were received without making any eligibility determinations. Yet nothing in Governor Northam's communications to the public or executive order suggested that VEC was required to bypass the eligibility determination process found in Title 60.2 and disregard the law completely. Moreover, CARES Act funding was available and used by VEC to pay those claims beginning in May 2020.

21. Instead, the VEC, caught between a rapid increase in demand for unemployment benefits, and the VEC's insufficient funding, staff, and antiquated technology, began to make payments without issue detection or claims adjudication. Specifically, "[t]he rise in Virginia's unemployment caused by COVID-19 led to a rapid increase in demand for unemployment insurance (UI) benefits administered by [the VEC]". JLARC Report at i." Further, "Significant weaknesses in VEC's operations—particularly its deficient staffing levels, antiquated UI IT system, performance monitoring, and oversight—were revealed during the COVID-19 pandemic." *Id.*

22. On March 18, 2020, the President of the United States signed the Families First Coronavirus Response Act (Pub L.116-127) making emergency supplemental appropriations in response to the COVID-19 pandemic. The law included the Emergency Unemployment Insurance Stabilization Access Act of 2020 ("EUISAA") which provided for emergency administrative grants to the states of $1 billion in the aggregate for administration of the Unemployment Insurance (UI) Program and added a new subsection (h) to Section 903 of the

Social Security Act (SSA), 42 U.S.C. § 1103, establishing the requirements for states to access the funds.

23. The EUISAA set out the requirements each state had to follow to receive allotments of the federal funds allocated to it and authorized emergency flexibility allowing states to temporarily modify certain aspect of their unemployment compensation (UC) laws in response to COVID-19. As relevant here, EUISSA also allowed waiver of the one week waiting period for benefits and the non-charging of "reimbursable employers"[1] (of which the School Board is one) as long as the same non-charging relief was offered to contributory employers paying UI taxes. 42 U.S.C. §1103(h)(3)(B).

24. The EUISAA also provided that the federal government would pay 100 percent of the benefit costs of the Extended Benefit ("EB") under state law until December 31, 2020, and that the federal government would deem interest on advances to any state from the Federal Unemployment Account ("FUA") in the Unemployment Trust Fund, between March 18, 2020 and December 31, 2020 to be paid.

25. On March 18, 2020, Gay Gilbert, Administrator of the Office of Employment Insurance in the United States Department of Labor, issued a letter to State UI Administrators announcing that due to the COVID-19 pandemic, certain Employment and Training Administration quality programs such as the Benefit Accuracy Measurement ("BAM") and Benefits Timeliness and Quality Reviews ("BTQ") would be suspended or relaxed, on a state by state basis, to provide states with relief from the burden of reporting to the federal government on the outcome of the review and disposition of the massive increase in UI benefit requests.

[1] "Reimbursable employers" which include most state and local governments, and non-profit organizations, self-finance the full cost of the claims filed by their employees rather than contribute UI taxes to the State UI trust fund.

26. Upon information and belief, the Virginia Employment Commission promptly requested and received accommodations in BAM and BTQ reporting.

27. On March 27, 2020, the President of the United States signed into law the CARES ACT of 2020. Public Law 116-136.

28. Section 2102 of the CARES Act created a new temporary federal program called Pandemic Unemployment Assistance ("PUA") that in general provided up to 39 weeks of unemployment benefits for individuals who had exhausted their entitlement to regular UC as well as coverage for individuals who were not eligible for regular UC, such as self-employed individuals or individuals with limited recent work history. These PUA benefits were 100 percent federally funded. No state was permitted to charge any employer for any benefits paid to any claimant with PUA funds.

29. Section 2104 of the CARES Act provided for a temporary emergency increase in unemployment insurance compensation benefits, referred to as Federal Pandemic Unemployment Compensation and provided additional federal funding to the states to administer the program.

30. The Federal Pandemic Unemployment Compensation Program ("FPUC") provided a $600 per week benefit to individuals who were collecting regular UC, or accepting federal benefits provided under several other federally funded unemployment compensation programs administered by the states including:

- Pandemic Emergency Unemployment Compensation ("PEUC");
- Pandemic Unemployment Assistance ("PUC");
- Extended Benefits ("EB");
- Short-Time Compensation ("STC");
- Trade Readjustment Allowances ("TRA");

- Disaster Unemployment Assistance ("DUA"); and
- Payments under the Self-Employment Assistance ("SEA") program.

31. The FPUC benefit was fully funded by the federal government. *See* 15 U.S.C. § 9023(d)(1)(A).

32. The total payment to each state was based on statistical sampling by the state. *See* 15 U.S.C. § 9023(d)(1)(B).

33. No state was permitted to charge any employer for any FPUC benefits paid to any claimant.

34. Repayment of improperly paid FPUC benefits was to be recovered by the state agency <u>from the benefit recipient</u> unless waived upon a specific finding of lack of fault and that repayment would be contrary to equity and good conscience. *See* 15 U.S.C. § 9023(f)(2) ("Repayment") and § 9023(f)(3) ("Recovery by State Agency").

35. FPUC benefits were not payable for any week of unemployment ending after July 31, 2020, as initially enacted. However, when the pandemic continued into 2021, the payment periods were extended.

36. State participation in the FPUC Program was conditioned upon the state entering into a voluntary administration agreement with the federal government. *See* 15 U.S.C. § 9023(a) ("Federal-State Agreement").

37. On March 28, 2020, the Governor issued Executive Order 54 authorizing the VEC Commissioner to enter into agreements with the federal Department of Labor to receive the federal funds available under the CARES Act because "the increase in workers who are eligible as well as the increase in funds distributed to families in the Commonwealth will deplete the Virginia Unemployment Insurance Trust."

38. This order, however, did not eliminate the requirement that employees receiving unemployment insurance benefits available under the CARES Act must be eligible for UC benefits under state law or another federal program.

39. The VEC Commissioner at the time entered into a conforming agreement with the Department of Labor meeting the requirements for participation in the PUC and FPUC programs.

40. Section 2104 (f)(4) of the CARES Act required that the FPUC eligibility determinations be subject to review in the same manner and to the same extent as determinations under the state UC law, "and only in that manner and to that extent." *See* 15 U.S.C. § 9023(f)(4).

41. Applicable Virginia law governing review of and determination of UI benefits, which were adopted by reference in Section 2104 (f)(4) as the basic procedural framework for resolution of state and federal UI benefit claims, includes: (i) the provision of notice when an initial claim for benefits is filed, *see* Va. Code § 60.2-619(B); (ii) a determination of the validity of such a claim, *see* Va. Code § 60.2-619(A); (iii) timely notice of that determination, *see* Va. Code § 60.2-619(C); (iv) timely hearing of an appeal of that determination, *see* Va. Code §§ 60.2-619(D), 60.2-620; (v) general eligibility conditions, *see* Va. Code §§ 60.2-612; (vii) and additional eligibility conditions applicable to the School Board, *see* Va. Code § 60.2-615.

42. On April 5, 2020, the Department of Labor released Unemployment Insurance Program Letter No. 16-20, providing states with the instructions for obtaining PUA funding and administrative support. The letter cautioned that many of the qualifying circumstances under Section 2102 (a)(3)(A)(ii)(I) were likely to be of short-term duration and the self-certification of eligibility provided for under the program was subject to abuse.

43. DOL Unemployment Insurance Program Letter No. 16-20 further noted: "… [A] school is not closed as a direct result of the COVID -19 public health emergency, for purposes of

2102(a)(3)(A)(ii)(I)(dd) after the date the school year was originally scheduled to end. As such the expectation is that states will continue to apply their able, available, and actively seeking work standards as outlined in state law."

44.    On April 30, 2020, the Department of Labor released Unemployment Insurance Letter No. 20-20 providing states with the instructions for obtaining full federal funding of the first week of unemployment compensation (UC) authorized by Section 2105 of the CARES Act ("Temporary Full Federal Funding of the First Week of Compensable Regular Unemployment for States with No Waiting Week"). That section of the law required Virginia to enter into a conforming agreement with the Department of Labor, demonstrate that Virginia had waived its one week waiting period for UC benefits under state law, and provided for section 2015 reimbursement.

45. The federal government created multiple temporary federal unemployment compensation benefit programs during COVID-19, as documented by JLARC:

**TABLE 2-1**
**Federal government created temporary federal UI programs during COVID-19**

| Program | Description | Time period |
|---|---|---|
| Pandemic Emergency Unemployment Compensation (PEUC) | Additional 13 weeks of UI benefits for claimants who exhausted regular UI benefits | 4/4/20 – 12/26/20 |
| | Extended by Continued Assistance Act to provide an additional 11 weeks of benefits | 12/27/20 – 3/13/21 |
| | Extended by American Rescue Plan Act to provide up to 53 total weeks of additional benefits. | 3/14/21 – 9/4/21 |
| Pandemic Unemployment Assistance (PUA) | Up to 39 weeks (reduced by any weeks of regular UI or extended benefits received) of benefits to claimants who exhausted UI benefits or are ineligible for regular UI. Expanded eligibility to certain previously excluded workers, including self-employed and part-time. | 2/2/20 – 12/26/20 |
| | Program extended 11 weeks by the Continued Assistance Act. | 12/27/20 – 3/13/21 |
| | Expanded duration to a maximum of 79 weeks by American Rescue Plan Act. | 3/14/21 – 9/4/21 |
| Federal Pandemic Unemployment Compensation (FPUC) | Initially increased weekly benefit amount by $600 per week for claimants collecting benefits under regular UI, PEUC, PUA, EB, or other existing programs. | 4/4/20 – 7/25/20 |
| | Reauthorized at a lower benefit supplement amount of $300 by the Continued Assistance Act. Further extended at $300 amount through American Rescue Plan Act. | 1/2/21 – 9/4/21 |
| Lost Wages Assistance (LWA) | Provided an additional $300 per week to claimants who are eligible for at least $100 per week in benefits from regular UI, PEUC, PUA, or EB. | 8/1/20 – 9/5/20 |
| Mixed Earners Unemployment Compensation (MEUC) | Provided an additional $100 each week to claimants with $5,000 or more in self-employment income in the previous tax year who are receiving unemployment benefits from a program other than PUA. Created under Continued Assistance Act and extended under American Rescue Plan Act. | 1/2/21 – 9/4/21 |
| Extended Benefits (EB) | Provided additional 13 or 20 weeks of benefits to claimants who exhaust benefits in states with high unemployment levels. This was an existing program that was triggered in many states during the pandemic. | Triggered on in VA: 5/31/20<br>Triggered off in VA: 11/21/20 |

NOTE: The PEUC and PUA programs had similar time periods but different purposes. PEUC extended the length of UI benefits for claimants who are traditionally eligible for regular UI benefits. If claimants exhausted both regular UI benefits and PEUC benefits in fewer than 39 weeks, they were potentially eligible for additional benefits through PUA for the remaining weeks in PUA's 39-week period.
SOURCE: U.S. Department of Labor and VEC websites.

JLARC Report at 13.

46. Virginia began receiving CARES Act payments from the federal treasury in May 2020 and began disbursing them, ostensibly in accordance with federal law and its agreements with the Department of Labor.

47. In June 2020, VEC reported to state budget officials that Fund 07006 FPUC COVID-19 (Federal Pandemic Unemployment Compensation) expended $1.3 billion for May 2020, and expected to expend another $1.3 billion in July 2020 (fiscal year 2021). VEC sought another appropriation of $1.3 billion in Federal CARES Act funds as of July 2021.

48. VEC also reported to state budget officials that FUND 07007 PEUC COVID-19 (Pandemic Emergency Unemployment Compensation) had not expended any funds in FY2021 because the program provided expanded benefits from 26 weeks to 39 weeks and no UI applicants had used up their 26 weeks through June 2020. The extended benefits VEC expected to pay in FY2021 was estimated at that time to be $100.0 million.

49. VEC further reported to state budget officials that FUND 07008 PUA COVID-19 (Pandemic Unemployment Assistance) provided benefits for covered individuals who are not eligible for regular unemployment benefits or extended benefits under state or federal law or PEUC, including those who had exhausted all such benefits. VEC reported expenditures of $129.8 million from this fund for April and May 2020 and requested an appropriation of $389.0 million in Federal CARES Act funds for the period ending December 31, 2020.

50. VEC additionally reported to state budget officials that FUND 07009 Federal Fund 1st Week COVID-19 (Federal Funding of First Week of Unemployment) expended $84.3 million in May 2020. However, since such 1st week payments occur only once, and therefore only new applicants would be paid funds in FY2021, it requested budget authority for FY2021 of only $42 million as of July 1, 2020.

51. The forgoing CARES Act payments were 100 percent federally funded, and payments made by the VEC to non-entitled claimants are not recoverable by the VEC from Virginia's "contributory employers" or "reimbursing employers" under federal or state law.

**The VEC Paid Millions in Benefits to Improperly Paid Persons**

52. While the VEC underperformed metrics before the pandemic, the impact of COVID-19 exacerbated the agency's performance issues. The VEC "experienced significant backlogs in all areas of UI claims processing: initial intake, adjudications, and appeals." JLARC

Report at iii. And while the VEC had "insufficient staff to process UI claims prior to the pandemic" it "did not act quickly or effectively to increase staff during the pandemic." *Id.* As documented by JLARC, VEC "did not hire: contractors to assist with initial claims intake until November 2020, well after large backlogs had accumulated; contractors to help process a backlog of 580,000 employer separation reports until August 2021; employees for the majority of the newly created adjudication positions until after January 2021; or contractors to assist with adjudication until May 2021." *Id.*

53. "VEC made several changes to the UI claims process to streamline staff reviews of state and federal UI claims and protect the health and safety of VEC employees. At the start of COVID-19, VEC reduced the duration of fact-finding interviews [] conducted for UI claims from 30 minutes to 15 minutes and began conducting all interviews by phone, with no option for in-person hearings. As of June 2020, VEC discontinued fact-finding interviews altogether and started relying solely on UI applications and other documents submitted to understand the circumstances of each claim. Additionally, VEC modified its UI IT system to automatically pay claimants who had experienced delays *before* their claims were fully reviewed." *Id.* at 14.

54. "Changes to UI staffing, systems, and processes enabled VEC to process many UI claims during COVID-19, but VEC is still experiencing significant delays and backlogs. Between March 2020 and July 2021, VEC processed about 2.5 million initial UI claims, 200,000 adjudications, and 24,000 appeals – significantly more than in 2019 []. VEC staff worked over 193,000 hours of overtime agency wide in 2020 to handle the increased workload, which is equivalent to 93 full-time staff positions and is a 1,600 percent increase from the amount of overtime worked in 2019. Despite the large amount of work completed, VEC has not kept pace with UI demand and has accrued backlogs in initial claims intake, adjudication, fraud

investigations, and appeals." *Id.*

55. On May 18, 2020, the School Board submitted to VEC a spreadsheet verifying 124,460 continued wage payments to 33,827 active FCPS employees. The School Board submitted those payroll records to prevent any overpayment of employees who should have been deemed ineligible for benefits during the period of March 13, 2020 to May 31, 2020.

56. Despite this, beginning in mid-2020, VEC began to notify the School Board that it had paid hundreds of thousands, even millions, of dollars in claims to School Board employees.

57. Specifically, the School Board received an invoice for the second quarter of 2020, requesting the School Board pay half of a $2,188,425.06 bill, as the other half would be covered by CARES Act funds.

58. On October 14, 2020, the FCPS Director of the Office of Equity and Employee Relations, Catherine Carroll, contacted Kiana Jackson, Chief of Tax for the VEC. Ms. Carroll told Ms. Jackson that the School Board had been informed by VEC that the School Board could not appeal its bill, because no benefit eligibility determinations had occurred at that time.

59. On October 31, 2020, Ms. Carroll followed up and sent the VEC a letter detailing the claims which the School Board did not contest, and appealing the remaining contested 2,419 claims.

60. The defects in claims from Improperly Paid Persons include, but are not limited to, the following:

a. Most Improperly Paid Persons continued to receive normal pay from the School Board but made unemployment insurance claims anyway. Notwithstanding the Governor's declaration of a state of emergency for COVID-19, which closed Fairfax County Public Schools, most School Board employees were not

statutorily entitled to unemployment insurance payments during the closure because they continued to receive their regular compensation from the School Board.

b. Some Improperly Paid Persons made unemployment insurance claims in June, at the end of a school year, but had reasonable assurance that their positions would be available after the summer school break and were thus not entitled to regular unemployment insurance, PUC, PEUC or First Week federal benefits.

c. Most Improperly Paid Persons received income replacement from the School Board but nevertheless made baseless unemployment insurance claims.

d. Some Improperly Paid Persons' retirement benefits were not properly considered by the VEC when the Improperly Paid Persons were awarded unemployment benefits.

e. For some Improperly Paid Persons, the School Board was not the statutorily responsible employer.

61. This pattern continued through the next four years. The School Board reviewed the VEC's quarterly bills and claim notifications and, where it determined an employee who was not eligible for unemployment insurance benefits had been paid, the School Board timely notified VEC of the defect in the eligibility. Those contested claims are set forth in Exhibit A, which is attached hereto.

**The Federal Class Action Against the VEC Administrator**

62. In April 2021, a group of Plaintiffs filed a class action lawsuit, *Cox v. Hess*, Civil No. 3:21-cv-00253-HEH, in the United States District Court for the Eastern District of Virginia, Richmond Division, against the Commissioner of the VEC, alleging that the VEC was violating

their constitutional due process rights, as well as state and federal law, by not promptly examining their claims for benefits under applicable Virginia and federal law.

63. The parties to that lawsuit ultimately agreed to a settlement order ("Settlement Order"), entered May 25, 2021, which required the VEC to expedite its claims adjudication process and pay out claims to individuals seeking unemployment benefits. *See* Order, Dkt. No. 25 in *Cox*, Civil No. 3:21-cv-00253-HEH.

64. That Settlement Order provided that "The VEC shall hire appeals examiners as necessary and administratively feasible to avoid and resolve delays in unpaid appeals." *Id.* at 6. The Order required the VEC to increase the number of claims adjudicated to 10,000 claims per week by July 1, 2021, 20,000 per week by August 1, 2021, and have 95% of all the unpaid claims awaiting adjudication by September 6, 2021. *Id.* at 5. Moreover, the Settlement Order noted that unpaid claims awaiting adjudication "do not include [unemployment insurance] claims flagged for potential fraud." *Id.*

65. In response to the Order, "VEC prioritized and resolved this specific backlog of unpaid claims. However, additional claims requiring adjudication accumulated while VEC was addressing cases related to the lawsuit. Similarly, claims that received at least one payment but later had an issue that required adjudication accrued in a separate backlog. As of October 2021, VEC reported that 61,800 total claims (regular state UI and federal pandemic program claims) were awaiting adjudication." JLARC Report at 48-49.

66. "VEC was still reviewing employer separation reports submitted for nearly 580,000 UI claims as of August 2021. The oldest employer separation reports awaiting review were approximately 12 months old." *Id.* at 44.

67. Thereafter, VEC paid claims without hearing the School Board's appeals of

disputed eligibility determinations in the ordinary course, including numerous eligibility claims made by the Improperly Paid Persons.

68. VEC decided that the exigencies of the COVID-19 pandemic, and the Settlement Order, warranted this accelerated claim payment process. It decided to review and adjudicate any mistaken or unwarranted claims only after the claims were paid and, only then seek reimbursement from employees of payments for such mistaken or unwarranted claims.

69. VEC then charged many (but not all) the "reimbursable employers" (including the School Board) for the remaining unemployment insurance claims it paid.

70. As anticipated by JLARC in November 2021, "[t]he backlogs of uncompleted claims at VEC [continued to grow]." JLARC Report at iii.

71. "In addition to current adjudication backlogs, VEC had over 2 million UI claim issues that staff initially bypassed during COVID-19 to review as of May 2021. Staff had estimated that approximately 1 million of these bypassed issues would require adjudication. Beginning in March 2020, VEC programmed its UI system to automatically pay out benefits for certain types of claims before staff reviewed all potential eligibility issues. In total, 19 different types of issues were bypassed. For example, issues about claimants' ability and availability to work or partial unemployment were bypassed for more than 12 months, from March 24, 2020 to April 9, 2021. Other issues were bypassed for shorter periods of time, such as separations where claimants had voluntarily quit from March 31, 2020 to April 22, 2020. As of October 2021, VEC had made progress reviewing previously bypassed UI claims issues, but approximately 440,000 issues still needed review to determine if adjudication is necessary." *Id.* at 51.

72. "Bypassing claims issues allowed VEC to more quickly issue payments to claimants; however, payments were likely made to ineligible claimants. DOL is requiring VEC

and other states to review all bypassed issues to comply with federal claims processing standards. Any issues requiring adjudication identified during reviews of these approximately 2 million bypassed issues will be added to VEC's existing adjudication backlog. **If adjudications identify ineligible claimants, VEC will have to notify these claimants and attempt to collect overpayments. Overpayments not identified and recovered will reduce the amount of funds available in the state's UI trust fund, which is used to pay UI benefits.** Lower trust fund levels may raise employers' UI tax rates." JLARC Report at 51 (emphasis added).

73. As of November 2021, "VEC already ha[d] a backlog of appeals, which [wa]s expected to grow" with "a backlog of just over 76,000 appeals waiting to be heard. The number of appeals filed [wa]s expected to increase further and remain elevated for several years as VEC processes backlogs of UI claims that may lead to appeals." JLARC Report at 58. "Delays have been seen throughout the country, but VEC's delays have been more than double the U.S. average and are expected to increase as VEC processes the backlog of over 76,000 first-level appeals that are awaiting a decision." JLARC Report at 59.

74. As of April 10, 2024, VEC had not provided a substantive response to the School Board's appeals, had not made any informal or formal fact findings regarding these claims, and had not conducted hearings on the vast majority of the School Board's appeals.

75. For many of the disputed claims identified in Exhibit A to this Complaint, the VEC has not provided the School Board with notice of any determination of benefit eligibility for state unemployment benefits, Extended Benefits, or federal supplemental benefit under FPUC, PEUC, PUA or federal first week funding claims by Improperly Paid Persons. Va. Code § 60.2-619.

76. For many of the disputed claims identified in Exhibit A to this Complaint, the

VEC has not provided the School Board notice of any proceedings before, or determinations by, an impartial appeal tribunal of claims by Improperly Paid Persons. Va. Code §§ 60.2-620.

77.    For many of the disputed claims identified in Exhibit A to this Complaint, the VEC has not provided the School Board notice of any proceedings before, or determinations by, the Virginia Employment Commission of claims by Improperly Paid Persons. Va. Code § 60.2-622.

78.    The VEC has disregarded its statutory duty to seek information from FCPS in order to make valid eligibility determinations and make such determinations before wrongfully issuing checks to numerous Improperly Paid Persons.

79.    Between 2020 and April 10, 2024, VEC has paid unemployment insurance benefits to Improperly Paid Persons for claims which the School Board disputes, but for which VEC sought reimbursement, in the amount of $5,047,616.91, which did not include a breakdown of principal and interest. These payments by VEC in the 2020 to 2024 time period average well over $1,250,000 annually.

80.    In fact, JLARC concluded that as of November 2021, "VEC may have incorrectly paid an estimated $930 million in 2020 in state UI benefits and an additional estimated $322 million between January and June 2021. Almost all of these incorrect payments are overpayments, which can occur because of mistakes made by VEC, the claimant, the employer, or because of fraud." JLARC Report at iv. Critically, "VEC may eventually determine a portion of these overpayments are eligible for the federal [PUA] program, which could declassify them as overpayments or transfer the financial liability from the state to the federal government. Nevertheless, the volume and amount of overpayments is expected to be substantial, and VEC is required by the federal government to try to recover overpayments for state and federal

programs." *Id.*

81. The "[p]roblems with the quality and accuracy of VEC's UI determinations are not new—VEC has not met the federal quality standard for most UI eligibility determinations over the past decade." *Id.*

82. "During COVID-19, many incorrect payments may be attributable to practices VEC implemented to pay benefits more quickly. These included **not investigating certain claims issues, discontinuing fact-finding interviews as part of the adjudication process, and providing minimal training to new staff on how to accurately complete claims intake and adjudication.**" *Id.* And while some employers provided VEC with incomplete or delayed information, the School Board provided the VEC with extensive documentation of the disputed claims.

83. Furthermore, "Separation-related incorrect payments accounted for about 59 percent of VEC's UI overpayments in 2020, and about 24 percent of overpayments between 2016 and 2019. VEC is also not identifying many claimants who fail to meet weekly work search requirements. VEC stopped its manual work search verification process before 2020 because of staffing limitations." *Id.*

84. Many of the overpayments made by the VEC [were] attributable to fraudulent claims. "VEC's estimated overpayments attributable to fraud have increased significantly since 2020. VEC's overall estimated fraud rate for the *state UI program grew* 440 percent from 1.4 percent in 2019 to 7.5 percent in 2020. At this rate, VEC [had] paid out an estimated $70 million in fraudulent state UI benefits in 2020 and an additional estimated $29 million in the first quarter of 2021. VEC did not begin using some critical fraud prevention and detection best practices until 2021, which likely would have reduced fraudulent payments made during the pandemic.

VEC's confirmed fraud rates are much lower than its estimates because at least 164,456 potentially fraudulent claims were backlogged and awaiting VEC investigation as of October 2021." *Id.*

85. JLARC concluded that "A year and a half after the onset of COVID-19, VEC is still experiencing UI claims backlogs and delays. VEC could have better handled increased UI claims during the pandemic with more effective agency staffing, planning, processes, and systems. VEC began the pandemic understaffed in key areas (e.g., call center representatives, adjudication) and lacked a clear plan for increasing staffing levels during recessions. VEC also had a complex UI process that was unnecessarily inefficient in several areas and heavily reliant on an outdated UI IT system. These challenges caused VEC to underperform several DOL performance metrics for UI claims processing *prior* to COVID- 19 and significantly exacerbated VEC's challenges *during* COVID-19." *Id.* at 16.

86. As of November 2021, "VEC [had] not been detecting the federally required 50 percent of incorrect payments (specifically overpayments) for several years. In the three-year period prior to the pandemic, ending March 2020, VEC detected, on average, about 37 percent of overpayments estimated by BAM, a lower percentage than 48 other states. The proportion of overpayments detected declined during COVID-19, falling to approximately 11 percent for the three-year period ending June, 30, 2021. This decline in detection of overpayments means that VEC is likely unaware of a large portion of incorrect payments, which prevents staff from stopping these payments and initiating collection efforts." *Id.* at 66.

87. The VEC, when faced with the financial consequences of its inability to fulfil its legal obligations (either through inadequate staffing or mismanagement), decided to attempt to recoup money from the School Board.

**The VEC Decides to Strong Arm the School Board**

88. Beginning in 2020 and continuing into 2024, the School Board made numerous inquiries to various VEC officials seeking an explanation for the claims related to Improperly Paid Persons. VEC officials were substantially unresponsive to those inquiries until June 2024. Prior to June 2024, VEC officials advised the School Board that VEC was insufficiently staffed to provide responses, or that VEC's records were insufficiently accessible or reliable to provide accurate responses. On other occasions, VEC advised the School Board that the amount the School Board owes could shrink in the future if Improperly Paid Persons reimbursed VEC for benefits they should not have received.

89. On April 10, 2024, VEC demanded from the School Board payment of $5,047,616.91 and threatened that if payment, which includes interest, was not received by April 30, 2024, VEC threatened to take the following actions against the School Board:

a. imposing a Third-Party tax lien on the School Board's bank accounts;
b. recording a Memorandum of Lien filed in the Circuit Court;
c. seizing money owed to the School Board by other Virginia agencies; and/or.
d. referring the supposed debt to a Third-Party collection agency.

90. The School Board requested, and VEC consented to, an extension of the April 30, 2024, payment deadline until May 31, 2024.

91. On June 5, 2024, at the School Board's request, VEC held a meeting with the School Board's legal counsel at VEC headquarters in Richmond, Virginia, to discuss the School Board's dispute of its over $5 million account balance. VEC agreed to stay its collection efforts against the School Board pending the outcome of that meeting.

92. Under Virginia law, the VEC is required to collect any UI benefit (including state

and federal benefit) to which a payee was not entitled. Va. Code § 60.2-612.1(C). VEC may do so by suit or negotiated payment plan. Va. Code § 60.2-633. Therefore, when VEC determines that claimants are ultimately deemed ineligible, collection efforts to recover benefits paid to such claimants must be undertaken and to the extent such payments are recovered, the reimbursable employer receives a credit. However, after seven (7) years, VEC is permitted, for good cause, to deem such collection efforts futile, meaning the reimbursable employer receives no credit.

93.    In response to the School Board's explanation that its appeals efforts were ignored, VEC officials offered no substantive response other than to note that the exigencies of the pandemic excused ordinary unemployment insurance benefit processing and that the School Board was therefore obligated to pay millions of dollars in benefits VEC had improperly paid to Improperly Paid Persons.

94.    During the June 5th meeting, VEC agreed to stay its collection efforts while working in good faith with the School Board to resolve this dispute.

95.    VEC provided the School Board with a billing statement dated June 5, 2024, purportedly capturing a summary of all delinquent amounts of unemployment insurance obligations and interest applied to the School Board's account since the second quarter of 2020.

96.    This billing statement purported to demonstrate that VEC paid unemployment insurance benefits to eligible School Board workers totaling $2,884,344.20 in 2020 and 2021 (i.e., an average of $1,442,172 million per year), which, if true, is an exponential increase compared to VEC's average payments of less than $200,000 in prior years.

97.    That report provided no itemization of claims or supporting documentation for the disputed claims.

98.    On June 17, 2024, the School Board paid $160,000 to VEC on account of the

unemployment insurance payments properly paid to eligible claimants for all four quarters of 2023 and the first quarter of 2024, with the understanding that VEC would waive interest applicable to these quarters.

99. The School Board previously paid VEC over $90,000 in unemployment insurance payments properly paid to eligible claimants in all four quarters of 2022, but VEC improperly applied such payments, in part, to the School Board's purported interest balance instead of to the 2022 principal payment balance.

100. On information and belief, VEC has applied all the School Board payments made in the wake of the pandemic to the School Board's interest balance, in part, instead of to its correct principal payment balances, making it impossible for the School Board on its own to verify the true amounts still due and owing, if any, on its principal payment balance.

101. In sum, the VEC paid benefits to Improperly Paid Persons, imposed interest that compounds daily on these benefits, and misallocated subsequent payments by the School Board, in part, to this interest balance.

102. VEC then threatened to resume collection efforts against the School Board, notwithstanding the School Board's good faith efforts to resolve this dispute, and notwithstanding VEC's failure to provide the School Board with its statutory appeal rights on a claim-by-claim basis under applicable state law.

103. On July 2, 2024, the VEC Chief of Tax advised the School Board that its Director of Unemployment Insurance would impose a Third-Party tax lien on the School Board's bank accounts and resume all other collections efforts on July 5, 2024. The School Board responded that it required more time to prepare an offer in compromise because of the need to obtain school board approval.

104. On July 5, 2024, VEC asserted that it had no intention of imposing a Third-Party tax lien on July 5 but still demanded that the School Board either pay the purported, nearly $5.1 million balance in full or submit an offer in compromise by July 8, 2024.

105. The School Board requested that VEC agree not to undertake the collection remedies it threatened which would include seizing and encumbering School Board property valued at more than $5.1 million dollars.

106. Upon information and belief, VEC threatened those collection remedies, because it used funding from the federal government provided by the Coronavirus Aid, Relief, and Economic Security (CARES) Act. Under the CARES Act, states must require an individual to repay that amount to which the individual was not entitled – including Improperly Paid Persons. Moreover, once Virginia determines an erroneous payment from its unemployment fund was made to an individual due to fraud committed by such individual" it must assess a penalty of at least 15 percent of the amount of the erroneous payment, and deposit that into Virginia's unemployment fund. *See* 42 U.S.C. § 503.

107. According to the VEC's own website, individuals who "receive benefits to which [they] are not entitled…will be required to repay them, along with any costs, fees, and interest associated with collection." Virginia Employment Commission, "Overpayment of Benefits" https://www.vec.virginia.gov/unemployed/Claimant-Handbook/Overpayment-of-Benefits#:~:text=If%20you%20receive%20benefits%20to,which%20you%20were%20not%20entitled (accessed April 23, 2025). *See also* Va. Code § 60.2-633(A).

108. Department of Labor guidance clarified that "Fraudulent overpayments *remain exempt from waiver and must be repaid.*" U.S. Department of Labor, "US Department of Labor provides states with updated guidance to waive recovery of certain unemployment insurance

benefits overpayments" https://www.dol.gov/newsroom/releases/eta/eta20220207, Release No. 22-208-NAT (Feb. 7, 2022) (accessed April 23, 2025).

109. Additionally, in several cases where a claimant has been found ineligible, but appealed the decision, the VEC's own appeals examiner has vacated those determinations as void *ab initio*, because the initial determination was delayed and issued months after the initial claim was made. The appeals examiner concluded that the VEC's delay violated mandatory promptness requirements in Virginia Code § 60.2-619(A) and (C).

110. The mandatory promptness requirement for a notice of determination also applies to employers. *See* Va. Code § 60.2-619(C).

111. In violation of the requirements of Virginia and federal law, the VEC declined to recover overpayments from Improperly Paid Persons and sought instead to recover from the School Board. *See* 15 U.S.C. §§ 9023(f)(2), 9023(f)(3); Va. Code §§ 60.2-619, 60.2-620, and 60.2-633.

112. As recently as August 2024, representatives from the VEC admitted to School Board representatives that "During the pandemic, the VEC issued payment on many claims prior to issuing a decision." JLARC confirmed this in its Report. JLARC Report at 51.

113. On November 1, 2024, the VEC sent a demand letter to the Division Counsel for FCPS once again threatening to commence legal proceedings to seize the funds it claims the School Board owes the VEC.

114. The VEC ignored the School Board's request to forestall collection efforts before the School Board's appeals of the specific claims of individuals are even considered on their merits.

**The School Board Files Suit, and the VEC Seizes $5,147,206.81 from the School Board's Student Activity Accounts**

115. On November 20, 2024, the School Board filed a lawsuit in the United States District Court for the Eastern District of Virginia, Civil Action No. 1:24-cv-02076-MSN-IDD, challenging the failure to issue determinations and hear School Board's appeals (the "Federal Complaint").

116. On December 17, 2024, Bank of America informed the School Board that VEC had recorded a Memorandum of Lien on FCPS's student activity accounts. The VEC Memorandum of Lien is attached hereto as Exhibit B.

117. In fact, the VEC had served a Notice of Tax Lien and Application for Payment under § 58.1-1804 of the Code of Virginia, on Bank of America ("Tax Lien Notice"). The Tax Lien Notice was dated December 5, 2024, and was executed by Jeffrey W. Karnes, Lead Tax Representative for the VEC. The Tax Lien Notice is attached hereto as Exhibit C.

118. Those accounts contain funds that do not belong to the School Board. Instead, those are funds held simply by the School Board in a fiduciary capacity for student clubs and organizations in FCPS, that include, but are not limited to, Ecology Clubs, Model UN, Animal Rights groups, Future Business Leaders of America, PTA organizations, Spanish/German/French and other foreign language Honor Societies, student Book Fairs, and "Best Buddies" and "WAT", which are social and occupational assistance programs for children with cognitive disabilities and other special education students – among many others. Such funds are independently raised by these student organizations to support their activities.

119. The School Board notified Bank of America and the VEC of the foregoing facts and offered payment of $800,000, in an effort to prevent the illegal seizure of student activity funds.

120. The Tax Lien Notice stated that it was mailed to FCPS on December 5, 2024.

121. The Tax Lien Notice cited Code § 58.1-1804, and stated that the notice was required by law to inform the taxpayer "of the remedies provided in this chapter." There was no notice of any remedies included in the Tax Lien Notice.

122. The VEC recorded the VEC Memorandum of Lien on December 11, 2024.

123. The VEC Memorandum of Lien stated that FCPS was indebted to the Commonwealth in the amount for a total of $5,147,206.81. However, when the quarter-by-quarter charges are added together, the total amount is $5,144,159.22. The amount owed on VEC Memorandum of Lien is facially incorrect.

124. Ultimately, the Tax Lien Notice was delivered to FCPS on December 16, 2024.

125. The Tax Lien Notice stated that FCPS was indebted to the Commonwealth in the amount of $5,147,206.81. However, when the quarter-by-quarter charges listed on the VEC Memorandum of Lien are added together, the total amount is $5,144,159.22. Moreover, the interest charges listed on the VEC Memorandum of Lien total to $2,170,185.93, while the Tax Lien Notice claims interest in the amount of $2,173,233.52.

126. The VEC Memorandum of Lien list charges that differ substantively from the charges listed in the June 5, 2024 billing statement.

a. Despite the $160,000 paid by the School Board for all four quarters of 2023 and the first quarter of 2024, the VEC Memorandum of Lien still lists charges for the fourth quarter of 2023, and the first quarter of 2024, as well as interest for both quarters.

b. Despite the $90,000 paid by the School Board for all four quarters of 2022, the VEC Memorandum of Lien still includes $97,037.29 in charges for 2022.

c. The total principal payments charged in the VEC Memorandum of Lien

decreased by $173,046.60, while the interest went up by $197,906.78.

    d.  Over 71 % of the 2988 disputed claims have had no determinations issued by the VEC.

    e.  Hundreds of claimants have been found ineligible since they were paid, yet still form the basis for part of the VEC Memorandum of Lien.

127.    Ultimately on December 18, 2024, Commissioner Melis, through counsel, agreed to waive service of the Federal Complaint.

128.    However, the VEC and Commissioner refused to pause collection efforts or rescind the VEC Memorandum of Lien.

129.    On December 23, 2024, Bank of America seized $5,147,206.81 from the student activity accounts, and paid the same to the VEC.

130.    On January 17, 2025, VEC released the VEC Memorandum of Lien without notice to the School Board.

131.    Following the VEC's unlawful seizure of funds from the student activity accounts, the School Board filed its Notice of Voluntary Dismissal, dismissing the federal action without prejudice. The U.S. District Court granted that dismissal, without prejudice, on February 10, 2025.

132.    Pursuant to Virginia Code § 22.1-82(C), on April 22, 2025, the Fairfax County Board of Supervisors authorized the School Board to bring this action against the Virginia Employment Commission and the Virginia Department of Taxation to recover the unlawfully seized student activity funds and seek other related relief.

## V. CLAIMS FOR RELIEF

### COUNT I: Violation of State Law - Virginia Code §§ 60.2-619, 60.2-620, 60.2-521 (Commissioner Melis and the VEC)

133. The School Board alleges and incorporates by reference each allegation contained in this Complaint as if set forth herein.

134. The School Board has a statutory right to receive notice when an initial claim for benefits is filed. Va. Code § 60.2-619(B).

135. The School Board has a statutory right to receive a determination of the validity of such a claim. Va. Code § 60.2-619(A).

136. The School Board has a statutory right to receive timely notice of that determination. Va. Code § 60.2-619(C).

137. The School Board has a statutory right to receive timely hearing of an appeal of that determination. Va. Code §§ 60.2-619(D), 60.2-620.

138. The School Board has a statutory right to have its appeals of determinations of claims for unemployment benefits promptly heard by the Administrative Law Division's Office of First Level Appeals, and subsequently by the VEC. Va. Code §§ 60.2-620,.

139. In many cases, the School Board has not received notices of determinations of claims from the VEC. Va. Code § 60.2-619(A) and (C).

140. The School Board has filed appeals of numerous determinations of claims with the VEC and has not had its appeals heard promptly by the Administrative Law Division's Office of First Level Appeals. Va. Code § 60.2-620.

141. VEC lacks the procedures, or interest, in ensuring that the School Board's appeals are promptly heard by the Administrative Law Division's Office of First Level Appeals, as required by Va. Code § 60.2-620.

142. By failing to provide the School Board with notice, reach required determinations, and by causing the School Board to wait years before the School Board's appeals could be heard, if at all, the VEC has knowingly and intentionally violated the School Board's statutory rights. Consequently, the School Board is stuck in a procedural limbo, where it is not receiving decisions on its appeals, and is prevented from administratively challenging the VEC's failure to promptly hear those appeals.

143. The VEC's actions violate Virginia Code §§ 60.2-619 and 60.2-620.

144. The VEC's seizure of $5,147,206.81 in funds, held by the School Board as a fiduciary for students, as a purported tax lien under Virginia Code Section 58.1-1804, is outside the scope of the VEC's authority under Virginia Code § 60.2-521.

145. Virginia Code § 60.2-521 provides a specific mechanism for enforcement of "payment of taxes or payment in lieu of taxes, or interest or any penalty assessed pursuant to subsection C of § 60.2-501 and § 60.2-513[.]" The VEC did not use this specific statutory mechanism. Instead, the VEC relied upon the statement "In addition to the foregoing remedies the Commission shall have such other remedies as are available to the State Tax Commissioner and county and city treasurers for the collection of *taxes generally.*" Va. Code § 60.2-521. But the payments the VEC sought to collect were not taxes; they were payments in lieu of taxes that were not assessed or owed.

146. Virginia Code § 60.2-521 identifies taxes and payments in lieu of taxes as distinct terms.

147. Virginia Code § 60.2-209 defines taxes as "money imposed by and collectible under this title and includes payments in lieu of taxes collectible under §§ 60.2-501 through 60.2-507." The VEC Memorandum of Lien was not asserted under Title 60.2 – rather, the VEC

Memorandum of Lien was asserted under Title 58.1.

148.    The VEC Memorandum of Lien does not include payments in lieu of taxes collectible under §§ 60.2-501 through 60.2-507 – rather, the statute relied upon by the VEC was Virginia Code § 60.2-521.

149.    Payments in lieu of taxes are defined to be taxes for purposes of specific sections of Title 60.2. Virginia Code § 60.2-200 specifies that "[a]s used in this title, unless context clearly requires otherwise, the terms defined in this chapter shall have the meanings there ascribed to them." Therefore, as used in Title 60.2, taxes are defined with the meaning ascribed in Code § 60.2-209: "the money imposed by and collectible under this title [Title 60.2] and includes payments in lieu of taxes collectible under §§ 60.2-501 through 60.2-507."

150.    The definition of taxes to include payments in lieu of taxes, explicitly does not apply to Title 58.1.  Code § 60.2-200 specifically applies the definitions in Chapter 2 to Title 60.2.

151.    If the General Assembly intended to define taxes to include payments in lieu of taxes for purposes of Title 58.1, it could have done so. It did not.

152.    Because payments in lieu of taxes are not taxes for purposes of assessment and enforcement by the Tax Commissioner or Department, the assessment and collection pursuant to 58.1-1805, is ultra vires, invalid, erroneous, and illegal.

153.    Commissioner Melis, through the VEC, collected payments in lieu of taxes from the School Board's fiduciary accounts, for payments made to Improperly Paid Persons, using authority that the VEC and Commissioner Melis do not have under Virginia law.

154.    The VEC Memorandum of Lien is therefore ultra vires, and void *ab initio*.

155.    The VEC and Commissioner Melis have attempted to short-circuit litigation by

recording, collecting, and then releasing the VEC Memorandum of Lien.

156. The controversy at issue in this case is capable of repetition.

157. The VEC's unlawful conduct, in the face of a federal lawsuit, is capable of repetition and likely to be repeated. The VEC has given no indication that it is likely to cease its conduct, and the School Board remains a reimbursable employer.

158. Allowing the VEC's unlawful conduct to evade review would prolong the multi-year pattern of the VEC's abject disregard for its statutory obligations, and subject the School Board to further violations.

159. These actions constitute an actual antagonistic assertion and denial of the School Board's rights and an illegal seizure of funds the School Board held title to in a fiduciary capacity, which it was obligated to, and did, promptly restore to the benefit of the funds' beneficiary owners.

**COUNT II: Denial of Procedural Due Process under the 14th Amendment to the U.S. Constitution (Commissioner Melis and the VEC)**

160. The School Board alleges and incorporates by reference each allegation contained in this Complaint as if set forth herein.

161. The School Board asserts a claim for violation of its procedural due process right under the Fourteenth Amendment to the U.S. Constitution.

162. The School Board has a legitimate expectation of entitlement to, and, thus, a protected property interest in, having its appeals of disputed claims promptly examined by the a representative designated by the Commission as a deputy– resulting in a determination that the benefits were improperly paid, or a prompt, appealable determination pursuant to Va. Code §§ 60.2-619 and 60.2-620, for a decision by the VEC's Administrative Law Division's Office of

First Level Appeals.

163. VEC's failure to promptly hold determinations or allow appeals of many of the individual disputed claims caused the deprivation of the School Board's entitlement to have their appeals promptly heard.

164. VEC has articulated no procedures or interest in making determinations on disputed claims or holding hearings so that the School Board can have its appeals promptly heard and determined by the VEC's Administrative Law Division's Office of First Level Appeals as required by Virginia Code § 60.2-619, 60.2-620, and 15 U.S.C. §§ 9023(f)(4) and 9025(e)(4).

165. By causing the School Board to wait years to receive determinations and note its appeals and to have those appeals heard, the VEC has effectively extinguished the School Board's property interest in having their appeals heard. The School Board is therefore stuck in a procedural limbo, where it is not receiving decisions on its appeals, and has no administrative remedy to challenge VEC's failure to promptly hear those appeals.

166. By seizing $5,147,206.81 in student activities funds held by the School Board in a fiduciary capacity, the VEC has compounded this violation of the School Board's due process rights.

167. The VEC and Commissioner Melis have attempted to short-circuit litigation by recording, collecting, and then releasing the VEC Memorandum of Lien.

168. The controversy at issue in this case is capable of repetition.

169. The VEC's unlawful conduct, in the face of a federal lawsuit, is capable of repetition and likely to be repeated. The VEC has given no indication that it is likely to cease its conduct, and the School Board remains a reimbursable employer.

170. Allowing the VEC's unlawful conduct to evade review would prolong the multi-

year pattern of the VEC's abject disregard for its statutory obligations and further subject the School Board to violations of its due process rights.

171. These actions constitute an actual antagonistic assertion and denial of the School Board's rights and an illegal seizure of funds the School Board held title to in a fiduciary capacity, which it was obligated to, and did, promptly restore to the benefit of the funds' beneficiary owners.

**COUNT III: Denial of Due Process under**
**Article I, § 11 of the Virginia Constitution**
**(Commissioner Melis and the VEC)**

172. The School Board alleges and incorporates by reference each allegation contained in this Complaint as if set forth herein.

173. The School Board asserts a claim for violation of its procedural due process right under Article I, Section 11 of the Constitution of Virginia.

174. The School Board has a legitimate expectation of entitlement to, and, thus, a protected property interest in, having its appeals of disputed claims promptly examined by the representative designated by the Commission as a deputy– resulting in a determination that the benefits were improperly paid, or a prompt, appealable determination pursuant to Va. Code §§ 60.2-619 and 60.2-620, for a decision by the VEC's Administrative Law Division's Office of First Level Appeals.

175. VEC's failure to promptly hold determinations or allow appeals of many of the individual disputed claims caused the deprivation of the School Board's entitlement to have their appeals promptly heard.

176. VEC has articulated no procedures or interest in making determinations on disputed claims or holding hearings so that the School Board can have its appeals promptly heard

and determined by the VEC's Administrative Law Division's Office of First Level Appeals as required by Virginia Code § 60.2-619, 60.2-620, and 15 U.S.C. §§ 9023(f)(4) and 9025(e)(4).

177. By causing the School Board to wait years to receive determinations and note its appeals and to have those appeals heard, the VEC has effectively extinguished the School Board's property interest in having their appeals heard. The School Board is therefore stuck in a procedural limbo, where it is not receiving decisions on its appeals, and has no administrative remedy to challenge VEC's failure to promptly hear those appeals.

178. By seizing $5,147,206.81 in student activities funds held by the School Board in a fiduciary capacity, the VEC has compounded this violation of the School Board's due process rights.

179. The VEC and Commissioner have attempted to short-circuit litigation by recording, collecting, and then releasing the VEC Memorandum of Lien.

180. The controversy at issue in this case is capable of repetition.

181. The VEC's unlawful conduct, in the face of a federal lawsuit, is capable of repetition and likely to be repeated. The VEC has given no indication that it is likely to cease its conduct, and the School Board remains a reimbursable employer.

182. Allowing the VEC's unlawful conduct to evade review would prolong the multi-year pattern of the VEC's abject disregard for its statutory obligations, and further subject the School Board to violations of its due process rights.

183. These actions constitute an actual antagonistic assertion and denial of the School Board's rights and an illegal seizure of funds the School Board held title to in a fiduciary capacity, which it was obligated to, and did, promptly restore to the benefit of the funds' beneficiary owners.

**COUNT IV: APPLICATION FOR CORRECTION AND REFUND OF VEC'S ASSESSMENT AND COLLECTION**
**<u>(alternatively, against the Virginia Employment Commission, Commissioner Melis, and the Department of Taxation)</u>**

184. The School Board alleges and incorporates by reference each allegation contained in Paragraphs 1 through 132 of this Complaint as if set forth herein.

185. The VEC has invoked the authority and procedures for enforcement of the Tax Commissioner and the Department for the collection of payments in lieu of taxes from the School Board, specifically citing Virginia Code §§ 58.1-1804 and 58.1-1805.

186. The Tax Commissioner does not have authority to collect payments in lieu of taxes by any method other than those prescribed in Virginia Code § 60.2-501 through 60.2-507.

187. Assessments by the Department of Taxation, or in this case, the VEC asserting assessment powers granted to the Department of Taxation by statute, are subject to challenge on the grounds that they are "erroneous or improper". Va. Code § 58.1-1825.

188. Collections by the Department of Taxation and the Tax Commissioner, or in this case, the VEC and Commissioner Melis, are subject to challenge on the grounds that they have been "improperly collected from property exempt from process". Va. Code § 58.1-1825(D).

189. In applications for correction and refund under Virginia Code § 58.1-1825, the Department of Taxation must be named as a defendant, as they are in this action. Va. Code § 58.1-1825(D).

190. Following a showing by the taxpayer that "the assessment or collection . . . or other tax attribute complained of is erroneous or otherwise improper . . . [t]he court's order shall be entered pursuant to § 58.1-1826." *Id.*

191. Under Virginia Code § 58.1-1826, "[i]f the court is satisfied that the applicant is erroneously or improperly assessed with any taxes, or that an action with respect to a transferred

credit or other tax attribute is erroneous, and that the erroneous assessment or action was not caused by the willful failure or refusal of the applicant to furnish the Department with the necessary information, as required by law, the court may order that the assessment or action be corrected."

192. "If the assessment exceeds the proper amount, the court may order that the applicant be exonerated from the payment of so much as is erroneously or improperly charged, if not already paid and, if paid, that it be refunded to him." *Id.* Specifically, "[t]he court may order that any amount which has been improperly collected be refunded to such applicant." *Id.*

193. The School Board repeatedly provided the VEC with documentation of the erroneous payments to Improperly Paid Persons, and the erroneous payments were the result of the VEC's failure to timely and review claims for unemployment.

194. The VEC's assessment and collection were erroneous and improper. The VEC failed to comply with the requirements of Virginia Code §§ 58.1-1804 and 58.1-1805 and seized money that was not owed. The School Board is therefore entitled to a refund pursuant to Virginia Code §§ 58.1-1825 and 58.1-1826.

**The VEC failed to comply with the requirements of Virginia Code § 58.1-1805**

195. In Virginia, "Taxes can only be assessed, levied and collected in the manner prescribed by express statutory authority." *Small v. Fed. Nat. Mortg. Ass'n*, 286 Va. 119, 128 (2013) (quoting *City of Richmond v. SunTrust Bank,* 283 Va. 439, 442 (2012)).

196. Moreover, "[a]n executive officer who seeks to enforce a tax must always be able to put his finger upon the statute which confers such authority." *Id.*

197. Through statute, "[t]he General Assembly alone 'determin[es] what machinery shall be exercised in carrying out the provisions of a law authorizing the imposition of taxes.'"

*Id.* (quoting *Commonwealth v. P. Lorillard Co.*, 129 Va. 74, 81 (1921) (first alteration added, second alteration in original). "Taxing statutes are 'construed most strongly against the government and are not to be extended beyond the clear import of the language used.'" *Id.* (quoting *City of Lynchburg v. English Constr. Co.*, 277 Va. 574, 583 (2009)).

198. Under Virginia Code § 58.1-1805, "No memorandum of lien shall be filed unless the taxpayer is first given ten or more days' prior notice of intent to file a lien". That section also provides that if the Tax Commissioner makes a determination that collection would be jeopardized by the provision of such notice, notice could be provided simultaneously with the filing of a memorandum of lien.

199. Neither the Tax Commissioner, nor the VEC, nor Commissioner Melis, made a jeopardy determination, nor could they have done so.

200. The VEC failed to provide the statutorily required 10 days' notice to the School Board prior to recording the VEC Memorandum of Lien.

201. Virginia Code § 58.1-1804 requires the Commissioner to inform the taxpayer "of the remedies provided in this chapter." The Tax Lien Notice cited Code § 58.1-1804, and itself stated that the notice was required by law to inform the taxpayer "of the remedies provided in this chapter." However, the VEC failed to include any notice of any remedies in the Tax Lien Notice.

202. The VEC and Commissioner Melis failed to comply with the provisions of Virginia Code §§ 58.1-1804 and 58.1-1805.

203. This violation requires setting aside the 2020-2024 payments in lieu of taxes and ordering a refund of the entire $5,147,206.81 payments collected from the School Board.

**The amount collected by the VEC was erroneous, and not owed**

204. The VEC's application pursuant to Virginia Code § 58.1-1804, collected disputed payments that VEC made to Improperly Paid Persons, for which claimants are ineligible or with respect to claims which the School Board has disputed, but which the VEC has not issued determinations.

205. The School Board provided the VEC with extensive documentation of the claims that the School Board is not obligated to pay.

206. Those disputed claims are attached hereto as Exhibit A.

207. Those claims include payments made by VEC to individuals, who the VEC has not determined are eligible to receive such payments.

208. Those claims include payments made by VEC to individuals who VEC later determined were ineligible to receive such payments.

209. Nevertheless, the VEC seized $5,147,206.81 from the School Board, based on such claims, that the School Board was not obligated to pay.

210. The amount of money seized by the VEC is inconsistent with the quarter-by-quarter determination charges in the VEC's June 5, 2024 bill.

211. The amount of money seized by the VEC is inconsistent with the quarter-by-quarter charges listed in the VEC Memorandum of Lien.

212. The amount of money seized by the VEC is an inflated sum, inconsistent with the claims actually and properly adjudicated by the VEC.

213. The VEC has refused to provide any accounting of the claims underlying the VEC Memorandum of Lien and insists that it is not required to do so.

214. The thousands of improperly paid claims, and the VEC's failure or inability to provide any accounting of the basis for its assessments and collection, requires setting aside the

seizure of the 2020-2024 payments in lieu of taxes and ordering a refund of the entire $5,147,206.81 payments collected from the School Board, or, at a minimum $4,353,925.84.

**VII. PRAYER FOR RELIEF**

WHEREFORE, the School Board submits and requests, with respect to Counts I – III, that:

A. Pursuant to Virginia Code 8.01-184, *et. seq.*, the Court declare that Commissioner Melis, and the VEC's assessment and collection of $5,147,206.81 is *ultra vires*, invalid, and illegal;

B. Pursuant to Virginia Code 8.01-184, *et. seq.*, the Court declare that the VEC Memorandum of Lien was *ultra vires*, invalid, and illegal;

C. The Court issue a permanent injunction requiring the Commissioner Melis and the VEC to return the $5,147,206.81 collected in violation of Virginia law;

D. The Court order Commissioner Melis and the VEC to take all necessary actions to refund to the School Board the sum of $5,147,206.81 by allowing the School Board to make an adjustment in in connection with subsequent tax payments by it, or if such adjustment cannot be made, by refunding that amount, without interest, from the fund; and the Court order Commissioner Melis and the VEC to requisition from the Commonwealth, as provided by law, such funds as are necessary to repay the sum of $5,147,206.81 pursuant to Title 60.2, Chapter 3, Articles 1, 2, and 3;

E. The court prohibit any further violations of the law and for such declaratory and injunctive relief as may be appropriate;

F. The School Board's costs in bringing this action; and

G. Such other relief the Court determines just and proper.

ALTERNATIVELY, the School Board submits and requests, with respect to Counts IV, that:

A. The VEC's assessment of the $5,147,206.81 should be found to be *ultra vires*, invalid, erroneous, and otherwise illegal, pursuant to Virginia Code § 58.1-1826;

B. The $5,147,206.81 collected by the VEC should be found to be *ultra vires*, invalid, erroneous and otherwise illegal;

C. The Court order Commissioner Melis and the VEC to take all necessary actions to refund to the School Board the sum of $5,147,206.81 by allowing the School Board to make an adjustment in in connection with subsequent tax payments by it, or if such adjustment cannot be made, by refunding that amount, without interest, from the fund; and the Court order Commissioner Melis and the VEC to requisition from the Commonwealth, as provided by law, such funds as are necessary to repay the sum of $5,147,206.81 pursuant to Title 60.2, Chapter 3, Articles 1, 2, and 3;

D. The $5,147,206.81 assessed and collected by the VEC should be ordered refunded to the School Board, with interest required by law;

E. The School Board's costs in bringing this action; and

F. Such other relief the Court determines just and proper.

Respectfully submitted,

FAIRFAX COUNTY
SCHOOL BOARD
By Counsel

Date: May 2, 2025

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)
(703) 691-3913 (facsimile)

By: ______________________________
John F. Cafferky, VSB No. 26179
jcafferky@bklawva.com
Robert E. Scully, Jr., VSB No. 19218
rscully@bklawva.com
Michael K. Kim, VSB No. 82922
mkim@bklawva.com
Jakob Stalnaker, VSB No. 95010
jstalnaker@bklawva.com
*Counsel for Fairfax County School Board*

# EXHIBIT A

**Second Quarter, 2020**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| J.D. | $ (630.00) | Ineligible, appeal dated February 5, 2019 | Not qualfied for benefits, even though original appeal letter gave approval. |
| N.B. | $ (431.00) | Ineligible, no determination letter | Employee dismissed June 7, 2019 |
| B.M. | $ (19.23) | No determination letter | Termed employee May 5, 2017 |
| L.B. | $ (2.86) | Ineligible | Termed employee January 11, 2018 |
| A.C. | $ 0.65 | No determination letter | Termed employee July 31, 2020. |
| D.A. | $ 1.40 | FCPS filed appeal, no appeal has been heard | Paid by FCPS during the disputed time period. |
| A.H. | $ 1.44 | Ineligible | Not statutorily responsible employer. |
| K.C. | $ 1.58 | No determination letter | Paid by FCPS during the disputed time period. |
| N.V. | $ 1.58 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| N.B. | $ 1.68 | No determination letter | Resigned employment with FCPS. |
| G.A. | $ 1.97 | No determination letter | Not statutorily responsible employer. |
| T.R. | $ 2.00 | No determination letter | Refused work when continuing work was available. |
| T.A. | $ 2.51 | FCPS filed appeal, no appeal has been heard | Paid by FCPS during the disputed time period. |
| M.A. | $ 2.67 | No determination letter | Refused work when continuing work was available. |
| E.O. | $ 2.82 | No determination letter | Refused work when continuing work was available. |
| S.A. | $ 3.28 | No determination letter | Not statutorily responsible employer. |
| A.M. | $ 3.43 | No determination letter | Termed employee September 25, 2018. |
| K.R. | $ 3.52 | No determination letter | Refused work when continuing work was available. |

## Second Quarter, 2020

| | | | |
|---|---|---|---|
| E.E. | $ 3.57 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| M.C. | $ 3.81 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.B. | $ 4.04 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| S.S. | $ 4.46 | No determination letter | Not statutorily responsible employer. |
| C.A. | $ 4.66 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| P.L. | $ 4.98 | No determination letter | Resigned employment with FCPS. |
| T.H. | $ 5.46 | No determination letter | Reasonable assurance of returning to work. |
| D.R. | $ 5.50 | No determination letter | Refused work when continuing work was available. |
| A.H. | $ 5.55 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Z.A. | $ 5.96 | No determination letter | Refused work when continuing work was available. |
| B.V. | $ 6.15 | No determination letter | Not statutorily responsible employer |
| C.A. | $ 6.16 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.E. | $ 6.68 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| L.D. | $ 6.72 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| D.M. | $ | 6.75 | No determination letter | Not statutorily responsible employer. |
|---|---|---|---|---|
| J.R. | $ | 6.80 | No determination letter | Not statutorily responsible employer |
| M.H. | $ | 7.10 | No determination letter | Paid by FCPS during the disputed time period. |
| H.J. | $ | 7.12 | No determination letter | Temporary worker |
| M.K. | $ | 8.03 | No determination letter | Refused work when continuing work was available. |
| C.J. | $ | 8.15 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| A.S. | $ | 8.30 | No determination letter | Not statutorily responsible employer. |
| H.W. | $ | 8.48 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.L. | $ | 8.60 | No determination letter | Refused work when continuing work was available. |
| A.M. | $ | 8.61 | No determination letter | Refused work when continuing work was available. |
| T.T. | $ | 8.82 | No determination letter | Resigned employment with FCPS. |
| K.B. | $ | 9.75 | No determination letter | Refused work when continuing work was available. |
| G.E. | $ | 10.20 | No determination letter | Refused work when continuing work was available. |
| K.F. | $ | 11.11 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| A.O. | $ | 11.24 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| D.O. | $ 11.64 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| A.R. | $ 11.78 | No determination letter | Reasonable assurance of returning to work. |
| N.S. | $ 11.80 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| S.M. | $ 11.88 | No determination letter | Refused work when continuing work was available. |
| A.A. | $ 12.41 | No determination letter | Reasonable assurance of returning to work. |
| M.B. | $ 12.54 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.M. | $ 12.78 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| R.C. | $ 12.94 | No determination letter | Refused work when continuing work was available. |
| J.T. | $ 13.00 | No determination letter | Refused work when continuing work was available. |
| S.G. | $ 13.70 | No determination letter | Refused work when continuing work was available. |
| T.L. | $ 13.91 | No determination letter | Reasonable assurance of returning to work. |
| D.R. | $ 14.20 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| F.Z. | $ 14.70 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| T.F. | $ | 15.40 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.J. | $ | 15.42 | No determination letter | Not statutorily responsible employer. |
| M.H. | $ | 15.51 | No determination letter | Paid by FCPS during the disputed time period. |
| J.K. | $ | 15.52 | No determination letter | Not statutorily responsible employer. |
| H.A. | $ | 16.21 | No determination letter | Not statutorily responsible employer. |
| B.P. | $ | 16.72 | No determination letter | Refused work when continuing work was available. |
| M.B. | $ | 17.25 | No determination letter | Refused work when continuing work was available. |
| T.P. | $ | 17.62 | No determination letter | Refused work when continuing work was available. |
| W.W. | $ | 17.80 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.Y. | $ | 17.88 | No determination letter | Resigned employment with FCPS. |
| R.B. | $ | 18.07 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| C.P. | $ | 19.03 | No determination letter | Refused work when continuing work was available. |
| R.E. | $ | 19.12 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| P.L. | $ | 19.20 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| E.C. | $ 20.58 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| A.L. | $ 20.70 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.B. | $ 21.66 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.T. | $ 21.76 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.E. | $ 22.26 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.O. | $ 22.58 | No determination letter | Refused work when continuing work was available. |
| T.M. | $ 22.60 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.C. | $ 24.38 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| E.L. | $ 25.20 | No determination letter | Paid by FCPS during the disputed time period. |
| C.U. | $ 25.27 | No determination letter | Resigned employment with FCPS. |
| K.S. | $ 25.76 | No determination letter | Refused work when continuing work was available. |
| B.V. | $ 26.07 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| K.B. | $ 27.58 | No determination letter | Paid by FCPS during the disputed time period. |
| Y.Z. | $ 28.48 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| K.B. | $ 28.56 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| E.S. | $ 29.22 | No determination letter | Not statutorily responsible employer. |
| M.G. | $ 29.54 | No determination letter | Not statutorily responsible employer. |
| K.K. | $ 29.81 | No determination letter | Not statutorily responsible employer. |
| E.Y. | $ 30.31 | No determination letter | Not statutorily responsible employer. |
| J.B. | $ 31.53 | No determination letter | Not statutorily responsible employer. |
| T.E. | $ 31.65 | No determination letter | Reasonable assurance of returning to work. |
| S.A. | $ 31.99 | No determination letter | Refused work when continuing work was available. |
| J.F. | $ 32.04 | No determination letter | Paid by FCPS during the disputed time period. |
| C.S. | $ 32.50 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.W. | $ 32.76 | No determination letter | Paid by FCPS during the disputed time period. |
| L.P. | $ 32.78 | No determination letter | Refused work when continuing work was available. |
| N.M. | $ 32.81 | Ineligible | Paid by FCPS during the disputed time period. |
| L.C. | $ 33.46 | No determination letter | Not statutorily responsible employer. |
| J.W. | $ 34.40 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| C.G. | $ 34.55 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| J.S. | $ 34.58 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| R.S. | $ 34.65 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.O. | $ 34.74 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| R.W. | $ 35.28 | No determination letter | Resigned employment with FCPS. |
| P.C. | $ 35.77 | No determination letter | Refused work when continuing work was available. |
| B.K. | $ 35.88 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.K. | $ 36.40 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| Z.R. | $ 36.53 | No determination letter | Refused work when continuing work was available. |
| J.B. | $ 36.66 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.B. | $ 36.96 | No determination letter | Not statutorily responsible employer. |
| L.N. | $ 37.24 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.W. | $ 37.84 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| M.S. | $ 38.04 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.S. | $ 38.10 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.V. | $ 38.78 | No determination letter | Refused work when continuing work was available. |
| B.G. | $ 39.36 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.M. | $ 41.86 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| A.S. | $ 42.29 | No determination letter | Paid by FCPS during the disputed time period. |
| J.B. | $ 42.34 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.L. | $ 42.90 | No determination letter | Not statutorily responsible employer. |
| S.Y. | $ 43.02 | No determination letter | Paid by FCPS during the disputed time period. |
| A.P. | $ 44.52 | No determination letter | Not statutorily responsible employer. |
| B.S. | $ 45.26 | No determination letter | Refused work when continuing work was available. |
| T.L. | $ 45.40 | No determination letter | Resigned employment with FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| A.Z. | $ | 45.80 | No determination letter | Refused work when continuing work was available. |
| J.K. | $ | 46.14 | No determination letter | Refused work when continuing work was available. |
| S.J. | $ | 46.50 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| M.A. | $ | 46.88 | No determination letter | Resigned employment with FCPS. |
| N.I. | $ | 47.47 | No determination letter | Refused work when continuing work was available. |
| E.E. | $ | 47.96 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.Q. | $ | 48.00 | No determination letter | Resigned employment with FCPS. |
| K.H. | $ | 48.72 | No determination letter | Paid by FCPS during the disputed time period. |
| J.G. | $ | 48.97 | No determination letter | Paid by FCPS during the disputed time period. |
| L.M. | $ | 49.44 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| T.C. | $ | 49.82 | No determination letter | Not statutorily responsible employer. |
| G.L. | $ | 50.16 | No determination letter | Employee resigned employment with FCPS; not statutorily responsible employer |
| C.S. | $ | 50.50 | No determination letter | Refused work when continuing work was available. |
| N.E. | $ | 51.40 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| J.W. | $ | 51.48 | No determination letter | Refused work when continuing work was available. |
| A.A. | $ | 51.62 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| C.T. | $ | 51.72 | No determination letter | Refused work when continuing work was available. |
| C.S. | $ | 53.16 | No determination letter | Paid by FCPS during the disputed time |
| A.A. | $ | 54.60 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| S.K. | $ | 54.99 | No determination letter | Refused work when continuing work was available. |
| R.A. | $ | 56.60 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| N.B. | $ | 57.47 | No determination letter | Paid by FCPS during the disputed time period. |
| S.W. | $ | 57.96 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| N.N. | $ | 58.24 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.Y. | $ | 58.52 | No determination letter | Paid by FCPS during the disputed time period. |
| F.H. | $ | 58.75 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.O. | $ 59.10 | No determination letter | Paid by FCPS during the disputed time period. |
| B.V. | $ 59.27 | No determination letter | Refused work when continuing work was available. |
| D.W. | $ 59.50 | No determination letter | Refused work when continuing work was available. |
| B.A. | $ 59.92 | No determination letter | Refused work when continuing work was available. |
| M.O. | $ 60.61 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.P. | $ 60.69 | No determination letter | Refused work when continuing work was available. |
| M.S. | $ 61.32 | No determination letter | Refused work when continuing work was available. |
| W.M. | $ 61.57 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.E. | $ 61.60 | No determination letter | Not statutorily responsible employer. |
| L.S. | $ 61.82 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.O. | $ 61.98 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.R. | $ 62.34 | No determination letter | Refused work when continuing work was available. |
| L.G. | $ 62.66 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| N.L. | $ | 63.42 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.M. | $ | 63.62 | No determination letter | Paid by FCPS during the disputed time period. |
| L.S. | $ | 63.92 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.W. | $ | 64.15 | No determination letter | Not statutorily responsible employer. |
| R.W. | $ | 64.89 | No determination letter | Not statutorily responsible employer. |
| E.G. | $ | 65.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.D. | $ | 65.28 | No determination letter | Paid by FCPS during the disputed time period. |
| J.E. | $ | 65.42 | No determination letter | Paid by FCPS during the disputed time period. |
| L.S. | $ | 66.43 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| L.D. | $ | 66.48 | No determination letter | Paid by FCPS during the disputed time period. |
| S.B. | $ | 67.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.C. | $ | 67.41 | No determination letter | Not statutorily responsible employer. |
| T.A. | $ | 68.12 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.Y. | $ 70.27 | No determination letter | Refused work when continuing work was available. |
| M.T. | $ 70.29 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| I.M. | $ 71.76 | No determination letter | Refused work when continuing work was available. |
| C.Y. | $ 71.88 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.S. | $ 73.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.C. | $ 73.00 | No determination letter | Paid by FCPS during the disputed time period. |
| I.S. | $ 73.49 | No determination letter in 2020 or 2021, eligible after June 19, 2022 | Resigned employment with FCPS. |
| S.C. | $ 74.72 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.C. | $ 75.67 | No determination letter | Paid by FCPS during the disputed time period. |
| F.O. | $ 76.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.C. | $ 76.20 | No determination letter | Resigned employment with FCPS; not statutorily responsible employer. |
| D.N. | $ 76.44 | No determination letter | Not statutorily responsible employer. |
| S.M. | $ 78.88 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| A.O. | $ | 79.20 | No determination letter | Refused work when continuing work was available. |
| L.M. | $ | 79.66 | No determination letter | Not statutorily responsible employer. |
| J.S. | $ | 80.73 | No determination letter | Not statutorily responsible employer. |
| D.S. | $ | 84.52 | No determination letter | Not statutorily responsible employer. |
| D.S. | $ | 84.88 | No determination letter | Not statutorily responsible employer. |
| E.C. | $ | 85.50 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.V. | $ | 86.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.G. | $ | 87.69 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.H. | $ | 89.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.S. | $ | 89.09 | No determination letter | Refused work when continuing work was available. |
| S.H. | $ | 90.60 | No determination letter | Paid by FCPS during the disputed time period. |
| L.B. | $ | 91.16 | No determination letter | Paid by FCPS during the disputed time period. |
| S.R. | $ | 92.21 | No determination letter | Temporary employee termed September 6, 2019. |
| E.N. | $ | 92.70 | No determination letter | Not statutorily responsible employer. |
| Y.K. | $ | 93.10 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| H.H. | $ 95.73 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.K. | $ 96.34 | Ineligible | Paid by FCPS during the disputed time period. |
| T.W. | $ 96.68 | No determination letter | Reasonable assurance of returning to work. |
| B.S. | $ 97.02 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.M. | $ 98.07 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| O.J. | $ 98.90 | No determination letter | Not statutorily responsible employer. |
| F.B. | $ 100.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.N. | $ 102.24 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| N.R. | $ 102.35 | No determination letter | Paid by FCPS during the disputed time period. |
| D.M. | $ 103.30 | No determination letter | Resigned employment with FCPS. |
| J.H. | $ 103.74 | No determination letter | Resigned employment with FCPS. |
| M.V. | $ 105.60 | No determination letter | Not statutorily responsible employer; Governor ordered state of emergency closure of FCPS. |
| C.V. | $ 107.44 | No determination letter | Failed to obtain commercial driver's license as required by Virginia law. |
| A.M. | $ 107.76 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| H.H. | $ | 108.00 | No determination letter | Paid by FCPS during the disputed time period. |
|---|---|---|---|---|
| S.Z. | $ | 108.84 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| I.F. | $ | 109.80 | No determination letter | Not statutorily responsible employer. |
| C.E. | $ | 109.81 | No determination letter | Not statutorily responsible employer. |
| J.J. | $ | 110.00 | No determination letter | Not statutorily responsible employer. |
| K.H. | $ | 112.90 | No determination letter | Not statutorily responsible employer. |
| R.H. | $ | 114.12 | No determination letter | Resigned employment with FCPS. |
| A.R. | $ | 115.02 | No determination letter | Paid by FCPS during the disputed time period. |
| C.S. | $ | 115.22 | No determination letter | Refused work when continuing work was available. |
| Z.T. | $ | 115.80 | No determination letter | Paid by FCPS during the disputed time period. |
| A.K. | $ | 117.25 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| R.Q. | $ | 118.16 | No determination letter | Paid by FCPS during the disputed time period. |
| G.Q. | $ | 121.18 | No determination letter | Paid by FCPS during the disputed time period. |
| S.Y. | $ | 122.29 | No determination letter | Not statutorily responsible employer. |
| L.T. | $ | 122.36 | No determination letter | Paid by FCPS during the disputed time period. |
| L.B. | $ | 122.43 | No determination letter | Resigned employment with FCPS. |
| J.M. | $ | 122.67 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| K.N. | $ | 122.79 | No determination letter | Paid by FCPS during the disputed time period. |
|---|---|---|---|---|
| E.T. | $ | 123.42 | No determination letter | Resigned employment with FCPS. |
| L.T. | $ | 123.48 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.S. | $ | 123.68 | No determination letter | Paid by FCPS during the disputed time period. |
| J.N. | $ | 124.82 | No determination letter | Not statutorily responsible employer. |
| Z.E. | $ | 124.86 | No determination letter | Refused work when continuing work was available. |
| S.H. | $ | 125.11 | No determination letter | Paid by FCPS during the disputed time period. |
| A.M. | $ | 125.76 | No determination letter | Paid by FCPS during the disputed time period. |
| M.T. | $ | 126.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.J. | $ | 126.88 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| K.H. | $ | 127.35 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.T. | $ | 127.40 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.A. | $ | 127.83 | No determination letter | Resigned employment with FCPS. |
| K.S. | $ | 128.00 | Ineligible | Employee denied benefits effective April 12, 2020; employee termed January 9, 2020. |
| N.M. | $ | 128.00 | No determination letter | Not statutorily responsible employer. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| A.L. | $ | 128.59 | No determination letter | Reasonable assurance of returning to work. |
| E.I. | $ | 129.30 | No determination letter | Not statutorily responsible employer. |
| P.K. | $ | 130.88 | No determination letter | Refused work when continuing work was available. |
| A.S. | $ | 131.16 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.M. | $ | 132.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.R. | $ | 132.96 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.M. | $ | 134.82 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.A. | $ | 135.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.L. | $ | 135.12 | No determination letter | Refused work when continuing work was available. |
| S.D. | $ | 136.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.L. | $ | 136.71 | Ineligible | Paid by FCPS during the disputed time period. |
| L.F. | $ | 137.83 | No determination letter | Not statutorily responsible employer. |
| D.H. | $ | 138.00 | No determination letter | Paid by FCPS during the disputed time period. |
| F.B. | $ | 138.33 | No determination letter | Not statutorily responsible employer. |
| M.B. | $ | 138.46 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.S. | $ 138.76 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| K.T. | $ 138.95 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| H.L. | $ 140.15 | No determination letter | Paid by FCPS during the disputed time period. |
| H.S. | $ 141.75 | No determination letter | Not statutorily responsible employer. |
| J.L. | $ 143.04 | No determination letter | Paid by FCPS during the disputed time period. |
| E.C. | $ 144.30 | No determination letter | Paid by FCPS during the disputed time period. |
| A.H. | $ 145.64 | No determination letter | Reasonable assurance of returning to work. |
| K.D. | $ 147.40 | No determination letter | Not statutorily responsible employer. |
| L.A. | $ 147.81 | No determination letter | Refused work when continuing work was available. |
| A.M. | $ 148.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.H. | $ 148.00 | No determination letter | Paid long-term disablity during the disputed period. |
| K.O. | $ 148.69 | No determination letter | Paid by FCPS during the disputed time period. |
| M.C. | $ 150.54 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| S.R. | $ 150.66 | Ineligible | Paid by FCPS during the disputed time period. |
| E.P. | $ 151.03 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| A.Y. | $ 151.47 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.D. | $ 151.86 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.S. | $ 153.40 | No determination letter | Refused work when continuing work was available. |
| J.J. | $ 154.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.C. | $ 155.90 | Ineligible | Paid by FCPS during the disputed time period. |
| A.L. | $ 156.52 | No determination letter | Paid by FCPS during the disputed time period. |
| S.K. | $ 156.82 | No determination letter | Paid by FCPS during the disputed time period. |
| J.M. | $ 156.92 | No determination letter | Paid by FCPS during the disputed time period. |
| M.Z. | $ 157.56 | No determination letter | Refused work when continuing work was available. |
| M.C. | $ 160.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| O.H. | $ 161.40 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| P.S. | $ 162.03 | No determination letter | Not statutorily responsible employer. |
| R.B. | $ 162.75 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| A.A. | $ | 165.24 | No determination letter | Refused work when continuing work was available. |
|---|---|---|---|---|
| S.P. | $ | 165.48 | No determination letter | Not statutorily responsible employer. |
| M.T. | $ | 165.65 | No determination letter | Paid by FCPS during the disputed time period. |
| D.S. | $ | 166.20 | No determination letter | Refused work when continuing work was available. |
| M.H. | $ | 167.76 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| A.W. | $ | 169.65 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.H. | $ | 169.66 | No determination letter | Paid by FCPS during the disputed time period. |
| S.G. | $ | 170.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.H. | $ | 171.16 | No determination letter | Not statutorily responsible employer. |
| H.B. | $ | 171.60 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.S. | $ | 172.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.W. | $ | 172.36 | No determination letter | Reasonable assurance of returning to work. |
| M.N. | $ | 172.92 | No determination letter | Refused work when continuing work was available. |
| K.R. | $ | 173.15 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.O. | $ 175.36 | No determination letter | Resigned employment with FCPS. |
| L.A. | $ 176.52 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.A. | $ 176.80 | No determination letter | Paid by FCPS during the disputed time period. |
| K.H. | $ 179.94 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| A.C. | $ 180.00 | Ineligible | Paid by FCPS during the disputed time period. |
| Y.K. | $ 180.81 | No determination letter | Not statutorily responsible employer. |
| A.H. | $ 182.28 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.S. | $ 183.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.T. | $ 183.05 | No determination letter | Refused work when continuing work was available. |
| E.Y. | $ 183.32 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.G. | $ 184.64 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| F.G. | $ 184.71 | No determination letter | Paid by FCPS during the disputed time period. |
| H.N. | $ 185.70 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| R.E. | $ 186.00 | No determination letter | Refused work when continuing work was available. |
| M.M. | $ 186.06 | No determination letter | Refused work when continuing work was available. |
| T.N. | $ 186.44 | No determination letter | Paid by FCPS during the disputed time period. |
| S.H. | $ 186.72 | No determination letter | Refused work when continuing work was available. |
| K.W. | $ 187.84 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.D. | $ 189.33 | No determination letter | Paid by FCPS during the disputed time period. |
| S.O. | $ 190.20 | No determination letter | Not statutorily responsible employer. |
| S.W. | $ 190.53 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| C.S. | $ 193.20 | No determination letter | Not statutorily responsible employer. |
| K.N. | $ 193.77 | No determination letter | Paid by FCPS during the disputed time period. |
| L.A. | $ 194.59 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.J. | $ 194.81 | No determination letter | Not statutorily responsible employer. |
| A.O. | $ 195.81 | No determination letter | Paid by FCPS during the disputed time period. |
| D.W. | $ 196.97 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| J.O. | $ 197.84 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.D. | $ 198.10 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.A. | $ 198.30 | No determination letter | Paid by FCPS during the disputed time period. |
| H.H. | $ 199.68 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| G.F. | $ 200.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.R. | $ 201.32 | Ineligible | Paid by FCPS during the disputed time period. |
| D.V. | $ 201.60 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| L.A. | $ 201.89 | No determination letter | Paid by FCPS during the disputed time period. |
| L.S. | $ 202.40 | No determination letter | Refused work when continuing work was available. |
| L.P. | $ 202.71 | No determination letter | Paid by FCPS during the disputed time period. |
| F.S. | $ 203.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.S. | $ 203.66 | No determination letter | Paid by FCPS during the disputed time period. |
| B.U. | $ 204.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| M.K. | $ | 204.00 | No determination letter | Paid by FCPS during the disputed time period. |
|---|---|---|---|---|
| D.M. | $ | 204.75 | No determination letter | Resigned employment with FCPS. |
| A.L. | $ | 205.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.T. | $ | 205.12 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.H. | $ | 205.52 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.S. | $ | 207.97 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| W.O. | $ | 208.50 | No determination letter | Paid by FCPS during the disputed time period. |
| S.C. | $ | 208.90 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| Y.K. | $ | 210.28 | No determination letter | Refused work when continuing work was available. |
| R.S. | $ | 211.32 | No determination letter | Refused work when continuing work was available. |
| S.S. | $ | 214.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.R. | $ | 214.66 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| N.W. | $ 214.83 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.H. | $ 217.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.H. | $ 217.38 | Ineligible | Paid by FCPS during the disputed time period. |
| B.N. | $ 217.94 | Ineligible | Paid by FCPS during the disputed time period. |
| F.B. | $ 218.62 | No determination letter | Resigned employment with FCPS. |
| C.D. | $ 218.90 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| S.A. | $ 219.90 | No determination letter | Refused work when continuing work was available. |
| R.N. | $ 219.98 | No determination letter | Paid by FCPS during the disputed time period. |
| E.B. | $ 220.20 | No determination letter | Refused work when continuing work was available. |
| A.A. | $ 221.80 | No determination letter | Paid by FCPS during the disputed time period. |
| I.R. | $ 222.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.H. | $ 223.60 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.S. | $ 224.37 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| H.A. | $ | 225.90 | No determination letter | Paid by FCPS during the disputed time period. |
| K.W. | $ | 226.08 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.M. | $ | 226.40 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| M.L. | $ | 234.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.W. | $ | 234.38 | No determination letter | Resigned employment with FCPS. |
| A.A. | $ | 234.48 | No determination letter | Refused work when continuing work was available. |
| A.B. | $ | 234.72 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| A.G. | $ | 236.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.E. | $ | 237.50 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.L. | $ | 239.12 | Ineligible | Paid by FCPS during the disputed time period. |
| A.S. | $ | 240.87 | No determination letter | Temporary employee, refused work when continuing work was available. |
| J.P. | $ | 242.00 | No determination letter | Refused work when continuing work was available. |
| J.E. | $ | 242.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| S.I. | $ | 243.30 | Ineligible | Paid by FCPS during the disputed time period. |
| F.A. | $ | 244.07 | No determination letter | Paid by FCPS during the disputed time period; had reasonable assurance of available work. |
| S.M. | $ | 244.40 | No determination letter | Not statutorily responsible employer. |
| E.S. | $ | 248.00 | No determination letter | Paid by FCPS during the disputed time period. |
| B.N. | $ | 248.85 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| R.P. | $ | 249.00 | Ineligible | Paid short-term disability payments, and returned to work and was paid during the disputed period. |
| T.C. | $ | 250.00 | No determination letter for 2020, eligible in 2019 | Paid by FCPS during the disputed time period. |
| L.M. | $ | 250.40 | No determination letter | Paid by FCPS during the disputed time period. |
| C.C. | $ | 251.35 | No determination letter | Paid by FCPS during the disputed time period. |
| M.P. | $ | 251.46 | No determination letter | Paid by FCPS during the disputed time period. |
| S.H. | $ | 252.49 | No determination letter | Paid by FCPS during the disputed time period. |
| C.B. | $ | 252.54 | Ineligible | Paid by FCPS during the disputed time period. |
| M.L. | $ | 252.98 | No determination letter | Not statutorily responsible employer. |
| S.D. | $ | 253.44 | No determination letter | Not statutorily responsible employer. |
| N.A. | $ | 254.80 | No determination letter | Reasonable assurance of returning to work. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.P. | $ 254.93 | No determination letter | Refused work when continuing work was available. |
| A.B. | $ 256.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.M. | $ 256.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.Y. | $ 257.04 | Ineligible | Paid by FCPS during the disputed time period. |
| I.A. | $ 258.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.T. | $ 261.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.C. | $ 261.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.H. | $ 262.00 | No determination letter | Paid by FCPS until May 8, 2020. |
| S.H. | $ 262.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.E. | $ 265.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.C. | $ 265.20 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.P. | $ 266.24 | No determination letter | Paid by FCPS during the disputed time period. |
| N.C. | $ 268.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.H. | $ 272.85 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.C. | $ 273.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.F. | $ 273.74 | No determination letter | Paid by FCPS during the disputed time period. |
| H.P. | $ 274.68 | No determination letter | Paid by FCPS during the disputed time period. |
| R.S. | $ 276.85 | No determination letter | Temporary employee, reasonable assurance of returning to work. |
| P.N. | $ 281.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.W. | $ 281.66 | No determination letter | Refused work when continuing work was available. |
| A.D. | $ 282.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.E. | $ 283.44 | No determination letter | Refused work when continuing work was available. |
| C.N. | $ 284.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.B. | $ 284.55 | Ineligible | Paid by FCPS during the disputed time period. |
| M.S. | $ 287.40 | No determination letter | Refused work when continuing work was available. |
| H.O. | $ 288.06 | No determination letter | Not statutorily responsible employer. |
| B.R. | $ 290.37 | No determination letter | Paid by FCPS during the disputed time period. |
| Y.S. | $ 291.40 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| J.F. | $ 292.71 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| P.P. | $ 293.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.F. | $ 293.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period. |
| M.A. | $ 295.00 | No determination letter | Paid by FCPS during the disputed time period. |
| B.T. | $ 295.77 | No determination letter | Paid by FCPS during the disputed time period. |
| C.B. | $ 296.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.C. | $ 296.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.B. | $ 296.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.C. | $ 296.00 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| I.F. | $ 297.72 | No determination letter | Employee termed in December 20, 2019; last worked October 12, 2018. |
| P.A. | $ 301.68 | No determination letter | Paid by FCPS during the disputed time period. |
| A.O. | $ 301.86 | No determination letter | Refused work when continuing work was available. |
| J.N. | $ 302.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.I. | $ 302.28 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| H.L. | $ | 303.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.D. | $ | 303.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.C. | $ | 303.59 | No determination letter | Paid by FCPS during the disputed time period. |
| B.T. | $ | 304.16 | Ineligible | Paid by FCPS during the disputed time period. |
| C.P. | $ | 306.33 | No determination letter | Paid by FCPS during the disputed time period. |
| J.R. | $ | 306.72 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.M. | $ | 306.91 | No determination letter | Paid by FCPS during the disputed time period. |
| S.C. | $ | 307.38 | No determination letter | Paid by FCPS during the disputed time period. |
| S.R. | $ | 308.00 | No determination letter | Paid by FCPS during the disputed time period. |
| G.M. | $ | 308.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.D. | $ | 308.00 | Ineligible | Paid by FCPS during the disputed time period. |
| P.S. | $ | 308.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.S. | $ | 308.14 | No determination letter | Paid by FCPS during the disputed time period. |
| A.K. | $ | 308.16 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| K.F. | $ 310.56 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.T. | $ 311.92 | No determination letter | Refused work when continuing work was available. |
| C.B. | $ 314.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.E. | $ 314.74 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.B. | $ 314.75 | Ineligible | Paid by FCPS during the disputed time period. |
| P.M. | $ 315.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.B. | $ 315.98 | No determination letter | Not statutorily responsible employer. |
| Z.H. | $ 318.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.H. | $ 318.59 | No determination letter | Paid by FCPS during the disputed time period. |
| K.J. | $ 318.96 | No determination letter | Paid by FCPS during the disputed time period. |
| I.P. | $ 319.48 | No determination letter | Employee termed July 1, 2019, pre-pandemic. |
| W.W. | $ 319.72 | Ineligible | Paid by FCPS during the disputed time period. |
| A.D. | $ 320.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.J. | $ 321.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.H. | $ 321.52 | No determination letter | Paid by FCPS during the disputed time period. |
| R.T. | $ 321.56 | No determination letter | Paid by FCPS during the disputed time period. |
| M.K. | $ 321.83 | Ineligible | Paid by FCPS during the disputed time period. |
| I.M. | $ 322.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.L. | $ 323.00 | Ineligible | Paid by FCPS during the disputed time period. |
| I.K. | $ 323.28 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| B.V. | $ 323.44 | No determination letter | Refused work when continuing work was available. |
| R.W. | $ 324.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.H. | $ 328.00 | No determination letter | Paid by FCPS during the disputed time period. |
| I.C. | $ 328.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.D. | $ 328.14 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.S. | $ 328.47 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| K.R. | $ 328.50 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.K. | $ 329.03 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.P. | $ 329.42 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.F. | $ 330.00 | No determination letter | Refused work when continuing work was available. |
| S.E. | $ 330.00 | Ineligible | Paid by FCPS during the disputed time period. |
| Y.K. | $ 330.24 | No determination letter | Refused work when continuing work was available. |
| A.K. | $ 331.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.A. | $ 332.21 | Ineligible | Paid by FCPS during the disputed time period. |
| M.O. | $ 334.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.G. | $ 334.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.G. | $ 335.48 | No determination letter | Paid by FCPS during the disputed time period. |
| R.R. | $ 335.97 | Ineligible | Paid by FCPS during the disputed time period. |
| L.B. | $ 336.87 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| G.T. | $ 337.23 | No determination letter | Paid by FCPS during the disputed time period. |
| B.R. | $ 337.47 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| B.W. | $ 337.81 | No determination letter | Paid by FCPS during the disputed time period. |
| J.D. | $ 339.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.B. | $ 339.87 | No determination letter | Paid by FCPS during the disputed time period. |
| Z.M. | $ 340.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.C. | $ 340.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.W. | $ 340.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.K. | $ 340.68 | No determination letter | Paid by FCPS during the disputed time period. |
| S.G. | $ 340.80 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.C. | $ 341.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.O. | $ 341.00 | No determination letter | Paid by FCPS during the disputed time period. |
| P.M. | $ 341.20 | No determination letter | Paid by FCPS during the disputed time period. |
| K.V. | $ 342.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| O.C. | $ 344.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| W.D. | $ 344.03 | No determination letter | Paid by FCPS during the disputed time period. |
| M.P. | $ 344.32 | Ineligible | Paid by FCPS during the disputed time period. |
| P.L. | $ 345.17 | No determination letter | Paid by FCPS during the disputed time period. |
| H.P. | $ 346.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.P. | $ 346.19 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.M. | $ 346.20 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.O. | $ 347.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.S. | $ 347.94 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period. |
| Q.N. | $ 348.00 | No determination letter | Refused work when continuing work was available. |
| K.B. | $ 348.00 | No determination letter | Resigned employment with FCPS. |
| D.H. | $ 349.90 | No determination letter | Paid by FCPS during the disputed time period. |
| K.A. | $ 350.10 | No determination letter | Resigned employment with FCPS. |
| S.L. | $ 352.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.M. | $ 352.90 | No determination letter | Resigned employment with FCPS. |

**Second Quarter, 2020**

| M.T. | $ | 354.00 | No determination letter | Paid by FCPS during the disputed time period. |
|---|---|---|---|---|
| A.G. | $ | 354.00 | Ineligible | Paid by FCPS during the disputed time period. |
| P.C. | $ | 355.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.Q. | $ | 355.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.B. | $ | 355.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.T. | $ | 356.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.L. | $ | 358.88 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Y.M. | $ | 359.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.L. | $ | 359.45 | Ineligible | Paid by FCPS during the disputed time period. |
| S.L. | $ | 361.90 | No determination letter | Paid by FCPS during the disputed time period. |
| E.J. | $ | 363.50 | Ineligible | Paid by FCPS during the disputed time period. |
| A.S. | $ | 364.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.A. | $ | 364.20 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| M.O. | $ | 364.21 | No determination letter | Refused work when continuing work was available. |
|---|---|---|---|---|
| A.G. | $ | 366.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.H. | $ | 366.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.L. | $ | 368.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.A. | $ | 368.04 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| C.D. | $ | 369.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.L. | $ | 369.82 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period. |
| Z.B. | $ | 370.00 | No determination letter | Refused work when continuing work was available. |
| H.K. | $ | 370.32 | Ineligible | Paid by FCPS during the disputed time period. |
| A.E. | $ | 370.62 | Ineligible | Paid by FCPS during the disputed time period. |
| G.B. | $ | 371.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.N. | $ | 371.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.A. | $ | 371.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| U.K. | $ 372.30 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.C. | $ 373.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.S. | $ 374.15 | No determination letter | Retired. |
| L.H. | $ 374.22 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| S.H. | $ 374.88 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| K.A. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.L. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.R. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| W.R. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| F.I. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.N. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.D. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| N.W. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.L. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |

## Second Quarter, 2020

| | | | |
|---|---|---|---|
| W.H. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| [illegible] | $ 378.00 | No determination letter but appealed as ineligible | Paid by FCPS during the disputed time period. |
| P.C. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| G.B. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.S. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.C. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.W. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.R. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.N. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.R. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.B. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.B. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| Z.S. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.B. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.H. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| D.M. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.M. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.G. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.R. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.W. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.L. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.R. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.P. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.S. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.C. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.K. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| B.S. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| P.S. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.B. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.A. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| P.A. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| B.A. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.O. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| V.D. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.F. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.F. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.F. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.W. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.F. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| V.C. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.F. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.T. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.G. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.N. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.K. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.W. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.F. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.F. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.B. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.R. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.B. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.R. | $ 378.00 | No determination letter, but appealed as ineligible | Paid by FCPS during the disputed time period. |
| M.S. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.A. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.A. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.S. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.M. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| P.G. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.B. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.R. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.F. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.J. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.H. | $ 378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.T. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.M. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.K. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.J. | $ 378.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.M. | $ 379.24 | No determination letter | Paid by FCPS during the disputed time period. |
| H.A. | $ 380.00 | Ineligible | Paid by FCPS during the disputed time period. |
| I.G. | $ 382.64 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| L.H. | $ 383.00 | Ineligible | Paid by FCPS during the disputed time period. |
| G.C. | $ 383.13 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.H. | $ 384.96 | No determination letter | Paid by FCPS during the disputed time period. |
| B.S. | $ 386.24 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| H.A. | $ 392.00 | Ineligible after April 2021, no other determination letter | Paid by FCPS through May 8, 2020. Regarding 2021, FCPS not statutorily responsible employer after April 2021. |
| H.T. | $ 392.41 | No determination letter | Paid by FCPS during the disputed time period. |
| C.M. | $ 393.36 | No determination letter | Not statutorily responsible employer. |
| M.A. | $ 393.56 | Ineligible | Paid by FCPS during the disputed time period. |
| S.Z. | $ 395.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.N. | $ 395.18 | No determination letter | Paid by FCPS during the disputed time period. |
| S.L. | $ 395.50 | No determination letter | Resigned employment with FCPS. |
| K.P. | $ 396.96 | No determination letter | Paid by FCPS during the disputed time period. |
| D.B. | $ 397.40 | Ineligible | Paid by FCPS during the disputed time period. |
| A.A. | $ 397.56 | No determination letter | Refused work when continuing work was available. |
| B.K. | $ 397.68 | No determination letter | Paid by FCPS during the disputed time period. |
| E.N. | $ 397.72 | Ineligible | Paid by FCPS during the disputed time period. |
| M.H. | $ 398.00 | Ineligible | Paid by FCPS during the disputed time period. |
| P.C. | $ 400.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.I. | $ 403.13 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.M. | $ 403.38 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.S. | $ 405.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.K. | $ 405.13 | No determination letter | Refused work when continuing work was available. |
| B.S. | $ 405.86 | No determination letter | Temporary employee, last worked December 19, 2019. |
| H.P. | $ 407.10 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.K. | $ 407.94 | No determination letter | Paid by FCPS during the disputed time period. |
| D.J. | $ 408.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.A. | $ 408.72 | No determination letter | Refused work when continuing work was available. |
| N.N. | $ 408.88 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.G. | $ 410.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.J. | $ 411.86 | No determination letter | Paid by FCPS during the disputed time period. |
| S.S. | $ 412.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

## Second Quarter, 2020

| | | | |
|---|---|---|---|
| J.L. | $ 413.67 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| H.Z. | $ 414.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.R. | $ 415.25 | No determination letter | Paid by FCPS during the disputed time period. |
| S.T. | $ 416.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.S. | $ 418.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.S. | $ 419.02 | No determination letter | Paid by FCPS during the disputed time period. |
| I.C. | $ 419.86 | Ineligible | Paid by FCPS during the disputed time period. |
| M.K. | $ 420.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.F. | $ 420.44 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| S.W. | $ 421.85 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| H.A. | $ 423.85 | Ineligible | Paid by FCPS during the disputed time period. |
| R.K. | $ 425.96 | Ineligible | Paid by FCPS during the disputed time period. |
| L.W. | $ 426.10 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| N.A. | $ 427.50 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.O. | $ 429.50 | No determination letter | Not statutorily responsible employer. |
| M.A. | $ 431.43 | No determination letter | Resigned employment with FCPS. |
| M.C. | $ 432.00 | No determination letter | Paid by FCPS during the disputed time period. |
| Z.Y. | $ 432.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.S. | $ 433.00 | No determination letter | Paid by FCPS during the disputed time period. |
| B.B. | $ 436.24 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| N.M. | $ 437.62 | Ineligible | Paid by FCPS during the disputed time period. |
| B.L. | $ 438.69 | Ineligible | Paid by FCPS during the disputed time period. |
| S.P. | $ 442.20 | No determination letter | Refused work when continuing work was available. |
| A.M. | $ 443.16 | No determination letter | Paid by FCPS during the disputed time period. |
| L.W. | $ 446.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.S. | $ 448.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.K. | $ 448.28 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.P. | $ 452.32 | No determination letter | Not statutorily responsible employer. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| A.B. | $ 453.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| W.L. | $ 455.42 | Ineligible | Paid by FCPS during the disputed time period. |
| A.S. | $ 455.94 | No determination letter | Paid by FCPS during the disputed time period. |
| R.P. | $ 456.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.S. | $ 456.68 | No determination letter | Refused work when continuing work was available. |
| B.B. | $ 460.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.L. | $ 460.53 | No determination letter | Paid by FCPS during the disputed time period. |
| M.N. | $ 462.00 | No determination letter | Refused work when continuing work was available. |
| T.L. | $ 465.74 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.B. | $ 467.01 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| F.C. | $ 468.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.P. | $ 469.68 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| W.C. | $ | 470.72 | No determination letter | Paid by FCPS during the disputed time period. |
| Y.L. | $ | 472.77 | No determination letter | Paid by FCPS during the disputed time period. |
| N.H. | $ | 474.70 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| C.S. | $ | 478.04 | Ineligible | Paid by FCPS during the disputed time period. |
| T.W. | $ | 478.55 | No determination letter | Paid by FCPS during the disputed time period. |
| M.R. | $ | 480.00 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| N.A. | $ | 480.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.W. | $ | 482.68 | No determination letter | Paid by FCPS during the disputed time period. |
| R.G. | $ | 483.40 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| M.H. | $ | 486.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.E. | $ | 488.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.S. | $ | 491.60 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| J.Y. | $ 492.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.H. | $ 492.00 | No determination letter | Paid by FCPS during the disputed time period. |
| N.L. | $ 493.00 | Ineligible, claimant appealed to circuit court | Paid by FCPS during the disputed time period. |
| M.R. | $ 494.04 | Ineligible | Paid by FCPS during the disputed time period. |
| J.M. | $ 496.43 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| K.T. | $ 497.96 | No determination letter | Paid by FCPS during the disputed time period. |
| C.C. | $ 498.94 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.M. | $ 500.83 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.C. | $ 501.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.A. | $ 501.21 | No determination letter | Paid by FCPS during the disputed time period. |
| J.R. | $ 501.92 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.E. | $ 504.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| A.R. | $ 504.24 | No determination letter | Paid by FCPS during the disputed time period. |
| P.T. | $ 506.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.L. | $ 506.80 | No determination letter | Paid by FCPS during the disputed time period. |
| Q.H. | $ 506.90 | No determination letter | Temporary worker, last worked April 26, 2019. |
| I.M. | $ 508.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.S. | $ 508.00 | Ineligible | Paid by FCPS during the disputed time period. |
| F.F. | $ 508.50 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.M. | $ 508.78 | Ineligible | Paid by FCPS during the disputed time period. |
| J.K. | $ 508.80 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.M. | $ 508.92 | No determination letter | Refused work when continuing work was available. |
| W.B. | $ 511.94 | Ineligible | Paid by FCPS during the disputed time period. |
| M.L. | $ 514.62 | Ineligible | Paid by FCPS during the disputed time period. |
| D.B. | $ 515.34 | No determination letter | Paid by FCPS during the disputed time period. |
| T.V. | $ 515.89 | No determination letter | Resigned employment with FCPS. |

**Second Quarter, 2020**

| T.C. | $ 518.12 | Ineligible | Paid by FCPS during the disputed time period. |
|---|---|---|---|
| C.M. | $ 518.88 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| F.E. | $ 519.74 | No determination letter, but ineligible | Paid by FCPS during the disputed time period. |
| K.H. | $ 522.00 | Ineligible | Paid by FCPS during the disputed time period. |
| V.L. | $ 522.30 | No determination letter | Paid by FCPS during the disputed time period. |
| L.G. | $ 523.46 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| F.Z. | $ 525.48 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.L. | $ 525.48 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| P.L. | $ 526.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.H. | $ 528.32 | No determination letter | Not statutorily responsible employer. |
| E.T. | $ 530.10 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.O. | $ 530.30 | No determination letter | Paid by FCPS during the disputed time period. |
| K.M. | $ 531.00 | Ineligible | Paid by FCPS during the disputed time period. |
| I.J. | $ 534.00 | No determination letter | Paid by FCPS through May 8, 2020. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| A.L. | $ | 534.30 | No determination letter | Refused work when continuing work was available. |
| B.V. | $ | 535.90 | No determination letter | Paid by FCPS during the disputed time period. |
| P.T. | $ | 536.30 | No determination letter | Paid by FCPS during the disputed time period. |
| T.N. | $ | 537.18 | No determination letter | Paid by FCPS during the disputed time period. |
| S.A. | $ | 539.70 | No determination letter | Paid by FCPS during the disputed time period. |
| D.U. | $ | 541.69 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.N. | $ | 542.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.L. | $ | 542.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.F. | $ | 542.06 | No determination letter | Paid by FCPS during the disputed time period. |
| G.A. | $ | 543.24 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.E. | $ | 544.52 | No determination letter | Paid by FCPS during the disputed time period. |
| T.S. | $ | 546.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.J. | $ | 546.00 | No determination letter | Paid by FCPS during the disputed time period. |
| N.Z. | $ | 546.80 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| W.H. | $ | 546.96 | No determination letter | Paid by FCPS during the disputed time period. |
| J.C. | $ | 550.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.E. | $ | 550.40 | Ineligible | Paid by FCPS during the disputed time period. |
| L.H. | $ | 550.60 | No determination letter | Paid by FCPS during the disputed time period. |
| S.A. | $ | 553.77 | No determination letter | Paid by FCPS during the disputed time period. |
| J.E. | $ | 554.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.M. | $ | 554.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.R. | $ | 554.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.D. | $ | 554.80 | No determination letter | Paid by FCPS during the disputed time period. |
| F.T. | $ | 555.00 | Ineligible | Paid by FCPS during the disputed time period. |
| G.R. | $ | 555.65 | No determination letter | Paid by FCPS during the disputed time period. |
| A.P. | $ | 556.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.B. | $ | 558.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| U.K. | $ | 560.24 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.M. | $ 561.48 | No determination letter | Refused work when continuing work was available. |
| S.S. | $ 564.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.C. | $ 565.86 | Ineligible | Paid by FCPS during the disputed time period. |
| S.K. | $ 566.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.S. | $ 570.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.G. | $ 572.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.B. | $ 574.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.K. | $ 575.00 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| M.T. | $ 575.82 | No determination letter | Paid by FCPS during the disputed time period. |
| F.H. | $ 577.24 | No determination letter | Refused work when continuing work was available. |
| Y.M. | $ 578.37 | No determination letter | Resigned employment with FCPS. |
| E.P. | $ 578.55 | No determination letter | Paid by FCPS during the disputed time period. |
| D.K. | $ 578.90 | No determination letter | Paid by FCPS during the disputed time period. |
| R.B. | $ 580.00 | Ineligible | Paid by FCPS during the disputed time period. |

## Second Quarter, 2020

| | | | |
|---|---|---|---|
| A.K. | $ 580.42 | Ineligible | Paid by FCPS during the disputed time period. |
| J.D. | $ 580.58 | No determination letter | Paid by FCPS during the disputed time period. |
| N.C. | $ 581.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.I. | $ 581.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.G. | $ 582.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.D. | $ 582.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.M. | $ 583.20 | No determination letter | Paid by FCPS during the disputed time period. |
| S.Y. | $ 584.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.A. | $ 584.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.G. | $ 584.29 | No determination letter | Paid by FCPS during the disputed time period. |
| P.A. | $ 586.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.T. | $ 586.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.Y. | $ 588.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.B. | $ 588.40 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| I.A. | $ | 591.00 | Ineligible | Paid by FCPS during the disputed time period. |
|---|---|---|---|---|
| M.G. | $ | 591.34 | No determination letter | Paid by FCPS during the disputed time period. |
| M.A. | $ | 592.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.T. | $ | 593.89 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.E. | $ | 594.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.S. | $ | 595.00 | No determination letter | Refused work when continuing work was available. |
| B.B. | $ | 596.86 | No determination letter | Not statutorily responsible employer. |
| M.C. | $ | 598.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.C. | $ | 599.90 | No determination letter | Paid by FCPS during the disputed time period. |
| N.A. | $ | 600.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.A. | $ | 600.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.G. | $ | 600.56 | No determination letter | Paid by FCPS during the disputed time period. |
| F.S. | $ | 602.91 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| H.E. | $ 603.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.G. | $ 606.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.B. | $ 610.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.A. | $ 610.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.T. | $ 612.00 | No determination letter | Refused work when continuing work was available. |
| J.C. | $ 612.50 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.M. | $ 614.36 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.D. | $ 616.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.P. | $ 617.76 | Ineligible | Paid by FCPS during the disputed time period. |
| Y.M. | $ 620.00 | Ineligible | Paid by FCPS during the disputed time period. |
| F.E. | $ 620.00 | No determination letter | Paid by FCPS during the disputed time period. |
| Y.S. | $ 620.58 | No determination letter | Paid by FCPS during the disputed time period. |
| A.E. | $ 621.00 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| L.D. | $ 621.84 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| O.C. | $ 622.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.A. | $ 622.00 | Ineligible | Paid by FCPS during the disputed time period. |
| P.Z. | $ 623.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.M. | $ 623.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.S. | $ 623.05 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.M. | $ 624.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.S. | $ 624.18 | No determination letter | Paid by FCPS during the disputed time period. |
| M.D. | $ 624.72 | No determination letter | Paid by FCPS during the disputed time period. |
| E.M. | $ 626.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.Z. | $ 628.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.H. | $ 628.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.M. | $ 628.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| H.H. | $ | 628.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.C. | $ | 630.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.D. | $ | 632.04 | No determination letter | Paid by FCPS during the disputed time period. |
| M.J. | $ | 633.34 | No determination letter | Paid by FCPS during the disputed time period. |
| K.L. | $ | 634.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.S. | $ | 634.00 | Ineligible | Paid by FCPS during the disputed time period. |
| F.B. | $ | 636.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.S. | $ | 639.48 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.M. | $ | 640.71 | Ineligible | Paid by FCPS during the disputed time period. |
| M.S. | $ | 641.28 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.D. | $ | 642.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.A. | $ | 645.24 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.L. | $ | 647.34 | No determination letter | Paid monthly retirement. |
| P.S. | $ | 647.79 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| J.K. | $ | 647.84 | No determination letter | Paid by FCPS during the disputed time period. |
|---|---|---|---|---|
| H.K. | $ | 648.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.L. | $ | 648.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.B. | $ | 650.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.S. | $ | 650.93 | No determination letter | Paid by FCPS during the disputed time period. |
| H.Q. | $ | 653.22 | No determination letter | Paid by FCPS during the disputed time period. |
| A.B. | $ | 654.00 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| M.G. | $ | 655.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.S. | $ | 656.00 | No determination letter | Paid by FCPS during the disputed time period. |
| N.M. | $ | 656.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.P. | $ | 656.00 | No determination letter | Refused work when continuing work was available. |
| D.W. | $ | 656.01 | No determination letter | Paid by FCPS during the disputed time period. |
| K.F. | $ | 658.00 | No determination letter | Paid by FCPS during the disputed time period. |
| Z.H. | $ | 660.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| V.P. | $ | 660.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.K. | $ | 663.20 | No determination letter | Employee last worked March 27, 2019. |
| C.B. | $ | 664.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.E. | $ | 665.98 | No determination letter | Paid by FCPS during the disputed time period. |
| K.P. | $ | 666.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.R. | $ | 666.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.P. | $ | 666.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.H. | $ | 668.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.M. | $ | 668.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.T. | $ | 670.48 | No determination letter | Paid by FCPS during the disputed time period. |
| G.R. | $ | 672.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.C. | $ | 672.24 | No determination letter | Paid by FCPS during the disputed time period. |
| R.D. | $ | 673.18 | No determination letter | Paid by FCPS during the disputed time period. |
| C.C. | $ | 678.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.F. | $ | 678.68 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.L. | $ 680.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.L. | $ 680.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.H. | $ 682.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.A. | $ 682.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.B. | $ 684.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.T. | $ 685.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.A. | $ 688.00 | Ineligible | Refused work when continuing work was available. |
| J.P. | $ 689.74 | No determination letter | Paid by FCPS during the disputed time period. |
| G.C. | $ 690.00 | No determination letter | Refused work when continuing work was available. |
| G.G. | $ 690.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.M. | $ 690.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.E. | $ 692.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.E. | $ 692.96 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| J.C. | $ 693.40 | Ineligible | Paid by FCPS during the disputed time period. |
| C.B. | $ 693.70 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.B. | $ 694.46 | No determination letter | Paid by FCPS during the disputed time period. |
| M.K. | $ 695.12 | Ineligible | Paid by FCPS during the disputed time period. |
| D.Y. | $ 696.10 | No determination letter | Paid by FCPS during the disputed time period. |
| J.K. | $ 697.34 | No determination letter | Paid by FCPS during the disputed time period. |
| V.B. | $ 700.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.K. | $ 700.02 | No determination letter | Paid by FCPS during the disputed time period. |
| S.E. | $ 700.53 | No determination letter | Paid by FCPS during the disputed time period. |
| N.Y. | $ 700.59 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| M.A. | $ 706.79 | No determination letter | Paid by FCPS during the disputed time period. |
| M.P. | $ 708.66 | Ineligible | Paid by FCPS during the disputed time period. |
| R.A. | $ 710.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| N.S. | $ 714.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.G. | $ 715.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.B. | $ 717.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.W. | $ 717.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.A. | $ 719.30 | Ineligible | Paid by FCPS during the disputed time period. |
| A.A. | $ 720.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.H. | $ 720.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.M. | $ 720.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.A. | $ 720.00 | Ineligible | Claimant appealed, still ineligible 6/14/20-8/22/20. |
| A.A. | $ 723.10 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.C. | $ 724.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.P. | $ 726.00 | Ineligible | Paid by FCPS during the disputed time period. |
| V.A. | $ 726.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.E. | $ 728.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.C. | $ 728.00 | No determination letter | Paid by FCPS during the disputed time period. |
| P.C. | $ 728.00 | Ineligible | Paid by FCPS during the disputed time period. |
| V.V. | $ 729.84 | Ineligible | Not statutorily responsible employer; refused work when continuing work was available. |
| U.T. | $ 730.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.R. | $ 730.65 | No determination letter | Paid by FCPS during the disputed time period. |
| M.K. | $ 730.77 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| V.N. | $ 732.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.P. | $ 733.22 | No determination letter | Paid by FCPS during the disputed time period. |
| C.M. | $ 734.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.S. | $ 736.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.S. | $ 736.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| K.S. | $ 736.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.R. | $ 736.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.J. | $ 738.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.S. | $ 738.00 | Ineligible | Paid by FCPS during the disputed time period. |
| Y.K. | $ 740.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.F. | $ 740.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period. |
| H.B. | $ 740.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.N. | $ 744.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.C. | $ 746.00 | Ineligible | Paid by FCPS during the disputed time period. |
| Z.E. | $ 747.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.A. | $ 748.00 | No determination letter | Refused work when continuing work was available. |
| Y.S. | $ 748.71 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Y.A. | $ 749.30 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| G.K. | $ 749.57 | No determination letter | Paid by FCPS during the disputed time period. |
| M.P. | $ 750.00 | Ineligible | Paid by FCPS during the disputed time period. |
| F.S. | $ 750.67 | No determination letter | Refused work when continuing work was available. |
| R.C. | $ 751.10 | No determination letter | Paid by FCPS during the disputed time period. |
| S.C. | $ 752.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.H. | $ 752.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.M. | $ 753.48 | No determination letter | Paid by FCPS during the disputed time period. |
| J.L. | $ 755.48 | Ineligible | Paid by FCPS during the disputed time period. |
| S.K. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.R. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| Y.J. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.M. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.M. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.S. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.S. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| T.J. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.S. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.D. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.B. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.G. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.G. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.A. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.R. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.W. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.G. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.B. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.J. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.N. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.Z. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.C. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.P. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| G.S. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.N. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.H. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.I. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.B. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.H. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| G.O. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.G. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.J. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.M. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.C. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.J. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.L. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| E.V. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| B.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.K. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.R. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.K. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.V. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.R. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.K. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.T. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.P. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.A. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.Y. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.S. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| P.F. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
|---|---|---|---|
| T.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.P. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.J. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| F.P. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.A. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| F.F. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.M. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.O. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.J. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.G. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.J. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.T. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.D. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| G.C. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| N.A. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.H. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.A. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.H. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.P. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.A. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.Y. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.N. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.L. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.A. | $ 756.00 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| K.G. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| G.G. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| P.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.N. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| A.H. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.B. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.R. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.C. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.T. | $ 756.00 | No determination letter | Not statutorily responsible employer; Governor ordered state of emergency closure of FCPS. |
| P.U. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| P.N. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.K. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.C. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.D. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.P. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.T. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.K. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.L. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.N. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| W.R. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.J. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.T. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.J. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.H. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.R. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.E. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.O. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.C. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.I. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.G. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| F.A. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.O. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.T. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.M. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.K. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.S. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.C. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.S. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.T. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.K. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.B. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.S. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.J. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.Z. | $ 756.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.L. | $ 756.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.T. | $ 758.87 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.D. | $ 760.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.L. | $ 762.96 | Ineligible | Paid by FCPS during the disputed time period. |
| V.R. | $ 765.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.M. | $ 765.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| F.R. | $ 773.64 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.S. | $ 780.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.M. | $ 780.13 | Ineligible | Not statutorily responsible employer; Governor ordered state of emergency closure of FCPS. |
| A.S. | $ 783.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.B. | $ 785.82 | Ineligible | Paid by FCPS during the disputed time period. |
| U.N. | $ 790.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.H. | $ 791.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| R.A. | $ 792.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.B. | $ 792.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.C. | $ 794.09 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| J.J. | $ 796.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.N. | $ 796.60 | No determination letter | Paid by FCPS during the disputed time period. |
| A.H. | $ 800.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.R. | $ 801.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.P. | $ 802.72 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| G.L. | $ 803.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Z.H. | $ 804.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.K. | $ 805.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| J.J. | $ 805.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.A. | $ 806.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.K. | $ 807.68 | No determination letter | Resigned employment with FCPS. |
| M.E. | $ 809.95 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.R. | $ 810.48 | Ineligible | Paid by FCPS during the disputed time period. |
| T.J. | $ 811.37 | No determination letter | Paid by FCPS during the disputed time period. |
| M.K. | $ 814.00 | No determination letter | Refused work when continuing work was available. |
| J.K. | $ 814.10 | No determination letter | Paid by FCPS during the disputed time period. |
| J.L. | $ 816.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.R. | $ 818.62 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.H. | $ 819.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.L. | $ 819.78 | Ineligible | Paid by FCPS during the disputed time period. |
| D.K. | $ 820.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| C.H. | $ 820.50 | No determination letter | Paid by FCPS during the disputed time period. |
| S.H. | $ 825.00 | No determination letter | Refused work when continuing work was available. |
| M.S. | $ 827.67 | No determination letter | Paid by FCPS during the disputed time period. |
| D.A. | $ 828.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.J. | $ 828.00 | Ineligible | Paid by FCPS during the disputed time period. |
| Y.V. | $ 830.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.S. | $ 831.45 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.Z. | $ 836.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Z.S. | $ 837.82 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| P.G. | $ 838.56 | No determination letter | Refused work when continuing work was available. |
| G.S. | $ 840.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| S.P. | $ 840.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| X.S. | $ 840.30 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| A.M. | $ 846.39 | No determination letter | Resigned employment with FCPS. |
| P.K. | $ 846.42 | Ineligible | Paid by FCPS during the disputed time period. |
| V.L. | $ 847.00 | No determination letter | Resigned employment with FCPS. |
| M.M. | $ 848.58 | Ineligible | Paid by FCPS during the disputed time period. |
| L.P. | $ 848.58 | No determination letter | Paid by FCPS during the disputed time period. |
| C.B. | $ 851.51 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.J. | $ 853.65 | No determination letter | Refused work when continuing work was available. |
| B.T. | $ 855.32 | No determination letter | Paid by FCPS during the disputed time period. |
| C.K. | $ 858.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.N. | $ 858.00 | Ineligible | Paid monthly retirement. |
| R.E. | $ 859.74 | No determination letter | Refused work when continuing work was available. |
| M.P. | $ 860.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| C.H. | $ 860.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.T. | $ 860.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.B. | $ 863.28 | No determination letter | Paid by FCPS during the disputed time period. |
| J.M. | $ 865.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.A. | $ 868.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| P.M. | $ 870.42 | Ineligible | Paid by FCPS during the disputed time period. |
| R.Q. | $ 873.86 | No determination letter | Paid by FCPS during the disputed time period. |
| M.T. | $ 881.29 | No determination letter | Paid by FCPS during the disputed time period. |
| C.A. | $ 882.00 | Ineligible | Governor ordered state of emergency closure of FCPS. |
| W.A. | $ 882.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.E. | $ 889.90 | No determination letter | Refused work when continuing work was available. |
| M.C. | $ 890.58 | No determination letter | Paid by FCPS during the disputed time period. |
| B.N. | $ 894.00 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| Y.K. | $ 894.48 | No determination letter | Paid by FCPS during the disputed time period. |
| N.K. | $ 897.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.P. | $ 897.00 | No determination letter | Refused work when continuing work was available. |
| E.L. | $ 897.71 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.C. | $ 897.82 | No determination letter | Paid by FCPS during the disputed time period. |
| K.N. | $ 903.34 | No determination letter | Not statutorily responsible employer; Governor ordered state of emergency closure of FCPS. |
| C.L. | $ 906.96 | Ineligible | Paid by FCPS during the disputed time period. |
| C.C. | $ 907.90 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.G. | $ 908.14 | No determination letter | Paid by FCPS during the disputed time period. |
| A.S. | $ 908.18 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.J. | $ 908.83 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.P. | $ 912.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| A.K. | $ 914.52 | No determination letter | Refused work when continuing work was available. |
| K.B. | $ 920.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| V.C. | $ 924.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.K. | $ 924.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.C. | $ 924.96 | No determination letter | Paid by FCPS during the disputed time period. |
| S.F. | $ 927.27 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.S. | $ 931.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| F.D. | $ 936.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.K. | $ 941.78 | No determination letter | Refused work when continuing work was available. |
| E.S. | $ 945.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.A. | $ 949.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| F.S. | $ 949.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.R. | $ 955.00 | No determination letter | Resigned employment with FCPS. |
| T.K. | $ 955.50 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.L. | $ 956.22 | No determination letter | Paid by FCPS during the disputed time period. |
| S.B. | $ 956.53 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| L.N. | $ 958.23 | No determination letter | Paid by FCPS during the disputed time period. |
| S.S. | $ 960.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.D. | $ 960.84 | No determination letter | Paid by FCPS during the disputed time period. |
| M.A. | $ 961.56 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.Y. | $ 962.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.C. | $ 966.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| P.G. | $ 966.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| L.K. | $ 972.00 | Ineligible after September 6, 2020, no other determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.A. | $ 972.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.H. | $ 972.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.H. | $ 972.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.H. | $ 973.14 | No determination letter | Paid by FCPS during the disputed time period. |
| U.C. | $ 978.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.V. | $ 981.00 | No determination letter | Resigned employment with FCPS. |
| J.R. | $ 983.28 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period. |
| K.R. | $ 984.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.J. | $ 984.75 | Ineligible | Paid by FCPS during the disputed time period. |
| L.A. | $ 984.87 | No determination letter | Paid by FCPS during the disputed time period. |
| E.S. | $ 988.62 | Ineligible | Paid by FCPS during the disputed time period. |
| A.H. | $ 994.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.P. | $ 999.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| F.S. | $ 1,001.00 | No determination letter | Refused work when continuing work was available. |
| Y.D. | $ 1,001.00 | No determination letter | Paid by FCPS during the disputed time period. |
| L.D. | $ 1,004.10 | No determination letter | Paid by FCPS during the disputed time period. |
| O.A. | $ 1,006.00 | No determination letter | Paid monthly retirement. |
| K.J. | $ 1,006.24 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.R. | $ 1,008.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.A. | $ 1,014.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Y.H. | $ 1,016.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.A. | $ 1,017.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.M. | $ 1,020.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.I. | $ 1,022.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.M. | $ 1,023.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| O.A. | $ | 1,025.18 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.Y. | $ | 1,026.43 | No determination letter | Paid by FCPS during the disputed time period. |
| R.A. | $ | 1,032.00 | No determination letter | Employee paid through March 27, 2020. |
| A.Y. | $ | 1,034.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.G. | $ | 1,038.20 | Ineligible | Paid by FCPS during the disputed time period. |
| M.L. | $ | 1,039.80 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.C. | $ | 1,040.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.M. | $ | 1,040.50 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| J.A. | $ | 1,041.36 | No determination letter | Paid by FCPS during the disputed time period. |
| E.K. | $ | 1,044.82 | No determination letter | Paid by FCPS during the disputed time period. |
| M.A. | $ | 1,045.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.G. | $ | 1,046.98 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| W.M. | $ 1,048.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.L. | $ 1,050.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.V. | $ 1,057.14 | Ineligible | Paid by FCPS during the disputed time period. |
| S.G. | $ 1,057.68 | No determination letter, but appealed as ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.B. | $ 1,058.40 | No determination letter | Paid by FCPS during the disputed time period. |
| L.H. | $ 1,060.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.P. | $ 1,061.83 | No determination letter | Resigned employment with FCPS. |
| N.A. | $ 1,062.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.K. | $ 1,065.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.K. | $ 1,067.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.N. | $ 1,068.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.A. | $ 1,068.00 | No determination letter | Refused work when continuing work was available. |
| D.L. | $ 1,068.04 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| T.B. | $ 1,068.83 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| P.B. | $ 1,069.76 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.K. | $ 1,070.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.F. | $ 1,071.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.B. | $ 1,075.48 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.F. | $ 1,077.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.P. | $ 1,078.28 | No determination letter | Paid by FCPS during the disputed time period. |
| M.G. | $ 1,080.64 | No determination letter | Refused work when continuing work was available. |
| N.K. | $ 1,087.06 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.T. | $ 1,092.00 | No determination letter | Claimant qualified from an earlier VEC claim from September 19, 2019, but termed June 14, 2019. |
| T.R. | $ 1,101.00 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.K. | $ 1,102.16 | Ineligible | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| L.K. | $ 1,104.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.K. | $ 1,104.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.A. | $ 1,108.69 | Ineligible | Paid by FCPS during the disputed time period. |
| M.S. | $ 1,115.24 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.H. | $ 1,116.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.P. | $ 1,123.44 | No determination letter | Paid by FCPS during the disputed time period. |
| G.N. | $ 1,125.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.G. | $ 1,130.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.A. | $ 1,131.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.M. | $ 1,133.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| C.O. | $ 1,133.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.H. | $ 1,133.00 | Ineligible | Paid by FCPS during the disputed time period. |
| N.M. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| I.E. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.B. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.S. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.C. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.H. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.M. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| A.P. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.H. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| I.H. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| R.W. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| K.H. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| V.G. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.N. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.B. | $ 1,134.00 | No determination letter | Resigned employment with FCPS. |
| B.A. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.C. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| F.D. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.F. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.B. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.C. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.I. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.T. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.N. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.I. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.A. | $ 1,134.00 | Partially ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| A.W. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.O. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.B. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| D.I. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.T. | $ 1,134.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.K. | $ 1,134.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.F. | $ 1,140.48 | Ineligible | Paid by FCPS during the disputed time period. |
| J.D. | $ 1,140.96 | Ineligible | Paid by FCPS during the disputed time period. |
| M.C. | $ 1,144.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.H. | $ 1,155.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.M. | $ 1,164.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| V.E. | $ 1,168.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| A.M. | $ 1,168.00 | Ineligible, appeal filed but not heard | Paid by FCPS during the disputed time period. |
|---|---|---|---|
| I.M. | $ 1,173.78 | No determination letter | Paid by FCPS during the disputed time period. |
| L.L. | $ 1,176.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.H. | $ 1,177.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.E. | $ 1,183.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| V.G. | $ 1,183.85 | No determination letter | Resigned employment with FCPS. |
| A.G. | $ 1,188.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.A. | $ 1,196.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.G. | $ 1,199.64 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.S. | $ 1,208.29 | Ineligible | Paid by FCPS during the disputed time period. |
| D.Y. | $ 1,208.40 | No determination letter | Paid by FCPS during the disputed time period. |
| D.M. | $ 1,209.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| P.T. | $ 1,212.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.N. | $ 1,212.52 | No determination letter | Paid by FCPS during the disputed time period. |
| P.S. | $ 1,215.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| I.P. | $ 1,220.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.S. | $ 1,222.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.R. | $ 1,232.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.E. | $ 1,232.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.W. | $ 1,232.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.A. | $ 1,232.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.L. | $ 1,233.00 | No determination letter | Paid by FCPS during the disputed time period. |
| F.A. | $ 1,233.84 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.L. | $ 1,236.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.L. | $ 1,244.04 | No determination letter | Paid by FCPS during the disputed time period. |
| A.N. | $ 1,246.00 | No determination letter | Refused work when continuing work was available. |
| H.Y. | $ 1,250.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.G. | $ 1,252.68 | No determination letter | Refused work when continuing work was available. |
| T.C. | $ 1,259.16 | Ineligible | Paid by FCPS during the disputed time period. |
| S.R. | $ 1,260.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.C. | $ 1,260.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.K. | $ 1,271.16 | No determination letter | Paid by FCPS during the disputed time period. |
| K.F. | $ 1,272.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.C. | $ 1,274.00 | Ineligible | Paid by FCPS during the disputed time period. |
| C.A. | $ 1,287.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| R.R. | $ 1,287.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.O. | $ 1,298.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.A. | $ 1,301.64 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.K. | $ 1,304.41 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.N. | $ 1,306.08 | No determination letter | Paid by FCPS during the disputed time period. |
| L.A. | $ 1,308.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.G. | $ 1,310.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.S. | $ 1,310.28 | No determination letter | Refused work when continuing work was available. |
| S.B. | $ 1,314.00 | Ineligible | Paid by FCPS during the disputed time period. |
| B.S. | $ 1,325.60 | No determination letter | Paid by FCPS during the disputed time period. |
| S.A. | $ 1,326.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| B.W. | $ 1,328.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.O. | $ 1,329.90 | No determination letter | Resigned employment with FCPS. |
| J.R. | $ 1,337.05 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| K.M. | $ 1,341.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.V. | $ 1,341.00 | No determination letter | Refused work when continuing work was available. |
| K.V. | $ 1,341.20 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.E. | $ 1,342.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.H. | $ 1,343.90 | No determination letter | Resigned employment with FCPS. |
| N.L. | $ 1,344.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.H. | $ 1,344.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.B. | $ 1,358.98 | No determination letter | Paid by FCPS during the disputed time period. |
| S.I. | $ 1,364.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| A.A. | $ 1,368.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.M. | $ 1,370.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.B. | $ 1,372.00 | No determination letter | Paid by FCPS during the disputed time period. |
| N.A. | $ 1,375.00 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| T.D. | $ 1,376.04 | No determination letter | Resigned employment with FCPS. |
| C.B. | $ 1,378.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.B. | $ 1,378.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.R. | $ 1,380.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.B. | $ 1,386.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.K. | $ 1,386.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.C. | $ 1,391.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| E.R. | $ 1,393.20 | No determination letter, but appealed as ineligible | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| A.P. | $ 1,394.00 | Ineligible | Refused work when continuing work was available. |
| G.M. | $ 1,399.68 | No determination letter | Resigned employment with FCPS. |
| S.S. | $ 1,400.36 | No determination letter | Resigned employment with FCPS. |
| J.H. | $ 1,404.84 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.B. | $ 1,405.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.J. | $ 1,408.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.R. | $ 1,414.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.E. | $ 1,420.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.S. | $ 1,430.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.H. | $ 1,440.00 | No determination letter | Not statutorily responsible employer. |
| P.H. | $ 1,444.00 | Ineligible | Paid by FCPS during the disputed time period. |
| L.A. | $ 1,444.14 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| P.S. | $ | 1,449.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.M. | $ | 1,458.00 | No determination letter | Refused work when continuing work was available. |
| H.L. | $ | 1,462.58 | Ineligible | Paid by FCPS during the disputed time period. |
| C.D. | $ | 1,462.95 | No determination letter, but appealed as ineligible | Paid by FCPS during the disputed time period. |
| N.O. | $ | 1,475.82 | No determination letter | Resigned employment with FCPS. |
| A.L. | $ | 1,485.00 | No determination letter | Refused work when continuing work was available. |
| N.B. | $ | 1,494.24 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.A. | $ | 1,496.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.B. | $ | 1,502.10 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.F. | $ | 1,507.00 | Ineligible | Paid by FCPS during the disputed time period. |
| Y.V. | $ | 1,508.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.K. | $ | 1,512.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.T. | $ | 1,512.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| R.G. | $ 1,512.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.G. | $ 1,512.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.T. | $ 1,512.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.B. | $ 1,512.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.S. | $ 1,516.25 | Ineligible | Paid by FCPS during the disputed time period. |
| A.M. | $ 1,517.87 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.A. | $ 1,520.00 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| R.V. | $ 1,526.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| O.S. | $ 1,528.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.M. | $ 1,534.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.D. | $ 1,535.00 | No determination letter | Paid by FCPS during the disputed time period. |
| C.M. | $ 1,542.71 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| S.D. | $ | 1,547.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.M. | $ | 1,547.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Z.R. | $ | 1,548.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.T. | $ | 1,556.88 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| V.F. | $ | 1,560.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.A. | $ | 1,560.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| P.D. | $ | 1,562.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| I.B. | $ | 1,562.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.L. | $ | 1,565.55 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.S. | $ | 1,568.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| H.K. | $ 1,568.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| W.S. | $ 1,570.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.S. | $ 1,572.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.A. | $ 1,575.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.M. | $ 1,578.30 | No determination letter | Paid by FCPS during the disputed time period. |
| S.B. | $ 1,579.33 | No determination letter | Paid by FCPS during the disputed time period. |
| F.O. | $ 1,580.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.M. | $ 1,584.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.K. | $ 1,587.25 | No determination letter | Paid by FCPS during the disputed time period. |
| A.K. | $ 1,592.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.W. | $ 1,601.93 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| W.K. | $ | 1,610.00 | No determination letter | Paid by FCPS during the disputed time period; ultimately resigned employment with FCPS. |
| A.I. | $ | 1,617.59 | No determination letter | Paid by FCPS during the disputed time period. |
| M.K. | $ | 1,628.00 | No determination letter | Paid by FCPS during the disputed time period. |
| O.Y. | $ | 1,638.00 | No determination letter | Paid monthly retirement. |
| E.H. | $ | 1,644.71 | No determination letter | Paid by FCPS during the disputed time period. |
| L.S. | $ | 1,650.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.P. | $ | 1,650.20 | No determination letter | Resigned employment with FCPS. |
| S.B. | $ | 1,651.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.S. | $ | 1,661.67 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.B. | $ | 1,662.00 | No determination letter | Paid by FCPS during the disputed time period. |
| F.T. | $ | 1,666.80 | No determination letter | Paid by FCPS during the disputed time period. |
| G.G. | $ | 1,667.04 | Ineligible | Paid by FCPS during the disputed time period. |
| Y.Z. | $ | 1,668.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| M.C. | $ | 1,672.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.C. | $ | 1,676.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.L. | $ | 1,678.59 | No determination letter | Refused work when continuing work was available. |
| B.F. | $ | 1,680.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.V. | $ | 1,692.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| O.E. | $ | 1,696.31 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.Z. | $ | 1,703.10 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.D. | $ | 1,704.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.J. | $ | 1,708.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.E. | $ | 1,712.00 | No determination letter | Paid by FCPS through April 1, 2020. |
| S.D. | $ | 1,717.66 | Ineligible | Paid by FCPS during the disputed time period. |
| S.A. | $ | 1,719.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

## Second Quarter, 2020

| | | | | |
|---|---|---|---|---|
| E.H. | $ | 1,728.90 | No determination letter | Resigned employment with FCPS. |
| Z.G. | $ | 1,731.21 | No determination letter | Refused work when continuing work was available. |
| R.P. | $ | 1,744.44 | No determination letter | Paid by FCPS during the disputed time period. |
| A.T. | $ | 1,750.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.S. | $ | 1,755.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.S. | $ | 1,764.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.T. | $ | 1,781.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.F. | $ | 1,782.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.H. | $ | 1,800.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.A. | $ | 1,806.16 | No determination letter | Paid by FCPS during the disputed time period. |
| S.M. | $ | 1,826.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| J.D. | $ | 1,826.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.Y. | $ | 1,827.00 | No determination letter for 2020, ineligible for remainder | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| A.A. | $ | 1,830.00 | No determination letter | Paid by FCPS through May 8, 2020. |
| A.F. | $ | 1,830.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.T. | $ | 1,831.90 | No determination letter | Paid by FCPS during the disputed time period. |
| P.E. | $ | 1,839.90 | Ineligible | Paid by FCPS during the disputed time period. |
| A.B. | $ | 1,841.14 | No determination letter | Paid by FCPS during the disputed time period. |
| N.A. | $ | 1,845.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.F. | $ | 1,858.59 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.P. | $ | 1,859.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.F. | $ | 1,859.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.B. | $ | 1,860.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

## Second Quarter, 2020

| | | | | |
|---|---|---|---|---|
| J.A. | $ | 1,876.00 | No determination letter | Paid by FCPS during the disputed time period. |
| R.S. | $ | 1,876.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.C. | $ | 1,880.00 | No determination letter | Resigned employment with FCPS. |
| A.W. | $ | 1,884.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.P. | $ | 1,890.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.A. | $ | 1,890.00 | Ineligible | Paid by FCPS during the disputed time period. |
| T.B. | $ | 1,890.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.T. | $ | 1,890.00 | Ineligible | Paid by FCPS during the disputed time period. |
| E.K. | $ | 1,890.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.T. | $ | 1,890.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.F. | $ | 1,890.00 | No determination letter | Paid by FCPS during the disputed time period. |
| T.P. | $ | 1,896.30 | No determination letter | Paid by FCPS during the disputed time period. |
| A.B. | $ | 1,899.91 | No determination letter | Paid by FCPS during the disputed time period. |
| G.R. | $ | 1,900.36 | No determination letter | Paid monthly retirement. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| F.R. | $ | 1,920.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.W. | $ | 1,920.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.S. | $ | 1,920.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.B. | $ | 1,933.62 | No determination letter | Resigned employment with FCPS. |
| E.S. | $ | 1,935.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.A. | $ | 1,950.06 | No determination letter | Refused work when continuing work was available. |
| N.E. | $ | 1,952.08 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.T. | $ | 1,952.10 | No determination letter | Paid by FCPS during the disputed time period. |
| A.J. | $ | 1,958.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period. |
| B.G. | $ | 1,962.00 | No determination letter | Refused work when continuing work was available. |
| A.T. | $ | 1,969.68 | No determination letter | Resigned employment with FCPS. |
| E.H. | $ | 1,971.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.K. | $ | 1,975.00 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| R.F. | $ 1,979.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.D. | $ 2,001.84 | No determination letter | Paid by FCPS during the disputed time period. |
| C.J. | $ 2,034.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.H. | $ 2,035.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.Z. | $ 2,040.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.W. | $ 2,054.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.L. | $ 2,087.50 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.J. | $ 2,088.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.Z. | $ 2,088.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.C. | $ 2,100.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| S.A. | $ | 2,110.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.W. | $ | 2,116.08 | No determination letter | Resigned employment with FCPS. |
| H.A. | $ | 2,147.46 | Ineligible for May 7, 2023, not other determination letter | Refused work when continuing work was available. |
| E.D. | $ | 2,158.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.G. | $ | 2,190.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.T. | $ | 2,190.30 | No determination letter | Paid by FCPS during the disputed time period. |
| C.E. | $ | 2,190.66 | No determination letter | Paid by FCPS during the disputed time period. |
| N.K. | $ | 2,198.04 | Ineligible | Paid by FCPS during the disputed time period. |
| K.S. | $ | 2,202.60 | No determination letter | Resigned employment with FCPS. |
| N.A. | $ | 2,208.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| O.H. | $ | 2,208.00 | No determination letter | Refused work when continuing work was available. |
| R.C. | $ | 2,232.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.M. | $ | 2,232.45 | No determination letter | Paid by FCPS during the disputed time period. |
| C.M. | $ | 2,236.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.G. | $ | 2,246.64 | No determination letter | Resigned employment with FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| L.G. | $ 2,258.82 | No determination letter | Resigned employment with FCPS. |
| Y.H. | $ 2,262.00 | No determination letter | Paid by FCPS during the disputed time period. |
| V.L. | $ 2,263.24 | No determination letter | Resigned employment with FCPS. |
| S.F. | $ 2,266.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.K. | $ 2,268.00 | Ineligible | Paid by FCPS through March 28, 2020. |
| S.W. | $ 2,268.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.M. | $ 2,268.00 | No determination letter | Refused work when continuing work was available. |
| X.P. | $ 2,268.00 | No determination letter | Paid by FCPS through March 28, 2020. |
| M.A. | $ 2,268.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.S. | $ 2,270.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.S. | $ 2,277.00 | Ineligible | Paid by FCPS during the disputed time period, and no guarantee of work through the remaining period. |
| L.V. | $ 2,277.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.O. | $ 2,280.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| B.J. | $ | 2,287.09 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| W.A. | $ | 2,288.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| H.L. | $ | 2,296.00 | No determination letter | Refused work when continuing work was available. |
| C.A. | $ | 2,304.38 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.B. | $ | 2,312.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.P. | $ | 2,314.00 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| S.A. | $ | 2,327.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.E. | $ | 2,332.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.F. | $ | 2,340.55 | No determination letter | Resigned employment with FCPS. |
| J.M. | $ | 2,352.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.A. | $ | 2,353.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| C.J. | $ 2,385.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.L. | $ 2,387.00 | No determination letter earlier than 2020, disqualified in December 2020, ineligible for remainder | Refused work when continuing work was available. |
| S.O. | $ 2,392.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.E. | $ 2,394.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| V.Z. | $ 2,411.88 | Ineligible | Refused work when continuing work was available. |
| M.K. | $ 2,412.00 | No determination letter | Refused work when continuing work was available. |
| C.R. | $ 2,417.52 | No determination letter | Paid by FCPS during the disputed time period. |
| P.B. | $ 2,457.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.S. | $ 2,460.33 | No determination letter | Paid by FCPS during the disputed time period. |
| Y.A. | $ 2,465.19 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.L. | $ 2,467.44 | Ineligible | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.C. | $ 2,470.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.N. | $ 2,470.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.A. | $ 2,477.54 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.C. | $ 2,489.68 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.O. | $ 2,491.45 | No determination letter | Refused work when continuing work was available. |
| M.F. | $ 2,492.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.M. | $ 2,508.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.H. | $ 2,508.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| Z.A. | $ 2,510.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| G.K. | $ 2,527.70 | No determination letter | Paid by FCPS during the disputed time period. |
| H.F. | $ 2,532.00 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.M. | $ 2,534.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.E. | $ 2,535.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| R.B. | $ 2,548.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.S. | $ 2,550.18 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| J.D. | $ 2,565.00 | No determination letter | Refused work when continuing work was available. |
| M.K. | $ 2,585.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.H. | $ 2,586.00 | No determination letter | Paid by FCPS during the disputed time period. |
| G.G. | $ 2,586.78 | No determination letter | Refused work when continuing work was available. |
| K.K. | $ 2,588.76 | No determination letter | Refused work when continuing work was available; Governor ordered state of emergency closure of FCPS. |
| L.G. | $ 2,589.07 | Ineligible | Paid by FCPS during the disputed time period. |
| K.H. | $ 2,600.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| P.B. | $ 2,610.00 | No determination letter | Paid long-term disability payments during the disputed period. |
| G.N. | $ 2,613.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| M.D. | $ 2,626.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.M. | $ 2,629.48 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.J. | $ 2,633.76 | No determination letter | Paid by FCPS during the disputed time period. |
| J.K. | $ 2,637.04 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.S. | $ 2,646.00 | Ineligible | Paid by FCPS during the disputed time period. |
| J.G. | $ 2,646.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| B.O. | $ 2,646.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.M. | $ 2,665.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.I. | $ 2,668.00 | No determination letter | Not statutorily responsible employer; refused work when continuing work was available. |
| D.Q. | $ 2,677.12 | No determination letter | Paid monthly retirement. |

**Second Quarter, 2020**

| T.P. | $ | 2,680.00 | No determination letter | Paid by FCPS during the disputed time period. |
|---|---|---|---|---|
| L.C. | $ | 2,686.45 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.F. | $ | 2,701.85 | No determination letter | Paid by FCPS during the disputed time period. |
| J.B. | $ | 2,709.00 | Ineligible | Paid by FCPS during the disputed time period. |
| H.C. | $ | 2,717.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.R. | $ | 2,720.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.K. | $ | 2,720.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.M. | $ | 2,745.00 | No determination letter | Paid by FCPS during the disputed time period. |
| N.W. | $ | 2,772.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.D. | $ | 2,786.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.S. | $ | 2,802.41 | No determination letter | Resigned employment with FCPS. |
| T.M. | $ | 2,804.00 | No determination letter | Paid by FCPS during the disputed time period. |
| H.S. | $ | 2,812.56 | No determination letter | Paid by FCPS during the disputed time period. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| M.J. | $ 2,820.00 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| R.B. | $ 2,829.48 | No determination letter | Resigned employment with FCPS. |
| L.P. | $ 2,871.90 | Ineligible and disqualified | Resigned employment with FCPS. |
| K.T. | $ 2,909.14 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| L.C. | $ 2,912.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.M. | $ 2,958.19 | No determination letter | Resigned employment with FCPS. |
| P.B. | $ 2,977.00 | No determination letter | Refused work when continuing work was available. |
| T.W. | $ 3,024.00 | No determination letter | Paid by FCPS during the disputed time period. |
| P.F. | $ 3,024.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.K. | $ 3,024.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.F. | $ 3,045.64 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.M. | $ 3,080.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| E.D. | $ 3,133.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.M. | $ 3,144.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| K.M. | $ 3,146.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| C.S. | $ 3,172.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| N.M. | $ 3,220.50 | No determination letter, but ineligible | Resigned employment with FCPS. |
| J.B. | $ 3,264.17 | No determination letter | Paid by FCPS during the disputed time period. |
| V.D. | $ 3,271.00 | No determination letter for 2020, ineligible for remainder | Paid by FCPS during the disputed time period. |
| D.K. | $ 3,289.00 | No determination letter | Paid by FCPS during the disputed time period. |
| J.D. | $ 3,380.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.C. | $ 3,392.88 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.H. | $ 3,402.00 | No determination letter | Resigned employment with FCPS. |
| D.L. | $ 3,416.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.C. | $ 3,421.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.M. | $ 3,490.00 | No determination letter | Resigned employment with FCPS. |
| F.M. | $ 3,584.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| P.O. | $ 3,584.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.Y. | $ 3,600.00 | No determination letter | Resigned employment with FCPS. |
| M.R. | $ 3,653.00 | No determination letter | Resigned employment with FCPS. |
| A.C. | $ 3,662.49 | No determination letter | Resigned employment with FCPS. |
| M.I. | $ 3,696.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| K.M. | $ 3,712.68 | No determination letter | Resigned employment with FCPS. |
| T.C. | $ 3,743.70 | No determination letter | Resigned employment with FCPS. |
| S.I. | $ 3,744.00 | No determination letter | Paid by FCPS during the disputed time period. |
| N.H. | $ 3,780.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| D.R. | $ 3,780.00 | No determination letter, but ineligible | Paid by FCPS through March 27, 2020. |
| M.K. | $ 3,792.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.N. | $ 3,821.36 | No determination letter | Resigned employment with FCPS. |
| J.S. | $ 3,868.28 | No determination letter | Resigned employment with FCPS. |
| J.D. | $ 3,899.35 | No determination letter | Paid by FCPS during the disputed time period. |
| A.A. | $ 3,916.00 | No determination letter | Paid by FCPS during the disputed time period. |
| A.H. | $ 3,934.04 | No determination letter | Refused work when continuing work was available. |
| C.T. | $ 4,008.62 | No determination letter | Refused work when continuing work was available. |

**Second Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| M.R. | $ | 4,138.32 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.P. | $ | 4,158.00 | No determination letter | Resigned employment with FCPS. |
| C.K. | $ | 4,260.00 | No determination letter | Resigned employment with FCPS. |
| M.A. | $ | 4,260.00 | Ineligible | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| T.N. | $ | 4,307.80 | No determination letter | Paid by FCPS during the disputed time period. |
| S.O. | $ | 4,340.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.T. | $ | 4,456.66 | No determination letter | Paid by FCPS during the disputed time period. |
| H.M. | $ | 4,530.76 | No determination letter | Paid by FCPS during the disputed time period. |
| M.R. | $ | 4,536.00 | No determination letter | Refused work when continuing work was available. |
| I.K. | $ | 4,536.00 | No determination letter | Resigned employment with FCPS. |
| C.B. | $ | 4,550.00 | No determination letter | Paid monthly retirement. |
| M.V. | $ | 4,634.89 | No determination letter | Resigned employment with FCPS. |
| H.A. | $ | 4,792.94 | Ineligible | Governor ordered state of emergency closure of FCPS. |
| J.H. | $ | 4,849.18 | No determination letter | Resigned employment with FCPS. |
| A.A. | $ | 4,914.00 | No determination letter | Resigned employment with FCPS. |
| J.S. | $ | 4,914.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| A.K. | $ | 5,292.00 | No determination letter | Resigned employment with FCPS. |

**Second Quarter, 2020**

| | | | |
|---|---|---|---|
| R.W. | $ 5,292.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |
| S.H. | $ 5,292.00 | Ineligible | Paid by FCPS during the disputed time period. |
| M.L. | $ 5,292.00 | No determination letter | Paid by FCPS during the disputed time period; Governor ordered state of emergency closure of FCPS. |

**Third Quarter, 2020**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| R.B. | $23.16 | No determination letter | Not statutorily responsible employer. |
| J.N. | $23.47 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.A. | $26.80 | No determination letter | Not statutorily responsible employer. |
| S.R. | $28.21 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.A. | $28.64 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.P. | $36.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.H. | $37.84 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.E. | $42.29 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.A. | $42.60 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.C. | $47.48 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.K. | $49.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.H. | $55.16 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.S. | $65.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.Y. | $68.95 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.Y. | $73.21 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2020**

| A.F. | $78.00 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |
|---|---|---|---|
| T.J. | $82.56 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.L. | $83.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.E. | $87.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.V. | $122.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.Z. | $122.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| Z.W. | $124.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.J. | $125.78 | Ineligible | Active employee, reasonable assurance of continued work. |
| R.M. | $134.65 | No determination letter | Paid by FCPS during the disputed time period. |
| M.P. | $135.61 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.T. | $140.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.L. | $143.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.H. | $154.89 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.K. | $167.92 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.E. | $170.00 | Ineligible | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2020**

| | | | |
|---|---|---|---|
| S.M. | $170.76 | No determination, but ineligible | Resigned employment with FCPS. |
| S.Y. | $180.24 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.R. | $184.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.K. | $202.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.C. | $205.40 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.E. | $207.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.N. | $210.00 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |
| H.M. | $228.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.C. | $232.07 | No determination letter | Active employee, reasonable assurance of continued work. |
| W.Z. | $234.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.H. | $247.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.A. | $290.79 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.E. | $292.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.C. | $310.10 | Ineligible | Active employee, reasonable assurance of continued work. |
| J.R. | $311.26 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2020**

| | | | |
|---|---|---|---|
| N.A. | $372.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.A. | $372.45 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |
| H.D. | $378.00 | Ineligible | Received short-term disability payments. |
| S.K. | $378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.P. | $378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.M. | $401.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.N. | $468.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| P.G. | $486.27 | No determination letter | Active employee, reasonable assurance of continued work |
| P.F. | $494.26 | No determination letter | Active employee, reasonable assurance of continued work |
| T.F. | $497.04 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.P. | $528.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.F. | $532.95 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.L. | $552.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| N.N. | $576.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.K. | $588.81 | No determination letter | Active employee, reasonable assurance of continued work. |

## Third Quarter, 2020

| | | | |
|---|---|---|---|
| A.G. | $591.73 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.K. | $592.68 | Ineligible | Active employee, reasonable assurance of continued work. |
| N.S. | $636.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.A. | $642.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.K. | $720.00 | No determination letter, but appeal filed | Paid by FCPS during the disputed time period. |
| C.G. | $756.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| J.G. | $756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.L. | $772.66 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.W. | $796.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.I. | $830.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.A. | $852.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.E. | $861.00 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |
| S.O. | $960.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.S. | $1,060.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| F.M. | $1,063.12 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2020**

| | | | |
|---|---|---|---|
| T.D. | $1,100.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.W. | $1,134.00 | No determination letter for 2020, denied for remainder | Active employee, reasonable assurance of continued work. |
| S.B. | $1,496.76 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |
| P.W. | $1,512.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.V. | $1,752.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.H. | $1,841.70 | Ineligible | Active employee, reasonable assurance of continued work. |
| K.B. | $1,890.00 | No determination letter for 2020, ineligible for remainder | Active employee, reasonable assurance of continued work. |
| M.D. | $1,890.00 | No determination letter for 2020, qualified June 27, 2021 | Resigned employment with FCPS. |
| D.G. | $1,890.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.R. | $1,890.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.N. | $1,956.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.H. | $2,052.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.D. | $2,059.40 | No determination letter for 2020, eligible for remainder | Employee last worked and paid August 1, 2018 as a summer time only assistant. Hired as a teacher August 19, 2020. Not eligible for 2020. |
| N.J. | $2,142.00 | No determination letter for 2020, ineligible for remainder | Resigned employment with FCPS. |

**Third Quarter, 2020**

| | | | |
|---|---|---|---|
| R.L. | $2,268.00 | No determination letter | Paid monthly retirement. |
| I.I. | $2,268.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.V. | $2,268.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| H.P. | $2,384.00 | No determination letter | Resigned employment with FCPS. |
| J.V. | $2,637.00 | No determination letter | Paid by FCPS during 2020, active employee, reasonable assurance of continued work. |
| J.H. | $2,646.00 | No determination letter | Resigned employment with FCPS. |
| M.B. | $3,000.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| D.N. | $4,524.00 | No determination letter for 2020, qualified March 7, 2021 | Active employee, reasonable assurance of continued work. |
| L.F. | $4,536.00 | No determination letter for 2020, ineligible for remainder | Resigned employment with FCPS. |
| M.M. | $5,250.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.V. | $1.19 | No determination letter | Employee termed October 1, 2019. |
| G.C. | $2.34 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.W. | $3.74 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.F. | $4.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.W. | $7.13 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.B. | $8.29 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2020**

| | | | |
|---|---|---|---|
| J.L. | $10.72 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.M. | $11.25 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.D. | $12.45 | No determination letter | Employee termed December 20, 2019. |
| A.C. | $13.96 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.H. | $14.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.B. | $16.40 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.E. | $17.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.G. | $20.58 | No determination letter | Active employee, reasonable assurance of continued work. |

## Fourth Quarter, 2020

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| F.I. | $ (4.85) | No determination letter | Not statutorily responsible employer. |
| J.S. | $ 1,128.00 | Ineligible, but not required to pay back because of length of time caused by VEC delay. | Paid monthly retirement. |
| P.C. | $ 1,380.00 | Ineligible, but not required to pay back because of length of time caused by VEC delay. | Active employee, reasonable assurance of continued work. |
| M.K. | $ 700.00 | Ineligible after October 10, 2021; no applicable determination letter. | Active employee, reasonable assurance of continued work. |
| B.P. | $ 378.00 | Ineligible in Summer of 2020 | Active employee, reasonable assurance of continued work. |
| R.W. | $ 478.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| H.C. | $ 426.00 | Ineligilble | Active employee, reasonable assurance of continued work. |
| L.G. | $ 1,460.04 | No determination letter | Resigned employmnet with FCPS. |
| C.O. | $ 1,746.00 | Ineligible, no other applicable determiantin letter | No applicable determination letter, determination limited to Q3 2020. |
| M.K. | $ 478.00 | Ineligible through August 21, 2021 | Active employee, reasonable assurance of continued work. |
| P.O. | $ (7.44) | Ineligible | Paid by FCPS. |
| A.H. | $ 284.00 | Ineligible. | Active employee, reasonable assurance of continued work. |
| A.E. | $ 1,540.00 | Ineligible. | Refused work when continuing work was available. |
| A.S. | $ 378.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| D.P. | $ 1,332.00 | Disqualified August 21, 2021; claimant lost appeal in Q3 2020. | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| M.R. | $ 680.00 | Ineligible | Active employee, reasonable assurance of continued work. Claimant lost appeal and is ineligible. |
| E.O. | $ 1,050.00 | Eligible through September 5, 2020 only. | Active employee, reasonable assurance of continued work. |
| R.C. | $ 138.00 | No determination letter | Temporary employee for FCPS, accepted available work through December 2020. Employee separated effective January 15, 2021 and was rehired March 1, 2021, and has since accepted available work. |
| S.F. | $ 206.51 | No determination letter | Employee unable to work by own failure to take a required class until March 1, 2021. |
| Z.N. | $ 342.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.E. | $ 386.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.E. | $ 323.98 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.A. | $ 3,915.34 | No determination letter | Fraud. |
| J.Z. | $ 295.13 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.T. | $ 68.00 | No determination letter | Refused work when continuing work was available. |
| W.G. | $ 1,881.00 | Ineligible | Refused work when continuing work was available. |
| C.B. | $ 65.98 | No determination letter | Refused work when continuing work was available. |
| M.M. | $ 282.86 | No determination letter | Paid by FCPS during the disputed time period. |

**Fourth Quarter, 2020**

| M.C. | $ | 2,160.00 | No determination letter | Refused work when continuing work was available. |
|---|---|---|---|---|
| R.A. | $ | 244.37 | No determination letter | Retired |
| K.B. | $ | 798.00 | No determination letter | Refused work when continuing work was available. |
| B.J. | $ | 1,055.58 | No determination letter for 2020, Ineligible after March 28, 2021 | Refused work when continuing work was available. |
| D.W. | $ | 1,110.57 | Ineligible | Active employee, reasonable assurance of |
| K.M. | $ | 576.00 | No determination letter | Refused work when continuing work was available. |
| V.G. | $ | 1,317.00 | No determination letter | Resigned employment with FCPS. |
| G.S. | $ | 243.00 | Ineligible | Refused work when continuing work was available. |
| S.K. | $ | 50.62 | No determination letter | Refused work when continuing work was available. |
| C.L. | $ | 153.51 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.O. | $ | 45.16 | No determination letter | Refused work when continuing work was available. |
| E.P. | $ | 33.14 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.B. | $ | 756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.K. | $ | 460.00 | Ineligible | Refused work when continuing work was available. |
| R.P. | $ | 2,490.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| L.C. | $ | 416.00 | No determination letter | Paid by FCPS during the disputed time period. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| B.S. | $ | 186.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.D. | $ | 159.33 | Ineligible December 12, 2021 to December 10, 2022, otherwise no determination letter. | Active employee, reasonable assurance of continued work. |
| E.S. | $ | 552.00 | No determination letter for 2020, Ineligible after May 2, 2021 | Refused work when continuing work was available. |
| E.G. | $ | 65.00 | No determination letter | Refused work when continuing work was available. |
| E.P. | $ | 432.00 | No determination letter | Paid by FCPS during the disputed time period. |
| V.B. | $ | 365.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| N.J. | $ | 610.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.W. | $ | 1,015.50 | No determination letter | Resigned employment with FCPS. |
| B.W. | $ | (1,000.00) | Ineligible September 25, 2022 to September 23, 2023, otherwise no determination letter. | Employee termed January 29, 2020. |
| F.M. | $ | 1,280.00 | No determination letter | Refused work when continuing work was available. |
| I.R. | $ | 679.68 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.S. | $ | 210.00 | No determination letter | Retired; active employee as substitute, reasonable assurance of continued work. |
| D.R. | $ | 805.98 | No determination letter | Refused work when continuing work was available. |
| K.G. | $ | 1,771.74 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.B. | $ | 261.70 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| F.S. | $ | 120.98 | No determination letter | Active employee, reasonable assurance of continued work. |
|---|---|---|---|---|
| P.S. | $ | 15.06 | No determination letter, Ineligible June 13, 2021 to August 21, 2021 and January 2, 2022 to December 31, 2022 | Paid by FCPS during the disputed time period. |
| S.Z. | $ | 480.00 | Ineligible | Refused work when continuing work was available. |
| C.R. | $ | 93.86 | No determination letter | Not statutorily responsible employer. |
| E.O. | $ | 289.45 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.J. | $ | 756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.A. | $ | 4,440.00 | No determination letter for 2020, Ineligible after May 16, 2021 | Refused work when continuing work was available. |
| A.Q. | $ | 28.98 | No determination letter | Refused work when continuing work was available. |
| J.K. | $ | 28.95 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.M. | $ | 233.76 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.W. | $ | 63.59 | No determination letter | Refused work when continuing work was available. |
| L.A. | $ | 802.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.T. | $ | 378.00 | No determination letter | Active employee, reasonable assurance of continued work.. |
| S.M. | $ | 378.00 | No determination letter | Retired |
| T.W. | $ | 378.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| M.O. | $ | 2,250.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.B. | $ | 1,512.00 | No determination letter | Resigned employment with FCPS. |
| S.B. | $ | 889.00 | No determination letter for 2020, Ineligible after June 6, 2021 | Active employee, reasonable assurance of continued work. |
| J.S. | $ | (4,634.00) | Ineligible | Active employee, reasonable assurance of continued work. |
| E.D. | $ | 340.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| T.C. | $ | 2,546.37 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.G. | $ | 589.46 | No determination letter | Paid by FCPS during the disputed time period. |
| F.S. | $ | 1,440.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| P.S. | $ | (6,849.00) | Ineligible | Active employee, reasonable assurance of continued work. |
| C.A. | $ | 378.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.G. | $ | 1,180.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.M. | $ | 1,512.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| E.I. | $ | 1,470.88 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.L. | $ | 1,904.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.L. | $ | 445.12 | No determination letter | Retired |
| G.P. | $ | 503.00 | Ineligible | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| M.G. | $ | 328.20 | No determination letter | Resigned employment with FCPS. |
| Q.K. | $ | 680.97 | No determination letter | Retired |
| F.O. | $ | 790.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| D.B. | $ | 1,455.13 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.B. | $ | 155.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Z.E. | $ | 166.48 | No determiantion letter | Refused work when continuing work was available. |
| A.K. | $ | 882.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.P. | $ | 45.33 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.M. | $ | 45.86 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.A. | $ | 186.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.M. | $ | 66.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.L. | $ | 44.26 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.J. | $ | 46.50 | No determination letter | Refused work when continuing work was available. |
| B.M. | $ | 2.56 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.M. | $ | 756.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.H. | $ | 2,064.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| A.A. | $ | 636.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| D.S. | $ | 316.85 | Ineligible | Active employee, reasonable assurance of continued work. |
| B.T. | $ | 792.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.M. | $ | 330.06 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.B. | $ | 3.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.R. | $ | 0.88 | No determination letter | Refused work when continuing work was available. |
| M.T. | $ | 55.57 | No determination letter | Active employee, reasonable assurance of continued work. |
| G.C. | $ | 127.28 | No determination letter | Refused work when continuing work was available. |
| B.K. | $ | 356.00 | No determination letter | Paid monthly retirement. |
| T.A. | $ | 323.04 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.H. | $ | 257.04 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.F. | $ | 260.00 | No determination letter for 2020, Ineligible April 11, 2021 | Active employee, reasonable assurance of continued work. |
| F.D. | $ | 3,665.20 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.D. | $ | 594.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.A. | $ | 1,029.00 | Ineligible | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| D.M. | $ | 405.90 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.L. | $ | 42.90 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.F. | $ | 480.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.G. | $ | 206.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.L. | $ | 10.97 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.B. | $ | 318.99 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.A. | $ | 771.15 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.T. | $ | 1,760.00 | No applicable determination letter, determination eligible for Q3 2020. | |
| G.A. | $ | 541.42 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.B. | $ | 35.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.A. | $ | 115.74 | Disqualified September 6, 2020, No other determination letter | Active employee, reasonable assurance of continued work. |
| T.H. | $ | 2.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.G. | $ | 1,126.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.H. | $ | 1,779.00 | No determination letter | Paid by FCPS during the disputed time period. |
| M.M. | $ | 134.46 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| J.K. | $ | 23.07 | No determination letter | Refused work when continuing work was available. |
| S.B. | $ | 309.52 | No determination letter | Refused work when continuing work was available. |
| B.G. | $ | 3.33 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.G. | $ | 4,158.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.H. | $ | 2,262.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.M. | $ | 210.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.A. | $ | 24.82 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.C. | $ | 734.76 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.K. | $ | 2,006.34 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.A. | $ | 700.48 | No determination letter | Resigned employment with FCPS. |
| K.B. | $ | 184.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.A. | $ | 292.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.L. | $ | 7.20 | No determination letter | Not statutorily responsible employer. |
| J.E. | $ | 65.22 | No determination letter | Refused work when continuing work was available. |
| K.F. | $ | 0.73 | No determination letter | Not statutorily responsible employer. |
| H.L. | $ | (4,610.00) | Ineligible | Paid by FCPS until June 5, 2020. |
| L.G. | $ | 2,510.76 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| D.K. | $ | 984.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.J. | $ | 10.28 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.E. | $ | 1,284.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.L. | $ | 756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.G. | $ | 4,426.24 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.G. | $ | 700.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.F. | $ | 636.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| Z.S. | $ | 408.60 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.S. | $ | 117.78 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.B. | $ | 2,298.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.E. | $ | 244.00 | No determination letter | Claim paid by FCPS |
| P.O. | $ | 256.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| E.O. | $ | 191.14 | No determination letter | Resigned employment with FCPS. |
| A.N. | $ | 578.21 | No determination letter | Resigned employment with FCPS. |
| D.N. | $ | 23.52 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.S. | $ | 2,268.00 | Ineligible | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| E.S. | $ | 645.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.C. | $ | 132.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.B. | $ | 230.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.R. | $ | 344.86 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.N. | $ | 62.16 | No determination letter | Not statutorily responsible employer. |
| M.P. | $ | 150.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.G. | $ | 4,004.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.B. | $ | 2,606.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| G.C. | $ | 312.00 | No determination letter | Refused work when continuing work was available. |
| B.G. | $ | 117.66 | No determination letter | Not statutorily responsible employer. |
| C.H. | $ | 136.75 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.M. | $ | 340.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.S. | $ | 960.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.C. | $ | 360.95 | No determination letter | Refused work when continuing work was available. |
| L.K. | $ | 1,065.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| K.S. | $ | 6.44 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| R.M. | $ 8.23 | No determination letter | Refused work when continuing work was available. |
| A.M. | $ 380.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.C. | $ 378.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| L.K. | $ 276.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.F. | $ 27.78 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.O. | $ 1,765.66 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.G. | $ 705.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.F. | $ 2,646.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| E.K. | $ 763.02 | No determination letter | Paid by FCPS during the disputed time period. |
| S.S. | $ 4,832.64 | Ineligible | Active employee, reasonable assurance of continued work. |
| V.K. | $ 255.43 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.A. | $ 3,024.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.B. | $ 728.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.T. | $ 606.00 | No determination letter for 2020, Ineligible after April 11, 2021 | Active employee, reasonable assurance of continued work. |
| K.S. | $ 1,104.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| H.A. | $ 760.00 | Ineligible after April 18, 2021, No other determination letter | Active employee, reasonable assurance of continued work. |
| M.H. | $ 81.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.V. | $ 2,557.80 | Ineligible | Active employee, reasonable assurance of continued work. |
| N.F. | $ 2,025.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Z.M. | $ 1,870.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.B. | $ 151.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.H. | $ 76.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.P. | $ 2,638.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.C. | $ 2,952.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.M. | $ 28.85 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.R. | $ 111.45 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.S. | $ 17.70 | No determination letter | Refused work when continuing work was available. |
| A.F. | $ 132.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.H. | $ 127.89 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.L. | $ 169.50 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| N.N. | $ 11.67 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.J. | $ 378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.K. | $ 493.76 | Ineligible | Active employee, reasonable assurance of continued work. |
| K.N. | $ 1,134.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.B. | $ 4,914.00 | No determination letter | Retired. |
| M.S. | $ 2,268.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.C. | $ 215.37 | No determination letter | Refused work when continuing work was available. |
| R.G. | $ 1,282.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.D. | $ 386.01 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.T. | $ 1,890.00 | No determination letter | Retired |
| F.J. | $ 1,134.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.M. | $ 539.73 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.R. | $ 8.30 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.G. | $ 1,135.00 | No determination letter | Paid by FCPS during the disputed time period. |
| D.M. | $ 1,134.00 | No determination letter | Resigned employment with FCPS. |
| D.O. | $ 14.55 | No determination letter | Temporary employee, not eligible. |
| M.M. | $ 2,041.20 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| B.V. | $ | 566.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.Y. | $ | 143.20 | No determination letter | Refused work when continuing work was available. |
| R.R. | $ | 286.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.B. | $ | 390.00 | No determination letter | Refused work when continuing work was available. |
| K.R. | $ | 108.70 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.H. | $ | 756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.A. | $ | 4,864.00 | No determination letter | Resigned employment with FCPS. |
| C.F. | $ | 3,008.48 | No determination letter | Death |
| J.M. | $ | 52.87 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.K. | $ | 77.49 | No determination letter | Not statutorily responsible employer. |
| M.C. | $ | 418.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| P.S. | $ | 668.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.H. | $ | 388.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.A. | $ | 95.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.S. | $ | 1,585.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| K.R. | $ | 2,606.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| M.K. | $ | 248.00 | Ineligible June 6, 2021 to June 4, 2022, no determination letter for other time period. | Active employee, reasonable assurance of continued work. |
| A.M. | $ | 592.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.L. | $ | 906.96 | Ineligible | Active employee, reasonable assurance of continued work. |
| J.S. | $ | 1,625.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.H. | $ | 3.00 | No determination letter | Refused work when continuing work was available. |
| A.W. | $ | 77.82 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.H. | $ | 582.00 | No determination letter for 2020, Ineligible after May 9, 2021 | Active employee, reasonable assurance of continued work. |
| A.V. | $ | 314.20 | No determination letter | Active employee, reasonable assurance of continued work. |
| X.H. | $ | 97.00 | No determination letter | Paid by FCPS during the disputed time period. |
| G.A. | $ | 8.63 | No determination letter | Not statutorily responsible employer. |
| M.W. | $ | 14.56 | No determination letter | Not statutorily responsible employer. |
| N.C. | $ | 166.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.B. | $ | 17.85 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.N. | $ | 21.35 | No determination letter | Refused work when continuing work was available. |
| T.M. | $ | 1,089.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.S. | $ | 175.68 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| W.C. | $ | 294.20 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.K. | $ | 816.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.S. | $ | 2,268.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.B. | $ | 3,850.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.H. | $ | 972.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| N.A. | $ | 368.00 | No determination letter for 2020, Ineligible after April 11, 2021 | Active employee, reasonable assurance of continued work. |
| K.B. | $ | 199.00 | No determination letter | Paid by FCPS during the disputed time period. |
| E.E. | $ | 124.08 | No determination letter | Refused work when continuing work was available. |
| M.Z. | $ | 2,724.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.O. | $ | 708.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.B. | $ | 2,691.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.J. | $ | 132.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.M. | $ | (2,424.00) | No determination letter | Active employee, reasonable assurance of continued work. |
| N.K. | $ | 1,526.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.H. | $ | 155.25 | Ineligible | Paid by FCPS during the disputed time period. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| H.A. | $ | 330.30 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.D. | $ | 636.16 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.K. | $ | 56.00 | No determination letter | Resigned employment with FCPS. |
| S.T. | $ | (378.00) | No determination letter | Active employee, reasonable assurance of continued work. |
| T.C. | $ | 712.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.A. | $ | 561.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.J. | $ | 238.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.C. | $ | 564.00 | No determination letter | Resigned employment with FCPS. |
| M.J. | $ | 2,996.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.G. | $ | 369.12 | No determination letter for 2020, Ineligible after March 21, 2021 | Active employee, reasonable assurance of continued work. |
| K.D. | $ | 3,030.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.C. | $ | (5,772.00) | Ineligible | Retired |
| E.P. | $ | 1,314.50 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.D. | $ | 921.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.E. | $ | 266.97 | No determination letter | Refused work when continuing work was available. |
| T.P. | $ | 2,590.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| O.T. | $ | 10.64 | No determination letter | Not statutorily responsible employer. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| L.E. | $ 486.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.I. | $ 66.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| Y.K. | $ 26.60 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.F. | $ 1,004.00 | No determination letter | Paid monthly retirement. |
| T.S. | $ 12.72 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.L. | $ 137.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.B. | $ 324.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.O. | $ 1.86 | No determination letter | Refused work when continuing work was available. |
| J.L. | $ 408.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| B.W. | $ 1,435.54 | No determination letter | Paid monthly retirement. |
| G.L. | $ 2,212.92 | No determination letter | Resigned employment with FCPS. |
| C.W. | $ 1,120.59 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.B. | $ 189.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.B. | $ 207.56 | No determination letter | Refused work when continuing work was available. |
| M.R. | $ 378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.H. | $ 1,140.00 | Ineligible | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| D.N. | $ 190.00 | No determination letter, ineligible after March 28, 2021 | Retired |
| L.W. | $ 3,646.00 | No determination letter | Resigned employment with FCPS. |
| M.V. | $ 17.60 | No determination letter | Not statutorily responsible employer. |
| R.E. | $ 148.71 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.G. | $ 730.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.R. | $ 324.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| J.Y. | $ 2,646.00 | Ineligible | Resigned employment with FCPS. |
| N.P. | $ 74.16 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.H. | $ 378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.S. | $ 46.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.K. | $ 175.76 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.P. | $ 1,140.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| T.B. | $ (4,890.00) | No determination letter | Active employee, reasonable assurance of continued work. |
| F.H. | $ 74.04 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.H. | $ 192.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.B. | $ 333.80 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.P. | $ 4,914.00 | No determination letter | Fraud. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| S.N. | $ 324.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.G. | $ 855.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.W. | $ 65.25 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.N. | $ 37.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.G. | $ 3,914.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.G. | $ 1,288.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Q.H. | $ 152.07 | No determination letter | Refused work when continuing work was available. |
| Y.M. | $ 1,085.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.V. | $ 1.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.A. | $ 1,006.67 | No determination letter | Resigned employment with FCPS. |
| S.A. | $ 334.16 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.A. | $ 66.24 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.K. | $ 32.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.S. | $ 2.50 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.B. | $ 1,734.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| P.C. | $ | 834.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.Z. | $ | 1,932.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| S.D. | $ | 1,073.52 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.F. | $ | 431.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.P. | $ | 257.64 | No determination letter | Refused work when continuing work was available. |
| G.W. | $ | 206.00 | No determination letter | Refused work when continuing work was available. |
| F.S. | $ | 490.87 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.T. | $ | 3,039.40 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.N. | $ | 1,512.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.B. | $ | 1,134.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.D. | $ | 59.70 | No determination letter | Refused work when continuing work was available. |
| L.C. | $ | 826.60 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.O. | $ | 8.46 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.J. | $ | 3.09 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.B. | $ | 670.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| K.N. | $ 245.58 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.R. | $ 3,646.00 | Ineligible | Retired |
| L.N. | $ 171.07 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.T. | $ 756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.O. | $ 756.00 | No determination letter | Refused work when continuing work was available. |
| D.H. | $ 1,890.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.D. | $ 355.00 | No determination letter | Resigned employment with FCPS. |
| J.M. | $ 756.00 | No determination letter | Fraud. |
| A.P. | $ 296.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.A. | $ 153.35 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.M. | $ 136.00 | No determination letter | Resigned employment with FCPS. |
| A.T. | $ 984.84 | No determination letter | Resigned employment with FCPS. |
| S.A. | $ 450.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| J.H. | $ 702.42 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.I. | $ 1,134.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| V.W. | $ 2,646.00 | No determination letter | Retired |
| A.M. | $ 1,511.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.O. | $ 103.30 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| S.K. | $ 440.00 | No determination letter | Employment after this bill was issued. |
| G.T. | $ 112.41 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.W. | $ 474.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| O.H. | $ 40.35 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.H. | $ 3,298.14 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.S. | $ 268.00 | No determination letter | Paid by FCPS during the disputed time period. |
| O.A. | $ 394.30 | No determination letter for 2020, Ineligible after April 18, 2021 | Active employee, reasonable assurance of continued work. |
| N.G. | $ (150.00) | No determination letter | Active employee, reasonable assurance of continued work. |
| C.T. | $ 25.86 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.M. | $ 492.36 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.P. | $ 378.00 | No determination letter | Active employee, reasonable assurance of continued work; received retirement. |
| J.D. | $ 322.26 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.L. | $ (2,183.89) | Ineligible | Active employee, reasonable assurance of continued work. |
| J.J. | $ 150.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| H.S. | $ 1,020.00 | No determination letter | Paid monthly retirement. |
| A.F. | $ 346.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| C.P. | $ 422.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| K.P. | $ 308.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.L. | $ 25.75 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.A. | $ 153.39 | Ineligible after May 7, 2023, No other determination letter | Active employee, reasonable assurance of continued work. |
| J.G. | $ 1,158.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.P. | $ 1,180.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.B. | $ 444.00 | No determination letter for 2020, ineligible after March 8, 2021 | Refused work when continuing work was available. |
| N.A. | $ 1,080.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| R.T. | $ 838.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.S. | $ 556.10 | No determination letter | Retired |
| R.S. | $ 383.40 | Ineligible | Active employee, reasonable assurance of continued work. |
| T.W. | $ 504.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.H. | $ 3,024.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.L. | $ 10.52 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.I. | $ 332.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| A.V. | $ 510.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| V.D. | $ 801.00 | No determination letter for 2020, ineligible after March 21, 2021 | Active employee, reasonable assurance of continued work. |
| J.B. | $ 251.09 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.K. | $ 1,423.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.O. | $ 1,869.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.J. | $ 356.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.B. | $ 6.89 | No determination letter | Paid by FCPS during the disputed time period. |
| E.Y. | $ 21.65 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.E. | $ 979.92 | No determination letter | Paid by FCPS during the disputed time period. |
| Y.M. | $ 88.98 | No determination letter | Resigned employment with FCPS. |
| S.C. | $ 15.24 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.A. | $ 216.94 | No determination letter for 2020, Ineligible April 4, 2021 | Active employee, reasonable assurance of continued work. |
| Y.M. | $ 269.25 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.W. | $ 3.91 | No determination letter | Refused work when continuing work was available. |
| S.H. | $ 126.92 | No determination letter | Active employee, reasonable assurance of continued work. |

## Fourth Quarter, 2020

| | | | | |
|---|---|---|---|---|
| S.H. | $ | (1,050.00) | No determination letter | Active employee, reasonable assurance of continued work. |
| R.M. | $ | 4,194.45 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.J. | $ | 218.75 | No determination letter | Paid monthly retirement. |
| L.C. | $ | 2,730.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.Q. | $ | 236.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.D. | $ | 127.75 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.J. | $ | 310.17 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.S. | $ | 390.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| E.L. | $ | 163.22 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.B. | $ | 693.70 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.B. | $ | 596.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.S. | $ | 60.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| D.M. | $ | 51.65 | No determination letter | Resigned employment with FCPS. |
| E.L. | $ | 91.14 | Ineligible | Active employee, reasonable assurance of continued work. |
| D.W. | $ | 23.80 | No determination letter | Refused work when continuing work was available. |
| S.W. | $ | 129.80 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| M.H. | $ 720.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.H. | $ 972.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.T. | $ 107.98 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.K. | $ 476.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.C. | $ 922.14 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.W. | $ 15.05 | No determination letter | Refused work when continuing work was available. |
| A.A. | $ 70.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.G. | $ - | Ineligible | Active employee, reasonable assurance of continued work. |
| C.M. | $ 60.22 | Ineligible | Active employee, reasonable assurance of continued work. |
| H.S. | $ 570.00 | No determination letter | Paid by FCPS during the disputed time period. |
| S.A. | $ 4,511.00 | No determination letter | Leave of absence started July 1, 2020. |
| W.M. | $ 66.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.T. | $ 840.55 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.X. | $ 201.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.A. | $ 445.00 | Ineligible | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| S.J. | $ | 107.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.A. | $ | 45.14 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.E. | $ | 1,040.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.N. | $ | 10.30 | No determination letter | Not statutorily responsible employer. |
| S.S. | $ | 184.08 | Disqualified August 23, 2020, no other Determination Letter | Resigned employment with FCPS. |
| R.A. | $ | 390.00 | No determination letter for 2020, Ineligible April 11, 2021 | Active employee, reasonable assurance of continued work. |
| M.L. | $ | 1,479.28 | No determination letter for 2020, Ineligible June 27, 2021 - August 21, 2021 | Active employee, reasonable assurance of continued work. |
| K.B. | $ | 69.60 | No determination letter | Refused work when continuing work was available. |
| S.A. | $ | 306.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.N. | $ | 377.00 | Ineligible | Resigned employment with FCPS. |
| S.M. | $ | 528.00 | Ineligible after May 2, 2021, No other determination letter | Active employee, reasonable assurance of continued work. |
| A.H. | $ | 515.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.T. | $ | 756.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| K.M. | $ | 363.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.H. | $ | 0.46 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.M. | $ | 6.15 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | | |
|---|---|---|---|---|
| C.D. | $ | 252.44 | No determination letter | Paid by FCPS during the disputed time period. |
| R.C. | $ | 1.62 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.A. | $ | 1.58 | No determination letter | Refused work when continuing work was available. |
| M.K. | $ | 190.20 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.H. | $ | 745.56 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.M. | $ | 1,134.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.S. | $ | 332.76 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.C. | $ | 543.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| M.O. | $ | 876.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.N. | $ | 813.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.R. | $ | 70.97 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.L. | $ | 411.00 | No determination letter for 2020, Ineligible after April 4, 2021 | Active employee, reasonable assurance of continued work. |
| S.A. | $ | 225.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.P. | $ | 489.08 | No determination letter | Resigned employment with FCPS |
| W.C. | $ | 2,095.83 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| O.S. | $ 1,184.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.C. | $ 352.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| G.Q. | $ 33.61 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.H. | $ 11.14 | No determination letter for 2020, Ineligible after May 16, 2021 | Active employee, reasonable assurance of continued work. |
| A.B. | $ 23.14 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.C. | $ 29.45 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.J. | $ 816.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.A. | $ 539.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.B. | $ 1,221.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.K. | $ 2,268.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.E. | $ 488.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| P.E. | $ 4,474.00 | No determination letter | Resigned employment with FCPS. |
| J.M. | $ 205.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.J. | $ 263.00 | No determination letter for 2020, Ineligible between May 3, 2021 and April 30, 2022 | Active employee, reasonable assurance of continued work. |
| M.A. | $ 480.78 | No determination letter | Active employee, reasonable assurance of continued work. |

## Fourth Quarter, 2020

| | | | |
|---|---|---|---|
| R.M. | $ 266.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| T.N. | $ 1,491.52 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.L. | $ 261.56 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.E. | $ 335.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.K. | $ 296.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.D. | $ 190.03 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.M. | $ 921.00 | No determination letter | Resigned employment with FCPS. |
| L.A. | $ 462.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.R. | $ 289.52 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.B. | $ 373.56 | No determination letter | Active employee, reasonable assurance of continued work. |
| G.S. | $ 756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.C. | $ 184.73 | Ineligible | Active employee, reasonable assurance of continued work. |
| C.S. | $ 318.00 | Ineligible | Active employee, reasonable assurance of continued work. |
| A.O. | $ 100.62 | No determination letter | Employee last worked November 1, 2018. |
| H.N. | $ 1,299.90 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.K. | $ 210.00 | No determination letter | Refused work when continuing work was available. |

**Fourth Quarter, 2020**

| | | | |
|---|---|---|---|
| O.D. | $ 145.74 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.A. | $ 880.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.R. | $ 20.52 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.Y. | $ 287.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.Q. | $ 171.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.V. | $ 1,518.00 | Ineligible | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| S.D. | ($150.00) | Disqualfied March 15, 2020 | Active employee, reasonable assurance of continued work. |
| T.V. | ($3,078.36) | Disqualfied April 12, 2020 | Foos service worker, Active employee, reasonable assurance of continued work. |
| C.N. | $2,639.00 | Disqualified March 22, 2020 | Active employee, reasonable assurance of continued work. |
| S.A. | $162.00 | Disqualified April 12, 2020 | Resigned employment with FCPS. |
| E.W. | ($100.00) | Disqualified July 15, 2020 | Termed employee, July 1, 2019. |
| I.A. | $26.03 | Disqualified 9/6/2020 and after | Active employee, reasonable assurance of continued work. |
| M.C. | $461.75 | Eligible from June 14, 2020 to August 22, 2020 | Eligible based on other employement. FCPS appealed. |
| D.K. | $7.47 | Eligible from June 14, 2020 to September 12, 2020 | Not responsible employer. Active employee, reasonable assurance of continued work. |
| S.C. | $242.96 | Eligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| M.M. | $203.16 | Eligible from June 14, 2020 to September 12, 2020 | Eligible other employeer |
| A.R. | $2,023.84 | Eligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| G.A. | $483.99 | Eligible from June 14, 2020 to September 12, 2020; FCPS appealed, no response. | Active employee, reasonable assurance of continued work. |
| M.K. | $496.06 | Eligible from June 14, 2020 to September 5, 2020 | Eligible other employeer. |
| F.B. | $104.40 | Eligible from June 21, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| H.K. | $1,076.28 | Eligible from July 12, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| A.B. | $2,646.00 | Eligible from July 12, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |
| L.B. | $12.30 | Eligible from July 5, 2020 to September 5, 2020 | Employee did not file, and referred as fraudulent claim. |
| A.W. | $60.52 | Eligible from July 5, 2020 to September 5, 2020 | Two determination letters one eligible and one ineligible for same dates. Active employee, reasonable assurance of continued work. |
| J.A. | $193.11 | Eligible from June 28, 2020 to August 22, 2020 | Eligible other employer |
| E.A. | $312.17 | Ineligible after March 14, 2021 | Active employee, reasonable assurance of continued work. |
| N.G. | ($150.00) | Ineligible from March 29, 2020 to March 27, 2021 | Active employee, reasonable assurance of continued work. |
| G.A. | $845.00 | Ineligible from April 11, 2021 to April 9, 2022 | Active employee, reasonable assurance of continued work. |
| D.O. | $1,580.00 | Ineligible from April 18, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| T.C. | $209.86 | Ineligible from May 10, 2020 to Septemeber 5, 2020 | Active employee, reasonable assurance of continued work. |
| M.G. | ($100.00) | Ineligible from May 31, 2020 to May 29, 2021 | Active employee, reasonable assurance of continued work. |
| S.I. | $272.00 | Ineligible from May 31, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| S.L. | ($1,875.00) | Ineligible from June 12, 2020 to August 22, 2020 | Fraud |
| C.V. | $514.00 | Ineligible from June 13, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| V.V. | $91.23 | Ineligible from June 14, 2020 to July 11, 2020 | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| S.Z. | $9.07 | Ineligible from June 14, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |
| G.Y. | ($2,019.00) | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| J.L. | ($1,322.00) | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| M.K. | ($1,200.00) | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| H.S. | $0.00 | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| V.S. | $102.84 | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| D.M. | $103.00 | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| L.E. | $1,043.00 | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| A.Z. | $0.00 | Ineligible from June 14, 2020 to September 12, 2020; ineligible November 28, 2020 | Active employee, reasonable assurance of continued work. |
| J.J. | $0.00 | Ineligible from June 14, 2020 to September 15, 2020 | Active employee, reasonable assurance of continued work. |
| V.H. | ($2,277.00) | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| D.A. | ($697.00) | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| F.R. | ($676.31) | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| L.M. | ($636.71) | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| C.Y. | ($600.00) | Ineligible from June 14, 2020 to September 5, 2020 | Fraud |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| S.E. | ($200.00) | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| N.C. | ($100.00) | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| S.D. | $0.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| M.P. | $0.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| M.S. | $0.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| F.S. | $0.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| M.E. | $0.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| J.B. | $174.36 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| A.V. | $1,119.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| M.S. | $1,310.00 | Ineligible from June 14, 2020 to September 5, 2020 | Letter not required to pay overpayment |
| M.K. | $1,645.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| T.L. | $1,670.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| V.W. | $5,214.00 | Ineligible from June 14, 2020 to September 5, 2020, Ineligible after December 20, 2020 | Resigned employment with FCPS. |
| S.A. | $1,411.70 | Ineligible from June 14, 2020 to September 5, 2020, and after March 28, 2021 | Active employee, reasonable assurance of continued work. |
| E.H. | $378.00 | Ineligible from June 14, 2020 to August 29, 2020 | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| S.K. | $92.00 | Ineligible from June 20, 2020 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| A.A. | ($2,756.00) | Ineligible from June 21, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| C.O. | $194.00 | Ineligible June 28, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| L.G. | $0.00 | Ineligible from June 7, 2020 to August 1, 2020 | Active employee, reasonable assurance of continued work. |
| T.Y. | $0.00 | Ineligible from June 7, 2020 to September 14, 2020 | Active employee, reasonable assurance of continued work. |
| G.P. | ($3,500.00) | Ineligible from June 7, 2020 to September 5, 2020 | Temporary employee, not eligible. |
| N.N. | ($2,936.91) | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| J.S. | ($1,034.00) | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| V.R. | ($865.00) | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| A.Y. | ($200.00) | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| P.O. | ($14.87) | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| V.B. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| G.S. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| E.D. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| H.C. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| P.H. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
|---|---|---|---|
| D.K. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| I.D. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| J.O. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| A.H. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| D.R. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| T.P. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| C.P. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| F.E. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Letter not required to pay overpayment |
| Z.N. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| B.D. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020 | Termed employee, December 8, 2020. |
| T.N. | $120.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| E.S. | $659.08 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| S.T. | $3,324.00 | Ineligible from June7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| Z.F. | $1,029.00 | Ineligible from June 7, 2020 to September 5, 2020, from December 20, 2020 to January 2, 2021, and after March 14, 2021 | Active employee, reasonable assurance of continued work. |
| D.P. | $0.00 | Ineligible from June 7, 2020 to September 5, 2020, Disqualified August 15, 2021 | Temporary employee, not eligible. |
| B.M. | ($2,640.00) | Ineligible from July 12, 2020 to August 15, 2020 | Active employee, reasonable assurance of continued work. |
| D.C. | $378.00 | Ineligible from July 19, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| S.M. | $900.00 | Ineligible from July 19, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| S.M. | ($3,840.00) | Ineligible from July 5, 2020 to August 15, 2020 | Fraud |
| N.C. | $0.00 | Ineligible from July 5, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| S.K. | $2,261.67 | Ineligible from August 30, 2020 to August 28, 2021 | Active employee, reasonable assurance of continued work. |
| C.G. | ($9,114.00) | Ineligible from June 7, 2020 to September 5, 2020 | Received montly retirement. |
| P.S. | ($4,871.00) | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| Q.T. | $49.04 | Ineligible March 21, 2021. | Active employee, reasonable assurance of continued work. |
| M.S. | ($3,000.00) | Ineligible from June 7, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| Q.N. | $54.90 | No applicable determination letter; Ineligible 6/7/20-9/5/20 | Not statutorily responsible employer. |
| Q.B. | ($6,426.00) | No determination letter | Temporary employee, not eligible. |
| E.R. | ($4,641.00) | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| N.G. | ($2,048.35) | No determination letter | Active employee, reasonable assurance of continued work. |
|---|---|---|---|
| K.N. | ($1,000.00) | No determination letter | Active employee, reasonable assurance of continued work. |
| S.D. | ($687.01) | No determination letter | Active employee, reasonable assurance of continued work. |
| A.B. | ($244.39) | No determination letter | Active employee, reasonable assurance of continued work. |
| H.D. | ($233.80) | No determination letter | Active employee, reasonable assurance of continued work. |
| C.N. | ($200.00) | No determination letter | Temporary employee, not eligible. |
| M.K. | ($148.55) | No determination letter | Active employee, reasonable assurance of continued work. |
| C.M. | ($83.18) | No determination letter | Appeal letter states they qualified for benefits from other employer not FCPS. |
| F.A. | ($80.20) | No determination letter | Employee termed February 3, 2020 |
| M.R. | ($70.35) | No determination letter | Active employee, reasonable assurance of continued work. |
| B.E. | ($50.00) | No determination letter | Temporary employee, not eligible. |
| K.K. | ($26.38) | No determination letter | Active employee, reasonable assurance of continued work. |
| F.I. | ($19.38) | No determination letter | Termed employee, May 9, 2019. |
| J.K. | $1.85 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.H. | $3.81 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.O. | $6.06 | No determination letter | Not statutorily responsible employer. |
| G.A. | $6.12 | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| K.R. | $7.87 | No determination letter | Termed employee, July 31, 2020; refused work when continuing work was available. |
|---|---|---|---|
| R.A. | $12.00 | No determination letter | Refused work when continuing work was available. |
| E.N. | $12.30 | No determination letter | Not statutorily responsible employer. |
| L.A. | $12.63 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.S. | $12.73 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.L. | $13.05 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.W. | $14.26 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.S. | $14.61 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.V. | $18.96 | No determination letter | Refused work when continuing work was available. |
| A.H. | $24.74 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.L. | $27.91 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.M. | $30.42 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.A. | $32.31 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.S. | $32.34 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.C. | $37.70 | No determination letter | Termed employee; refused work when continuing work was available. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| J.W. | $38.09 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.C. | $45.72 | No determination letter | Not statutorily responsible employer. |
| V.K. | $50.42 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.B. | $67.94 | No determination letter | Termed employee April 26, 2019. |
| S.M. | $73.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.N. | $76.00 | No determination letter | Resigned employment with FCPS. |
| U.N. | $79.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.R. | $81.82 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.H. | $82.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.V. | $83.89 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.T. | $84.32 | No determination letter | Refused work when continuing work was available. |
| F.M. | $89.96 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.A. | $90.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.J. | $103.11 | No determination letter | Received montly retirement. |
| C.Y. | $107.82 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.J. | $113.82 | No determination letter | Refused work when continuing work was available. |
| G.A. | $121.06 | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| A.L. | $123.30 | No determination letter | Termed employee, May 31, 2020. |
| L.S. | $134.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.N. | $140.82 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.B. | $152.69 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.L. | $159.86 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.B. | $164.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.M. | $170.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.H. | $176.62 | No determination letter | Fraud |
| M.B. | $191.26 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.H. | $265.13 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.J. | $265.53 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.A. | $279.30 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.S. | $289.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.A. | $303.12 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.K. | $305.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.G. | $320.79 | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| S.S. | $328.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.H. | $329.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.H. | $344.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.M. | $344.59 | No determination letter | Resigned employment with FCPS; termed employee August 27, 2019. |
| S.P. | $348.11 | No determination letter | Fraud, employee confirmed they did not file, teacher |
| G.Z. | $354.00 | No determination letter | Fraud |
| K.P. | $359.85 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.W. | $370.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.M. | $380.25 | No determination letter | Refused work when continuing work was available. |
| K.K. | $390.42 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.G. | $392.95 | No determination letter | Not statutorily responsible employer. |
| D.M. | $403.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.G. | $408.48 | No determination letter | Resigned employment with FCPS. |
| Y.J. | $408.52 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.G. | $419.16 | No determination letter | Refused work when continuing work was available. |
| S.P. | $420.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.S. | $425.00 | No determination letter | Retired. |

**First Quarter, 2021**

| N.A. | $427.50 | No determination letter | Active employee, reasonable assurance of continued work. |
|---|---|---|---|
| M.A. | $431.43 | No determination letter | Resigned employment with FCPS. |
| N.K. | $436.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.D. | $462.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.M. | $465.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.M. | $481.29 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.P. | $495.06 | No determination letter | Retired. |
| Z.M. | $510.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.C. | $520.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.B. | $568.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.E. | $569.04 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.I. | $582.82 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.P. | $618.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.A. | $625.00 | No determination letter | Received montly retirement. |
| D.H. | $678.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.B. | $690.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| C.A. | $702.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.Y. | $717.88 | No determination letter | Termed employee, June 14, 2019; rehired in 2021 and active employee, reasonable assurance of continued work. Termed 6/14/19. |
| N.S. | $737.92 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.R. | $744.20 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.W. | $756.00 | No determination letter | Fraud |
| A.S. | $756.00 | No determination letter | Fraud |
| J.N. | $756.00 | No determination letter | Fraud |
| Y.M. | $756.00 | No determination letter | Fraud |
| S.O. | $786.89 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.C. | $875.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.D. | $876.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.C. | $911.22 | No determination letter | Fraud |
| R.B. | $943.16 | No determination letter | Resigned employment with FCPS. |
| A.M. | $1,055.35 | No determination letter | Fraud |
| V.B. | $1,128.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.T. | $1,134.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.F. | $1,170.00 | No determination letter | Termed employee. |
| S.W. | $1,212.54 | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| M.E. | $1,272.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.F. | $1,350.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.R. | $1,512.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.R. | $1,624.00 | No determination letter | Received montly retirement. |
| W.A. | $1,664.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.G. | $1,702.40 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.B. | $1,812.00 | No determination letter | Fraud |
| C.B. | $1,890.00 | No determination letter | Fraud |
| P.C. | $1,906.11 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.Y. | $1,924.00 | No determination letter | Resigned employment with FCPS. |
| T.T. | $2,268.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.A. | $2,418.13 | No determination letter | Fraud |
| T.B. | $2,558.76 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.M. | $2,570.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.P. | $2,946.00 | No determination letter | Retired; fraud |
| E.P. | $2,976.21 | No determination letter | Paid by FCPS during the disputed time period. |
| L.G. | $3,316.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.Y. | $3,377.06 | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| D.T. | $3,578.85 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.F. | $3,591.00 | No determination letter | Received montly retirement. |
| B.S. | $4,158.00 | No determination letter | Leave of absence. |
| J.B. | $4,536.00 | No determination letter | Resigned employment with FCPS. |
| A.A. | $13.28 | No determination letter | Refused work when continuing work was available. |
| C.R. | $23.51 | No determination letter | Not statutorily responsible employer. |
| S.A. | $35.28 | No determination letter | Active employee, reasonable assurance of continued work. |
| O.D. | $74.34 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.S. | $77.66 | No determination letter | Not statutorily responsible employer. |
| N.K. | $115.56 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.W. | $264.55 | No determination letter | Resigned |
| E.R. | $1,000.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.W. | ($1,300.00) | No determination letter for 2020 | Relocated January 29, 2020 |
| M.A. | ($378.00) | No determinaton letter | Active employee, reasonable assurance of continued work. |
| A.V. | $5.51 | No determinaton letter | Termed employee, October 1, 2019; refused work when continuing work was available. |
| K.B. | $25.08 | No determinaton letter | Student. |
| S.A. | $105.80 | No determinaton letter | Active employee, reasonable assurance of continued work. |
| J.A. | $125.59 | No determinaton letter | Active employee, reasonable assurance of continued work. |
| R.A. | $172.00 | No determinaton letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2021**

| | | | |
|---|---|---|---|
| J.K. | $210.00 | No determinaton letter | Active employee, reasonable assurance of continued work. |
| J.S. | $211.40 | No determinaton letter | Active employee, reasonable assurance of continued work. |
| D.V. | $1,134.00 | No determinaton letter | Retired. |
| L.P. | $2,703.00 | No determinaton letter | Active employee, reasonable assurance of continued work. |
| S.A. | $3,423.00 | No determinaton letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| A.V. | $1.19 | No determination letter | Termed 10/1/19. Refused work when continuing work was available. |
| G.C. | $2.34 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.W. | $3.74 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.F. | $4.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.W. | $7.13 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.B. | $8.29 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.L. | $10.72 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.M. | $11.25 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.D. | $12.45 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.C. | $13.96 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.H. | $14.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.B. | $16.40 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.E. | $17.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.G. | $20.58 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| P.S. | $21.97 | Ineligible from June 13, 2020 to August 21, 2021 and January 2, 2022 to December 31, 2022 | Active employee, reasonable assurance of continued work. |
| R.B. | $23.16 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.N. | $23.47 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.S. | $26.54 | No determination letter | Active employee, reasonable assurance of continued work; employee termed August 1, 2020. |
| J.A. | $26.80 | No determination letter | Not statutorily responsible employer. |
| S.R. | $28.21 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.A. | $28.64 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.P. | $36.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.H. | $37.84 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.E. | $42.29 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.A. | $42.60 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.C. | $47.48 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.K. | $49.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.H. | $55.16 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| A.S. | $65.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.Y. | $68.95 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.Y. | $73.21 | Ineligible from July 4, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| A.F. | $78.00 | Ineligible after April 11, 2021 | Active employee, reasonable assurance of continued work. |
| T.I. | $82.56 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.L. | $83.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.E. | $87.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.J. | $87.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.V. | $122.00 | Ineligible between June 14, 2020 and September 5, 2020 | Active employee, reasonable assurance of continued work. |
| R.Z. | $122.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Z.W. | $124.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| Z.E. | $124.86 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.J. | $125.78 | Ineligible from June 7, 2020 to September 5, 2020, and from September 6, 2020 to April 3, 2021. | Active employee, reasonable assurance of continued work. |
| R.M. | $134.65 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| M.P. | $135.61 | No determination letter | Active employee, reasonable assurance of continued work. |
| O.N. | $138.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.T. | $140.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.L. | $143.32 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.H. | $154.89 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.K. | $167.92 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.E. | $170.00 | Ineligible from June 14, 2020 to September 5, 2020 and June 13, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| S.M. | $170.76 | Ineligible from January 21, 2021 to January 29, 2022 | Active employee, reasonable assurance of continued work. |
| E.G. | $179.64 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.Y. | $180.24 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.R. | $184.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.D. | $193.82 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.K. | $202.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.C. | $205.40 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| A.E. | $207.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.N. | $210.00 | Ineligible from June 27, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| J.K. | $212.28 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.M. | $228.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.C. | $232.07 | No determination letter | Active employee, reasonable assurance of continued work. |
| W.Z. | $234.00 | Ineligible from June 14, 2020 to August 29, 2020 and June 20, 2021 to August 14, 2021 | Active employee, reasonable assurance of continued work. |
| M.H. | $247.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.H. | $257.00 | Ineligible from June 21, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| S.A. | $290.79 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.E. | $292.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.C. | $310.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.R. | $311.26 | Ineligible from June 13, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| S.G. | $345.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| G.A. | $352.00 | Ineligible from April 11, 2021 to April 9, 2022 | Active employee, reasonable assurance of continued work. |
| M.Y. | $354.66 | No determination letter | Paid by FCPS during the disputed time period. |

**Third Quarter, 2021**

| N.A. | $372.00 | No determination letter | Active employee, reasonable assurance of continued work. |
|---|---|---|---|
| C.A. | $372.45 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.K. | $378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.S. | $378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.P. | $378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.D. | $378.00 | Ineligible from June 20, 2021 to July 9, 2021 and July 25, 2021 to August 21, 2021 | Received short-term disability |
| A.M. | $401.44 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.A. | $427.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.N. | $468.00 | Ineligible from June 13, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| P.G. | $486.27 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.F. | $497.04 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.P. | $528.00 | No determination letter | Paid by FCPS during the disputed time period. |
| K.F. | $532.95 | No determination letter | Active employee, reasonable assurance of continued work. |
| Y.L. | $552.00 | Ineligible June 27, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| N.N. | $576.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| E.K. | $588.81 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.G. | $591.73 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.S. | $636.00 | Ineligible from June 14, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |
| A.A. | $642.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.K. | $720.00 | Ineligible | Paid by FCPS during the disputed time period. |
| S.F. | $726.58 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| A.R. | $727.80 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| C.G. | $756.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| J.G. | $756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.P. | $757.08 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.L. | $772.66 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.W. | $796.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.I. | $830.00 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| A.A. | $852.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.E. | $861.00 | Ineligible from May 9, 2021 to May 7, 2022 | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| S.O. | $960.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.G. | $1,044.00 | Disqualified November 29, 2020 | Active employee, reasonable assurance of continued work. |
| M.S. | $1,060.00 | Ineligible from June 14, 2021 to September 5, 2020 6/14/20-9/5/20 | Active employee, reasonable assurance of continued work; letter not required to pay back. |
| F.M. | $1,063.12 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.A. | $1,082.00 | Ineligible from April 18, 2021 to June 21, 2021 and June 13, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| T.D. | $1,100.80 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.W. | $1,134.00 | Ineligible from March 21, 2021 to August 21, 2021 and August 22, 2021 to March 19, 2022 | Active employee, reasonable assurance of continued work. |
| S.D. | $1,489.68 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.B. | $1,496.76 | Ineligible after June 6, 2021 | Active employee, reasonable assurance of continued work. |
| P.W. | $1,512.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.L. | $1,543.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.K. | $1,660.00 | Ineligible from June 20, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| K.V. | $1,752.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.H. | $1,841.70 | Ineligible from June 20, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| D.G. | $1,890.00 | Ineligible from January 31, 2021 to January 29, 2022 | Active employee, reasonable assurance of continued work. |
| K.B. | $1,890.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.D. | $1,890.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.N. | $1,956.00 | Ineligible from June 21, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| M.H. | $2,052.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.J. | $2,142.00 | Ineligible from August 9, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| D.V. | $2,268.00 | No determination letter | Received montly retirement. |
| R.L. | $2,268.00 | Ineligible from June 13, 2021 to August 21, 2021 and August 23, 2020 to June 12, 2021 | Active employee, reasonable assurance of continued work. |
| I.I. | $2,268.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.P. | $2,384.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.V. | $2,637.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.R. | $2,640.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.H. | $2,646.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.B. | $3,000.00 | Ineligible from June 27, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| E.C. | $3,024.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| E.V. | $3,024.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| V.W. | $3,024.00 | Ineligible after April 25, 2021 | Received monthly retirement. |
| L.F. | $4,536.00 | Ineligble from June 27, 2021 to June 25, 2022 | Resigned employment with FCPS. |
| T.C. | $4,914.00 | Ineligible from June 27, 2021 to September 11, 2021 and June 21, 2020 to June 19, 2021 | Active employee, reasonable assurance of continued work. |
| M.M. | $5,250.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.M. | $307.80 | Ineligible from June 7, 2020 to September 5, 2020, eligible after September 6, 2020 | Active employee, reasonable assurance of continued work. |
| S.D. | $313.41 | Eligible June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work; other wages eligible. |
| J.G. | $441.84 | Eligible from June 7, 2020 to July 25, 2020 | Active employee, reasonable assurance of continued work. |
| P.F. | $494.26 | Qualified June 28, 2020 | Active employee, reasonable assurance of continued work. |
| J.C. | $547.08 | Qualified June 14, 2020 | Active employee, reasonable assurance of continued work. |
| C.W. | $569.06 | Eligible June 14, 2020 to August 15, 2020 | Active employee, reasonable assurance of continued work. |
| N.K. | $592.68 | Ineligible from June 7, 2020 to September 12, 2020; apparently eligible following April 18, 2021, ineligible from April 11, 2021 to April 9, 2022 | Active employee, reasonable assurance of continued work. |
| D.R. | $1,890.00 | Qualified June 27, 2021 | Active employee, reasonable assurance of continued work. |
| J.D. | $2,059.40 | Eligible from June 13, 2021 to June 11, 2022 | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2021**

| | | | |
|---|---|---|---|
| D.N. | $4,524.00 | Eligible after March 27, 2021 | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2021**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| H.A. | $693.00 | Ineligible from November 8, 2020 to July 3, 2021 and June 6, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| M.B. | $1.90 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.B. | $1,218.00 | No determination letter | Active employee, reasonable assurance of continued work; paid by FCPS |
| G.C. | $1.96 | No determination letter | Not statutorily responsible employer |
| T.C. | $2,646.00 | Ineligible from June 21, 2020 to June 19, 2021, and from June 27, 2021 to September | Active employee, reasonable assurance of continued work; paid by FCPS |
| C.C. | $183.60 | No determination letter | Not statutorily responsible employer |
| B.C. | $47.48 | No determination letter | Active employee, reasonable assurance of continued work; paid by FCPS |
| E.C. | $261.00 | Ineligible from June 21, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work; paid by FCPS |
| J.D. | $196.56 | No determination letter | Active employee, reasonable assurance of continued work; paid by FCPS |
| R.D. | $142.00 | Ineligible from June 28, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work; paid by FCPS |
| L.F. | $4,158.00 | Inelgible from June 27, 2021 to June 25, 2022 | Resigned employment with FCPS |
| J.G. | $756.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.G. | $20.58 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.H. | $268.00 | Ineligible from July 5, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| J.H. | $2,646.00 | No determination letter | Resigned employment with FCPS |
| E.I. | $618.43 | No determination letter | Refused work when continuing work was available. |

**Fourth Quarter, 2021**

| | | | |
|---|---|---|---|
| E.I. | $631.95 | No determination letter | Refused work when continuing work was available. |
| E.I. | $1,174.71 | No determination letter | Refused work when continuing work was available. |
| E.I. | $1,891.19 | No determination letter | Refused work when continuing work was available. |
| I.K. | $558.26 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.K. | $159.21 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.L. | $662.28 | No determination letter | Leave of absence |
| M.L. | $227.70 | Ineligible from June 14, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| A.M. | $1,411.83 | No determination letter | Refused work when continuing work was available. |
| M.M. | $1,750.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| Q.N. | $138.02 | Eligible for other wages from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| J.O. | $312.25 | No determination letter | Active employee, reasonable assurance of continued work. |
| P.O. | $275.81 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| H.S. | $879.06 | No determination letter | Resigned employment with FCPS |
| K.S. | $1,982.37 | No determination letter | Separation of Employment w/ prejudice |
| S.V. | $122.00 | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| D.V. | $2,268.00 | No determination letter | Retired |
| A.W. | $3.74 | No determination letter | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2021**

| | | | |
|---|---|---|---|
| P.W. | $3,402.00 | No determination letter | Active employee, reasonable assurance of continued work. |

**First Quarter, 2022**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| A.C. | $0.04 | Ineligible from August 6, 2023 to August 19, 2023 | Active employee, reasonable assurance of continued work |
| A.L. | $756.00 | No determination letter | Active employee, reasonable assurance of |
| A.M. | $284.00 | No determination letter | Active employee, reasonable assurance of |
| A.M. | $1,698.00 | No determination letter | Active employee, reasonable assurance of |
| B.K. | $756.00 | No determination letter | Fraud |
| C.D. | $1,134.00 | No determination letter | Fraud |
| D.H. | $21.70 | No determination letter | Paid by FCPS |
| E.J. | $378.00 | No determination letter | Fraud |
| N.E. | $150.21 | Ineligible from June 14, 2020 to September 12, 2020, not required to pay back. | Active employee, reasonable assurance of continued work. |
| N.E. | $1,051.17 | Ineligible from January 3, 2021 to March 27, 2021, not required to pay back | Active employee, reasonable assurance of continued work. |
| N.E. | $0.03 | Ineligible from March 29, 2020 to June 27, 2020, not required to pay back | Active employee, reasonable assurance of continued work. |
| F.L. | $378.00 | Ineligible from June 27, 2021 to June 25, 2022 | Resigned employment with FCPS |
| G.J. | $2,370.00 | No determination letter | Active employee, reasonable assurance of |
| G.M. | $170.00 | No determination letter | Active employee, reasonable assurance of |
| G.M. | $20.67 | No determination letter | Active employee, reasonable assurance of |
| G.C. | $0.01 | No determination letter | Paid by FCPS |
| J.C. | $272.00 | No determination letter | Paid by FCPS |
| K.I. | $0.01 | No determination letter | Active employee, reasonable assurance of |
| K.J. | $53.06 | No determination letter | Paid by FCPS |
| K.S. | $0.01 | No determination letter | Active employee, reasonable assurance of |
| K.R. | $0.87 | No determination letter | Active employee, reasonable assurance of |
| K.N. | $2,245.33 | Ineligible from June 7, 2020 to September 12, 2020, and from April 11, 2021 to April 9, 2022 | Active employee, reasonable assurance of continued work. |

**First Quarter, 2022**

| | | | |
|---|---|---|---|
| K.N. | $0.01 | Ineligible from June 7, 2020 to September 12, 2020 and from April 11, 2021 to April 9, 2022 | Active employee, reasonable assurance of continued work. |
| M.A. | $111.29 | Ineligible from June 14, 2020 to September 5, 2020 | Paid by FCPS |
| M.E. | $756.00 | No determination letter | Fraud |
| N.B. | $52.00 | Ineligible after March 28, 2021 | Active employee, reasonable assurance of |
| O.A. | $1,134.00 | No determination letter | Fraud |
| O.S. | $42.92 | No determination letter | Active employee, reasonable assurance of |
| P.T. | $1,177.34 | Ineligible from June 7, 2020 to August 8, 2020 | Resigned employment with FCPS |
| P.D. | $666.00 | Ineligible from June 7, 2020 to September 5, 2020 | Resigned employment with FCPS |
| P.D. | $2,997.00 | Disqualified August 15, 2021 | Resigned employment with FCPS |
| Q.M. | $1,134.00 | No determination letter | Fraud |
| R.D. | $378.00 | Ineligible from November 14, 2021 to November 12, 2022 | Fraud |
| S.S. | $618.00 | No determination letter | Active employee, reasonable assurance of |
| S.P. | $94.52 | Ineligible from June 12, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| S.P. | $6.17 | Ineligible from January 2, 2022 to December 31, 2022 | Active employee, reasonable assurance of continued work. |
| T.L. | $0.01 | No determination letter | Paid by FCPS |
| U.C. | $0.02 | No determination letter | Paid by FCPS |
| W.S. | $74.95 | No determination letter | Resigned employment with FCPS |
| Y.J. | $58.74 | Ineligible from June 7, 2020 to June 13, 2020, from August 16, 2020 to September 5, 2020; Eligible for full or partial benefit from June 14, 2020 to June 20, 2020, and from June 21, 2020 to August 15, 2020 | Paid by FCPS |

**First Quarter, 2022**

| | | | |
|---|---|---|---|
| Z.K. | $60.00 | No determination letter | Active employee, reasonable assurance of |

**Second Quarter, 2022**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| C.A. | $ 0.02 | Ineligible from August 6, 2023 to August 19, 2023 | Active employee, reasonable assurance of continued work |
| T.A. | $ 0.04 | FCPS lacked standing to appeal; Eligible from June 14, 2020 to August 22, 2020 for other employer | Eligible other employer |
| S.A. | $ 525.00 | Ineligible from June 14, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| R.A. | $ 0.01 | No determination letter | Employee Termed October 8, 2021 |
| A.A. | $ 0.05 | No determination letter | Work was available |
| B.A. | $ 1,040.38 | Ineligible from June 14, 2020 to September 5, 2020 and after September 13, 2020 | Paid income replacement by FCPS |
| F.A. | $ 5.68 | No determination letter | Resigned employment with FCPS |
| J.A. | $ 2,603.39 | No determination letter | Paid income replacement by FCPS |
| G.A. | $ 1,205.89 | No determination letter | Resigned employment with FCPS |
| F.A. | $ 1,728.00 | No determination letter | Paid by FCPS |
| S.B. | $ 0.01 | No determination letter | Resigned employment with FCPS |
| M.B. | $ 187.50 | Ineligible from June 25, 2023 to August 19, 2023 | Paid by FCPS |
| J.B. | $ 0.01 | No determination letter | Refused work when continuing work was available. |
| P.B. | $ 0.01 | Ineligible from June 14, 2020 to June 12, 2021 | Active employee, reasonable assurance of continued work. |
| E.B. | $ 13.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.B. | $ 238.00 | Ineligible from May 31, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| Z.B. | $ 0.02 | Eligible from June 28, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |

**Second Quarter, 2022**

| | | | | |
|---|---|---|---|---|
| M.B. | $ | 378.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.B. | $ | 232.28 | No determination letter | Paid income replacement by FCPS |
| B.C. | $ | 1.79 | No determination letter | Retired |
| T.C. | $ | 0.01 | No determination letter | Resigned employment with FCPS |
| W.C. | $ | 0.11 | Ineligible from June 14, 2020 to September 5, 2020 | Retired |
| K.C. | $ | 79.00 | No determination letter | Separation, failed to obtain commercial permit |
| S.C. | $ | 0.04 | No determination letter | Resigned employment with FCPS |
| C.C. | $ | 0.02 | Ineligible from June 14, 2020 to June 12, 2021 | Active employee, reasonable assurance of continued work. |
| G.C. | $ | 156.00 | Ineligible from June 14, 2020 to September 5, 2020 | Paid by FCPS |
| M.D. | $ | 1,616.00 | No determination letter | Paid income replacement by FCPS |
| E.E. | $ | 0.04 | No determination letter | Refused work when continuing work was available. |
| B.G. | $ | 3,235.15 | Disqualified after March 22, 2020 | Active employee, reasonable assurance of continued work. |
| S.G. | $ | 55.11 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.H. | $ | 0.01 | No determination letter | Mass term eff 10/8/21_per previous sup work is still available |
| K.H. | $ | 0.04 | No determination letter | Active temp_per previous supervisor employee resigned |
| M.H. | $ | 1,097.50 | Ineligible from June 26, 2022 to August 20, 2020 | Paid income replacement by FCPS |
| R.H. | $ | 0.01 | Ineligible from July 5, 2020 to August 22, 2020; not required to repay. | Paid by FCPS |

**Second Quarter, 2022**

| | | | | |
|---|---|---|---|---|
| S.I. | $ | 210.00 | Ineligible from June 14, 2020 to August 22, 2020, not required to repay. | Active employee, reasonable assurance of continued work. |
| K.K. | $ | 20.40 | Ineligible from June 14, 2020 to September 5, 2020, and from December 27, 2020 to January 2, 2021 | Paid income replacement by FCPS |
| J.K. | $ | 0.04 | Ineligible from June 14, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| M.L. | $ | 0.04 | No determination letter | Active employee, reasonable assurance of continued work. |
| J.L. | $ | 50.02 | Ineligible from July 12, 2020 to September 5, 2020 | Paid by FCPS |
| M.L. | $ | 739.57 | Ineligible from June 27, 2021 to August 21, 2021 | Paid by FCPS |
| D.L. | $ | 0.01 | No determination letter | Paid by FCPS |
| D.L. | $ | 0.01 | Eligible from June 14, 2020 to September 12, 2020 | Paid by FCPS |
| E.L. | $ | 0.05 | Ineligible from June 14, 2020 to August 22, 2020 | Resigned employment with FCPS |
| E.L. | $ | 0.01 | No determination letter | Paid by FCPS |
| J.M. | $ | 279.72 | Ineligible from June 14, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| C.M. | $ | 0.04 | Ineligible from June 28, 2020 to August 22, 2020 and from June 11, 2021 to August 21, 2021 | Paid by FCPS |
| J.M. | $ | 410.81 | No determination letter | Active employee, reasonable assurance of continued work; now on leave without pay |
| D.M. | $ | 0.04 | No determination letter | Resigned employment with FCPS |
| G.M. | $ | 615.49 | No determination letter | Resigned employment with FCPS |
| A.M. | $ | 51.21 | No determination letter | Governor ordered state of emergency closure of FCPS. |

**Second Quarter, 2022**

| | | | |
|---|---|---|---|
| A.M. | $ 148.00 | Eligible from June 14, 2020 to June 20, 2020; ineligible from June 21, 2020 to September 5, 2020; eligible from September 6, 2020 to November 14, 2020; ineligible from November 15, 2020 to December 19, 2020 | Paid by FCPS |
| M.N. | $ 726.00 | Ineligible from June 7, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| D.N. | $ 371.19 | No determination letter | Active employee, reasonable assurance of continued work. |
| C.N. | $ 77.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| T.P. | $ 947.72 | Ineligible from June 7, 2020 to August 8, 2020 | Refused work when continuing work was available. |
| T.P. | $ 135.00 | Ineligible from June 7, 2020 to September 5, 2020 | Paid by FCPS |
| A.R. | $ 642.96 | No determination letter | Paid income replacement by FCPS |
| L.R. | $ 0.01 | No determination letter | Retired |
| A.R. | $ 2,205.00 | Ineligible from June 14, 2020 to September 12, 2020 | Paid income replacement by FCPS |
| P.R. | $ 0.67 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.R. | $ 7.15 | No determination letter | Employee termed February 1, 2020 |
| M.R. | $ 440.39 | Ineligible after September 13, 2020 | Paid by FCPS; separated due to finding another job. |
| A.R. | $ 0.01 | No determination letter | Paid by FCPS |
| M.S. | $ 0.01 | No determination letter | Resigned employment with FCPS |
| H.S. | $ 60.00 | Ineligible from June 14, 2020 to September 12, 2020 | Paid income replacement by FCPS |

**Second Quarter, 2022**

| | | | | |
|---|---|---|---|---|
| S.S. | $ | 448.00 | Eligible from June 7, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| P.S. | $ | 945.00 | Ineligible from June 14, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| G.S. | $ | 810.00 | Ineligible from June 7, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| T.S. | $ | 2,090.07 | No determination letter | Fraud |
| S.S. | $ | 151.38 | Ineligible after March 21, 2021 | Active employee, reasonable assurance of continued work. |
| J.S. | $ | 28.72 | No determination letter | Active employee, reasonable assurance of continued work. |
| E.S. | $ | 642.00 | No determination letter | Paid income replacement by FCPS |
| L.S. | $ | 300.00 | No determination letter | Paid income replacement by FCPS |
| K.S. | $ | 158.00 | Eligible from June 14, 2020 to Setpember 5, 2020 for other wages, and after June 12, 2022 | Active employee, reasonable assurance of continued work. |
| S.S. | $ | 912.41 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.T. | $ | 37.69 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.T. | $ | 61.69 | No determination letter | Paid income replacement by FCPS |
| E.T. | $ | 35.31 | Ineligibile from June 14, 2020 to September 5, 2020 | Paid income replacement by FCPS |
| H.T. | $ | 0.06 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.U. | $ | 3,441.00 | Ineligible from June 14, 2020 to September 5, 2020, and after September 6, 2020 | Paid income replacement by FCPS |
| L.V. | $ | 759.00 | Eligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |

**Second Quarter, 2022**

| | | | |
|---|---|---|---|
| E.W. | $ 0.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.W. | $ 2,646.00 | Ineligible from March 21, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| M.W. | $ 9.99 | No determination letter | Paid income replacement by FCPS |
| E.Y. | $ 1,758.00 | No determination letter | Paid income replacement by FCPS |
| D.Y. | $ 0.01 | Ineligible from June 14, 2020 to September 5, 2020 | Paid by FCPS |
| N.Y. | $ 1,168.00 | Eligible from June 14, 2020 to March 20, 2021 | Paid income replacement by FCPS |
| R.Z. | $ 0.03 | No determination letter | Paid income replacement by FCPS |
| Y.Z. | $ 0.01 | No determination letter | Termed employee effective September 9, 2021 |

**Third Quarter, 2022**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| E.B. | $ 14.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.A. | $ 0.05 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.L. | $ 0.04 | Ineligible from June 14, 2020 to September 5, 2020 | Governor ordered state of emergency closure of FCPS. |
| C.B. | $ 8.54 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.T. | $ 975.99 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.S. | $ 912.41 | No determination letter | Termed due to inactivity |
| W.B. | $ 1,200.00 | Ineligible from June 14, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |
| P.C. | $ 2,760.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.W. | $ 833.94 | No determination letter | Refused |
| J.J. | $ 1,134.00 | No determination letter | Resigned employment with FCPS |
| N.B. | $ 3,590.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| F.Y. | $ 518.00 | No determination letter | Resigned employment with FCPS |
| C.P. | $ 6.96 | No determination letter | Termed due to inactivity |
| E.R. | $ 4,644.10 | No determination letter, no repayment required. | Employee stopped reporting to work |
| L.T. | $ 0.03 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.L. | $ 0.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.G. | $ 0.03 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2022**

| K.B. | $ 73.48 | No determination letter | Active employee, reasonable assurance of continued work, no guaranteed hours |
|---|---|---|---|
| G.R. | $ 0.06 | No determination letter | Retired |
| T.N. | $ 652.00 | Ineligible from June 21, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| F.T. | $ 636.00 | Eligible from July 19, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| R.C. | $ 0.02 | Eligible from June 14, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |
| M.R. | $ 25.91 | No determination letter | Active employee, reasonable assurance of continued work. |
| D.C. | $ 100.31 | No determination letter | Active employee, reasonable assurance of continued work. |
| A.G. | $ 0.07 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.S. | $ 430.06 | Eligible after June 19, 2022 | Resigned employment with FCPS |
| S.B. | $ 1,200.00 | Ineligible between July 26, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| S.D. | $ 711.00 | Ineligible from June 14, 2020 to August 15, 2020, and August 16, 2020 to October 31, 2020, and July 4, 2021 to August 21, 2021 | Active employee, reasonable assurance of continued work. |
| D.W. | $ 0.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.H. | $ 0.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.S. | $ 0.04 | Ineligible June 14, 2020 to July 4, 2020 | Fraud |
| S.A. | $ 80.86 | No determination letter | Employee stopped reporting to work |
| K.D. | $ 770.76 | No determination letter | Resigned employment with FCPS |
| M.G. | $ 24.42 | No determination letter | Active hourly no garenteed hours |

**Third Quarter, 2022**

| | | | | |
|---|---|---|---|---|
| K.A. | $ | 1,027.26 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.H. | $ | 789.47 | No determination letter | Active employee, reasonable assurance of continued work, no guaranteed hours |
| P.B. | $ | 268.00 | Ineligible from June 14, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |
| J.R. | $ | 700.24 | No determination letter | Resigned employment with FCPS |
| X.H. | $ | 194.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.D. | $ | 0.09 | No determination letter | Active employee, reasonable assurance of continued work. |
| I.A. | $ | 203.00 | Disqualified March 29, 2020 | Employee termed July 31, 2020 |
| L.S. | $ | 0.02 | Ineligible from July 12, 2020 to August 15, 2020, and from Agust 16, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| O.T. | $ | 0.04 | No determination letter | Termed due to inactivity |
| B.P. | $ | 0.03 | Eligible from July 12, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| R.B. | $ | 5.57 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.V. | $ | 0.01 | No determintion letter | Resigned employment with FCPS |
| B.C. | $ | 3.34 | No determination letter | Retired |
| M.R. | $ | 2.81 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.B. | $ | 104.61 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.B. | $ | 696.14 | Ineligible from May 24, 2020 to June 6, 2020, from June 14, 2020 to August 22, 2020, and from September 6, 2020 to September 18, 2020 | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2022**

| | | | | |
|---|---|---|---|---|
| S.W. | $ | 37.17 | No determination letter | Active employee, reasonable assurance of continued work, no guaranteed hours |
| C.A. | $ | 1,200.00 | Ineligible from June 6, 2023 to August 19, 2023 | Active employee, reasonable assurance of continued work. |
| I.A. | $ | 1,441.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| G.V. | $ | 0.01 | No determination letter | Termed due to inactivity |
| F.T. | $ | 37.69 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.H. | $ | 378.00 | Ineligible from July 10, 2022 to July 8, 2023 | Active employee, reasonable assurance of continued work. |
| D.J. | $ | 175.70 | No determination letter | Active employee, reasonable assurance of continued work, no guaranteed hours |
| T.D. | $ | 1,200.00 | Ineligible from June 28, 2020 to August 22, 2020 | Active employee, reasonable assurance of continued work. |
| C.D. | $ | 0.03 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| A.A. | $ | 468.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| H.K. | $ | 209.00 | Ineligible from July 5, 2020 to August 15, 2020 | Active employee, reasonable assurance of continued work. |
| E.G. | $ | 1,239.00 | No determination letter | Active employee, reasonable assurance of continued work, no guaranteed hours |
| N.S. | $ | 0.05 | No determination letter | Resigned employment with FCPS |
| F.C. | $ | 0.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.Z. | $ | 495.05 | No determination letter | Resigned employment with FCPS |
| M.K. | $ | 4.59 | No determination letter | Termed due to inactivity |
| S.G. | $ | 151.55 | No determination letter | Active employee, reasonable assurance of continued work. |

**Third Quarter, 2022**

| | | | |
|---|---|---|---|
| Y.L. | $ 0.01 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.C. | $ 282.10 | No determination letter | Active employee, reasonable assurance of continued work. |
| K.K. | $ 0.06 | No determination letter | Governor ordered state of emergency closure of FCPS. |
| L.A. | $ 1,540.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| N.D. | $ 361.93 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.D. | $ 0.01 | Eligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |

**Fourth Quarter, 2022**

| Claimant | VEC Payment | Determination | Reason(s) for Dispute |
|---|---|---|---|
| A.C. | $ 0.02 | Eligible from June 7, 2020 to August 29, 2020 | Active employee, reasonable assurance of continued work, no guaranteed hours |
| A.J. | $ 263.00 | Ineligible from May 2, 2021 to April 30, 2022 | Active employee, reasonable assurance of continued work, no guaranteed hours |
| A.B. | $ 1,800.00 | Disqualfied June 14, 2020 | Employee termed effective June 30, 2019 |
| A.L. | $ 0.02 | No determination letter | Employee termed effective October 8, 2021 |
| B.C. | $ 141.38 | No determination letter | Active employee, reasonable assurance of continued work. |
| B.C. | $ 1.54 | No determination letter | Retired |
| B.W. | $ 317.00 | Ineligible from September 5, 2022 to September 23, 2023 | Employee termed effective September 15, 2022 |
| C.A. | $ 2,162.53 | No determination letter | Active employee, reasonable assurance of continued work, no guaranteed hours |
| F.I. | $344.47, $45.91 | No determination letter | Employee termed effective May 9, 2019 |
| J.C. | $ 900.00 | Ineligible from June 7, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |
| J.R. | $ 700.24 | No determination letter | Resigned |
| L.A. | $ 1,800.00 | Ineligible from June 14, 2020 to September 12, 2020 | Active employee, reasonable assurance of continued work. |
| L.B. | $ 20.02 | No determination letter | Active employee, reasonable assurance of continued work. |
| L.P. | $ 100.00 | No determination letter | Active employee, reasonable assurance of continued work. |
| M.M. | $ 162.07 | No determination letter | Active employee, reasonable assurance of continued work. |
| R.B. | $ 2.27 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.A. | $ 69.31 | No determination letter | Termed December 16, 2022 due to inactivity |

**Fourth Quarter, 2022**

| | | | |
|---|---|---|---|
| S.G. | $ 516.71 | No determination letter | Active employee, reasonable assurance of continued work. |
| S.J. | $ 922.16 | Disqualified April 12, 2020 | Termed November 5, 2021 due to inactivity |
| W.B. | $ 169.00 | Ineligible from March 22, 2020 to September 5, 2020 | Active employee, reasonable assurance of continued work. |

# EXHIBIT B



COMMONWEALTH OF VIRGINIA
Virginia Employment Commission

Demetrios Melis
Commissioner

**MEMORANDUM OF LIEN FOR COLLECTION OF TAXES PURSUANT TO SEC. §58.1-1805 AND SEC. §60.2-521 OF THE CODE OF VIRGINIA**

Let it be known that the Virginia Employment Commission does hereby give notice of this memorandum filed in the Clerk's Office, FAIRFAX CIRCUIT COURT, Virginia. which sets forth as follows:

FAIRFAX COUNTY PUBLIC SCHOOLS
8115 GATEHOUSE ROAD #2200
FALLS CHURCH, VA 22042

Account #0001890123

is indebted to the Commonwealth for delinquent taxes as follows:

| Taxable Period | Amount of Tax | Interest* | Penalty |
|---|---|---|---|
| 02/2020 | $748,803.38 | $579,339.77 | $0.00 |
| 03/2020 | $1,774,707.95 | $1,319,057.92 | $0.00 |
| 04/2020 | $238,068.17 | $163,237.08 | $0.00 |
| 01/2021 | $61,751.94 | $41,998.46 | $0.00 |
| 03/2021 | $12,442.07 | $102.26 | |
| 04/2021 | $34,708.59 | $8,092.64 | |
| 01/2022 | $20,039.77 | $17,398.60 | |
| 02/2022 | $38,498.00 | $8,864.16 | |
| 03/2022 | $28,697.21 | $17,515.59 | |
| 04/2022 | $9,802.31 | $14,241.43 | |
| 04/2023 | $1,782.60 | $252.10 | |
| 01/2024 | $954.51 | $85.92 | |
| 03/2024 | $3,716.79 | | |

TOTAL = $5,147,206.81

*Interest continues to accrue on unpaid tax at the rate of 1-1/2% per month from due date of payment.

This Memorandum shall have the same effect as a judgement in favor of the Commonwealth. A true copy of this memorandum was mailed/delivered to FAIRFAX COUNTY PUBLIC SCHOOLS, taxpayer, this 5TH day of DECEMBER 2024.

Virginia Employment Commission

By [signature]
Jeffrey W. Karnes
Lead Tax Representative
(540) 727-7104

12/11/2024
RECORDED FAIRFAX CO VA
TESTE: [signature]
CLERK

# EXHIBIT C



*COMMONWEALTH of VIRGINIA*
*Virginia Employment Commission*

NOTICE OF TAX LIEN AND APPLICATION FOR PAYMENT
UNDER §58.1-1804 OF THE CODE OF VIRGINIA

TO: BANK OF AMERICA
4701 COX ROAD STE 285
GLEN ALLEN, VA 23060

SERVE ON: LEGAL ORDER PROCESSING

Whereas, FAIRFAX COUNTY PUBLIC SCHOOLS
8115 GATEHOUSE ROAD STE 2200
FALLS CHURCH, VA 22042

FEIN: 54-0805373

is indebted to the Commonwealth of Virginia for delinquent taxes as follows:

Unemployment Compensation taxes in the principal amount of $2,973,973.29 plus accrued interest of $2,173,233.52 and penalties in the amount of $0.00.

TOTAL AMOUNT DUE AS OF DATE NOTICE ISSUED $5,147,206.81. ADDITIONAL INTEREST ACCRUES ON PRINCIPAL TAXES OF $2,973,973.29 AT THE RATE OF 1½% PER MONTH FROM DATE NOTICE ISSUED.
PAYMENT DUE DATE:12/27/2024

Section 58.1-1804 of the Code of Virginia, requires that you pay, and deliver to the Virginia Employment Commission all funds of the Taxpayer's in your possession, including unpaid wages, up to the amount due. This LIEN applies to 100% of any funds, total wages, salaries, commissions, interest, rent or any other funds held by you. Send remittance using the enclosed envelope. You are entitled to charge the estate of, or credit your debt to FAIRFAX COUNTY PUBLIC SCHOOLS a fee of twenty dollars.
This notice and application constitute a LIEN from the time that you receive it on any debt so due to you or on any estate of the above party in your hands or to which you are entitled.

A copy of this notice and application was mailed to FAIRFAX COUNTY PUBLIC SCHOOLS, taxpayer, this date.

Given under my hand this 6th day of December, 2024.

J.W. Karnes

Jeffrey W. Karnes, Lead Tax Representative
(540) 727-7104
13450 Essex Street
Culpeper, VA 22701



Section 60.2-521 of the Virginia Unemployment Compensation Act authorizes the Virginia Employment Commission to use those collection remedies that are available to the Commission and county and city treasurer in accordance with Section 58.1 of the Code of Virginia.

This notice is issued pursuant to §58.1-1804 of the Code of Virginia. If you are indebted to the delinquent taxpayer named in the notice for salaries, wages, commissions, interest, rent or in any other manner or have property of the tax debtor in your possession, a lien is credited on such salaries, wages, interest, rent or other property of the tax debtor in your possession. Said lien is effective from the time of the receipt of this application. Payment should be by check or money order drawn in favor of the Virginia Employment Commission and forwarded to the issuing officer at the address shown on the reverse side. Upon request, an official receipt will be sent to you which, together with this notice, will constitute legal evidence entitling you to the credit. If you are in doubt as to the proper course, address inquiries, with full information, to the issuing office.

CODE OF VIRGINIA

SECTION 58.1-1804

§58.1-1804. Collection out of estate in hands or debts due by third party -- The Commission may apply in writing to any person indebted to or having in his hands estate of a taxpayer for payment of any taxes assessed under §§ 58.1-313 or 58.1-631, or of any taxes more than thirty days delinquent, out of such debt or estate. Payment by such person of such taxes, penalties and interest, either whole or in part, shall entitle him to a credit against such debt or estate. The taxes, penalties and interest shall constitute a lien on the debt or estate due the taxpayer from the time the application is received. For each application served, the person applied to shall be entitled to a fee of twenty dollars which shall constitute a charge or credit against the debt to or estate of the taxpayer.

The Commission shall send a copy of the application to the taxpayer, with a notice informing him of the remedies provided in this chapter.

If the person applied to does not pay so much as ought to be recovered out of such debt or estate, the Commission shall procure a summons directing such person to appear before the appropriate court, where the proper payment may be enforced. Any person so summoned shall have the same rights of removal and appeal as are applicable to disputes among individuals.

VEC
J W KARNES
13450 ESSEX STREET
CULPEPER, VA 22701

NOVA 220
5 DEC 2024 PM 3 L

DEC 10 2024

FAIRFAX COUNTY PUBLIC SCHOOLS
8115 GATEHOUSE ROAD STE 2200
FALLS CHURCH, VA 22042

22042$1203 C006

FILED
CIVIL PROCESSING
2025 MAY 28 PM 3:44
CLERK, CIRCUIT COURT
FAIRFAX, VA

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX**

FAIRFAX COUNTY SCHOOL BOARD,

Plaintiff,

v. Case No. CL-2025-06565

VIRGINIA EMPLOYMENT COMMISSION, *et al.*,

Defendants.

**DEFENDANTS' DEMURRER TO THE COMPLAINT**

The Virginia Employment Commission ("VEC"), Commissioner Demetrios J. Melis, in his official capacity as Commissioner of the VEC (the "Commissioner"), and the Virginia Department of Taxation ("Tax") (collectively, the "Defendants"), by counsel, and pursuant to Va. Code § 8.01-273 and Rule 3:8(a) of the Rules of the Supreme Court of Virginia, submit this Demurrer to the Complaint filed by Plaintiff Fairfax County School Board ("Plaintiff").

1. Count I of the Complaint should be dismissed against Defendants because there is no right of action for Plaintiff to pursue claims against Defendants under the cited statutes, Va. Code §§ 60.2-619, 60.2-620, and 60.2-521.

2. Count II of the Complaint should be dismissed against Defendants because Plaintiff lacks a protected property or liberty interest under the U.S. Constitution in having its appeals of disputed claims examined and adjudicated in a particular period of time.

3. Count II of the Complaint should be dismissed against Defendants because Plaintiff lacks a protected property or liberty interest under the U.S. Constitution in having its appeals of disputed claims examined and adjudicated prior to its payments of taxes for an employee's particular claim.

4. Count II of the Complaint should be dismissed against Defendants because the Complaint does not plead facts to support a claim that Plaintiff was deprived of a cognizable property or liberty interest without constitutionally sufficient process under the U.S. Constitution.

5. Count III of the Complaint should be dismissed against Defendants because Plaintiff lacks a protected property or liberty interest under the Virginia Constitution in having its appeals of disputed claims examined and adjudicated in a particular period of time.

6. Count III of the Complaint should be dismissed against Defendants because Plaintiff lacks a protected property or liberty interest under the Virginia Constitution in having its appeals of disputed claims examined and adjudicated prior to its payments of taxes for an employee's particular claim.

7. Count III of the Complaint should be dismissed against Defendants because the Complaint does not plead facts to support a claim that Plaintiff was deprived of a cognizable property or liberty interest without constitutionally sufficient process under the Virginia Constitution.

8. Count IV of the Complaint should be dismissed against Defendants because Plaintiff's claim, pursuant to Va. Code § 58.1-1825, is not ripe for adjudication based on the facts alleged in the Complaint.

9. Count IV of the Complaint should be dismissed against Defendants because Plaintiff is not entitled to a refund of the full amount of payments in lieu of taxes collected, plus interest, pursuant to Va. Code §§ 58.1-1825 and 58.1-1826.

10. Plaintiff's request for injunctive relief should be dismissed against Defendants because the Complaint fails to plead facts to support such a claim as a matter of law.

11. Defendants reserve the right to file a brief in support of this Demurrer at the appropriate time.

WHEREFORE, the Court should sustain this Demurrer and dismiss the Complaint with prejudice.

Respectfully Submitted,

VIRGINIA EMPLOYMENT COMMISSION, COMMISSIONER DEMETRIOS J. MELIS, in his official capacity as Commissioner of the Virginia Employment Commission, and VIRGINIA DEPARTMENT OF TAXATION

By: Rachel W. Adams
Counsel

William W. Tunner (VSB No. 38358)
William D. Prince, IV (VSB No. 77209)
Rachel W. Adams (VSB No. 92605)
Timothy A. Richard (VSB No. 98370)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Fax: (804) 780-1813
Email: wtunner@t-mlaw.com
Email: wprince@t-mlaw.com
Email: radams@t-mlaw.com
Email: trichard@t-mlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2025, I served a true copy of the foregoing by email and U.S. mail, postage prepaid, on:

John F. Cafferky (VSB No. 26179)
Robert E. Scully, Jr. (VSB No. 19218)
Michael K. Kim (VSB No. 82922)
Jakob Stalnaker (VSB No. 95010)
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Email: jcafferky@bklaw.com
Email: rscully@bklaw.com
Email: mkim@bklaw.com
Email: jstalnaker@bklaw.com

*Counsel for Plaintiff*

Rachel W. Adams
Counsel

FILED
CIVIL PROCESSING
2025 MAY 28 PM 3:44
CLERK, CIRCUIT COURT
FAIRFAX, VA

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX**

FAIRFAX COUNTY SCHOOL BOARD,

Plaintiff,

v. Case No. CL-2025-06565

VIRGINIA EMPLOYMENT COMMISSION, *et al.*,

Defendants.

**DEFENDANTS' PLEA IN BAR TO THE COMPLAINT**

The Virginia Employment Commission ("VEC"), Commissioner Demetrios J. Melis, in his official capacity as Commissioner of the VEC (the "Commissioner"), and the Virginia Department of Taxation ("Tax") (collectively, the "Defendants"), by counsel, and pursuant to Rule 3:8(a) of the Rules of the Supreme Court of Virginia, submit this Plea in Bar to the Complaint filed by Plaintiff Fairfax County School Board ("Plaintiff").

1. Sovereign immunity is jurisdictional in nature.

2. The Commonwealth has not waived Defendants' sovereign immunity in the context of Plaintiff's claims asserted in the Complaint.

3. The VEC and Tax are subject to suit under the Virginia Tort Claims Act. *See* Va. Code Ann. § 8.01-195.3. The VEC's actions are also subject to judicial review pursuant to Virginia Code § 60.2-625 following the VEC's review through the statutorily prescribed administrative appeals process. However, Plaintiff's claims against Defendants do not assert tort claims or seek judicial review pursuant to Virginia Code § 60.2-625.

4. Moreover, by the allegations in the Complaint, the VEC's administrative appeals processes have not been exhausted as to all of unemployment claimants Plaintiff asserts were ineligible for unemployment benefits.

5. Accordingly, Plaintiff's claims against Defendants are barred by sovereign immunity.

6. Defendants reserve the right to file a brief in support of this Plea in Bar at the appropriate time.

WHEREFORE, the Court should grant this Plea in Bar and dismiss all counts in the Complaint with prejudice.

Respectfully Submitted,

VIRGINIA EMPLOYMENT COMMISSION, COMMISSIONER DEMETRIOS J. MELIS, in his official capacity as Commissioner of the Virginia Employment Commission, and VIRGINIA DEPARTMENT OF TAXATION

By: Rachel W. Adams
Counsel

William W. Tunner (VSB No. 38358)
William D. Prince, IV (VSB No. 77209)
Rachel W. Adams (VSB No. 92605)
Timothy A. Richard (VSB No. 98370)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Fax: (804) 780-1813
Email: wtunner@t-mlaw.com
Email: wprince@t-mlaw.com
Email: radams@t-mlaw.com
Email: trichard@t-mlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2025, I served a true copy of the foregoing by email and U.S. mail, postage prepaid, on:

John F. Cafferky (VSB No. 26179)
Robert E. Scully, Jr. (VSB No. 19218)
Michael K. Kim (VSB No. 82922)
Jakob Stalnaker (VSB No. 95010)
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Email: jcafferky@bklaw.com
Email: rscully@bklaw.com
Email: mkim@bklaw.com
Email: jstalnaker@bklaw.com

*Counsel for Plaintiff*

Rachel W. Adams
Counsel

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX**

FAIRFAX COUNTY SCHOOL BOARD,

Plaintiff,

v. Case No. CL-2025-06565

VIRGINIA EMPLOYMENT COMMISSION, *et al.*,

Defendants.

**DEFENDANTS' MOTION TO TRANSFER VENUE TO THE CITY OF RICHMOND CIRCUIT COURT**

The Virginia Employment Commission ("VEC"), Commissioner Demetrios J. Melis, in his official capacity as Commissioner of the VEC (the "Commissioner"), and the Virginia Department of Taxation ("Tax") (collectively, the "Defendants"), by counsel, and pursuant to Va. Code § 8.01-265, submit this Motion to Transfer Venue of this action from this Court to the City of Richmond Circuit Court.

1. Plaintiff Fairfax County School Board ("Plaintiff") initiated this action in the Fairfax County Circuit Court, asserting four counts against Defendants.

2. In the Complaint, Plaintiff asserts the following claims: (1) violation of state law, Va. Code §§ 60.2-619, 60.2-620, 60.2-521; (2) denial of procedural due process under the Fourteenth Amendment of the U.S. Constitution; (3) denial of procedural due process under Article I, § 11 of the Virginia Constitution; and (4) application for correction and refund of the VEC's assessment and collection of payments in lieu of taxes, pursuant to Va. Code § 58.1-1825.

3.    Va. Code § 8.01-265 provides that "wherein an action is commenced may, upon motion by any party and for good cause shown, . . . transfer the action to any fair and convenient forum having jurisdiction within the Commonwealth."

4.    Va. Code § 8.01-261 provides for preferred venue for civil actions in the Commonwealth.

5.    Va. Code § 8.01-261(2) provides, in relevant part, places of preferred venue include, "[e]xcept as provided in subdivision 1 of this section, where the action is against one or more officers of the Commonwealth in an official capacity, the county or city where any such person has his official office."[1]

6.    Va. Code § 8.01-261(13)(b) pertains to actions for correction of an erroneous assessment of state taxes and tax refunds and provides that preferred venue includes the Circuit Court of the City of Richmond. Va. Code § 8.01-261(13)(b)(4).

7.    Good cause exists to transfer venue from this Court to the City of Richmond Circuit Court. In this case, all claims asserted against the Commissioner are brought against him in his official capacity and, therefore, Category A preferred venue lays in the City of Richmond Circuit Court. Additionally, while Count IV involves an action to correct an assessment of state taxes and requests a refund of the same, the City of Richmond Circuit Court is enumerated as one of the preferred venues under Va. Code § 8.01-261(13)(b). In support of judicial economy and the convenience of the parties and witnesses in this action, Defendants respectfully request that this Court transfer this action from this Court to the City of Richmond Circuit Court.

---

[1] Although the Plaintiff asserts that venue is proper in this Court to hear counts I-III of this action pursuant to Va. Code § 8.01-261(1)(a)(1), (2), and (3), Subdivision 1 of Va. Code § 8.01-261 does not apply to this case because the Complaint does not assert an "action[] for review of, appeal from, or enforcement of state administrative regulations, decisions or other orders."

8. Defendants reserve the right to file a brief in support of this Motion at the appropriate time.

WHEREFORE, the Court should grant this Motion to Transfer Venue and transfer this action from this Court to the City of Richmond Circuit Court for further proceedings.

Respectfully Submitted,

VIRGINIA EMPLOYMENT COMMISSION, COMMISSIONER DEMETRIOS J. MELIS, in his official capacity as Commissioner of the Virginia Employment Commission, and VIRGINIA DEPARTMENT OF TAXATION

By: Rachel W. Adams
Counsel

William W. Tunner (VSB No. 38358)
William D. Prince, IV (VSB No. 77209)
Rachel W. Adams (VSB No. 92605)
Timothy A. Richard (VSB No. 98370)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
Telephone: (804) 649-7545
Fax: (804) 780-1813
Email: wtunner@t-mlaw.com
Email: wprince@t-mlaw.com
Email: radams@t-mlaw.com
Email: trichard@t-mlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2025, I served a true copy of the foregoing by email and U.S. mail, postage prepaid, on:

John F. Cafferky (VSB No. 26179)
Robert E. Scully, Jr. (VSB No. 19218)
Michael K. Kim (VSB No. 82922)
Jakob Stalnaker (VSB No. 95010)
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Email: jcafferky@bklaw.com
Email: rscully@bklaw.com
Email: mkim@bklaw.com
Email: jstalnaker@bklaw.com

*Counsel for Plaintiff*

Rachel W. Adams
Counsel